UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20003-CIV-JLK

NARCISA PEREZ CHAVEZ,         )
                              )
            Plaintiff,        )
    vs.                       )
                              )
BERNARDA M ARANCEDO,          )
                              )
            Defendant.        )
_____)

**PLAINTIFF'S STATEMENT OF CLAIM**

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

MINIMUM WAGE CLAIM:

**Period Claimed: 1/23/12-12/31/12**
   Weeks: 49 weeks
   Hours (worked per week:) 75 hours
   State Minimum wage: $7.67/hr.
   Wage paid: $6.00/hr
   Wage owed: $1.67/hr
   Amount owed: $1.67/hr X 49 weeks X 75 hours = **$ 6,137.25**

**Period Claimed: 1/1/13-12/31/13**
   Weeks: 52 weeks
   Hours (worked per week:) 75 hours
   State Minimum wage: $7.79/hr.
   Wage paid: $6.00/hr
   Wage owed: $1.79/hr
   Amount owed:$1.79/hr X 52 weeks X 75 hours = **$ 6,981.00**

**Period Claimed: 1/1/14-12/31/14**
   Weeks: 52 weeks
   Hours (worked per week:) 75 hours
   State Minimum wage: $7.93/hr.
   Wage paid: $6.00/hr
   Wage owed: $1.93/hr
   Amount owed:$1.93/hr X 52 weeks X 75 hours = **$ 7,527.00**

**Period Claimed: 1/1/15-12/30/16**
    <u>Weeks:</u> 104 weeks
    <u>Hours (worked per week:)</u> 75 hours
    <u>State Minimum wage:</u> $8.05/hr.
    <u>Wage paid:</u> $6.00/hr
    <u>Wage owed:</u> $2.05/hr
    <u>Amount owed:</u>$2.05/hr X 104 weeks X 75 hours = **$ 15,990.00**

**TOTAL: $36,635.25 X 2 (liquidated damages) = $73,270.50**

<u>Fees/costs:</u>
J.H. Zidell, Esq.: 2.4 ours X 390 hr = $936
K. David Kelly, Esq.: .9 hours X 350 hr = $315
Rivkah Jaff, Esq.: .5 hours X 260 hr = $130
Costs: $490

\*\*Plaintiff seeks all fees and costs under the FLSA.

                              **Respectfully submitted,**

                              **K. DAVID KELLY, ESQ.**
                              **J.H. ZIDELL, P.A.**
                              **ATTORNEY FOR PLAINTIFF**
                              **300 71ST STREET, #605**
                              **MIAMI BEACH, FLA. 33141**
                              **PH: 305-865-6766**
                              **FAX: 305-865-7167**
                              **EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
                              **F.B.N. 0123870**
                    **BY:____/s/ K. David Kelly_____**
                              **K. DAVID KELLY, ESQ.**

                              **<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 1/25/17 TO:**

                              **ALL CM/ECF RECIPIENTS**

                  **BY:____/s/ K. David Kelly_____**
                              **K. DAVID KELLY, ESQ.**