UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20003-CIV-TORRES

[CONSENT TO MAGISTRATE JUDGE]

| | |
|---|---|
| NARCISA PEREZ CHAVEZ, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BERNARDA M ARANCEDO, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT IN COMPLIANCE WITH THE COURT'S ORDER [DE25]**

The Parties, by and through their respective undersigned counsel, hereby file this Joint Status Report in compliance with the Court's Order [DE25]. As requested by this Court, the Parties respectfully propose the following (3) dates for a specially set trial:

9/6/18;

9/13/18; or

10/5/18.

Dated: The 14th day of April, 2017.

| | |
|---|---|
| **J.H. ZIDELL, P.A.** | **WHISENAND & TURNER, P.A.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 300 71st Street, Suite 605 | 501 Brickell Key Drive, Suite 602 |
| Miami Beach, Florida 33141 | Miami, Fl 33131 |
| Telephone: (305) 865-6766 | Telephone: (305) 375-8484 |
| Facsimile: (305) 865-7167 | Facsimile: (305) 374-2919 |
| | |
| BY: _/s/ Rivkah F. Jaff | BY: _/s/ James D. Whisenand |
| **RIVKAH F. JAFF, ESQUIRE** | **JAMES D. WHISENAND, ESQUIRE** |
| Florida Bar No. 107511 | Florida Bar No. 166000 |
| Rivkah.Jaff@gmail.com | Jdw@w-tgroup.com |