UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NARCISA PEREZ CHAVEZ,                           CASE NO: 2017-CV-20003-TORRES

    Plaintiff,                                              [Consent to Magistrate Judge]

vs.

BERNARDA M. ARANCEDO,

    Defendant.
_____/

**DEFENDANT'S RE-NOTICE[1] OF SCHEDULING CONFERENCE CALL
WITH PLAINTIFF'S COUNSEL PURSUANT TO FRCP 26(f)**

TO THE COURT AND PLAINTIFF AND HER COUNSEL:

PLEASE TAKE NOTICE that Defendant Bernarda Maria Arancedo ("Defendant"), by and through her undersigned counsel, hereby notifies this Court that Plaintiff's and Defendant's counsel have scheduled a conference call pursuant to Federal Rule of Civil Procedure 26(f) on May 3, 2017 at 10:00 a.m. (EST).

Dated: April 27, 2017

                                            Respectfully submitted,
                                            Whisenand & Turner, P.A.
                                            501 Brickell Key Drive, Ste. 602
                                            Miami, FL 33131
                                            Tel: (305) 375-8484 – Fax: (305) 374-2919
                                            Attorneys for Defendant

                                            By: */s/ James D. Whisenand*___
                                            James D. Whisenand
                                            Fla. Bar No.: 166000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email this 27th day of April, 2017, upon: Attorneys for Plaintiff, J.H. Zidell, Esq., Rivkah F. Jaff, Esq., J.H. Zidell, P.A., 300 71st Street, Ste 605, Miami Beach, FL 33141 Tel: (305) 865-6766 Fax: (305) 865-7167; zabogado@aol.com.

                                            */s/ James D. Whisenand*___
                                            James D. Whisenand
                                            Fla. Bar No.:166000

---

[1] Re-Noticed to correct language, as per the request of Plaintiff's Counsel.
W:\Avendano\Overtime-Maid\AVCH7023.RE.Notice.Conference.FRCP.26(f).docx