```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2

 3                CASE NO.:  17-20003-CIV-JLK

 4
     NARCISA PEREZ CHAVEZ,
 5
             Plaintiff,
 6
     vs.
 7
     BERNARDA M. ARANCEDO,
 8
             Defendant.
 9
     _____/
10

11
                             J.H. Zidell, P.A.
12                           300 71st St
                             Suite 605
13                           Miami, Florida 33141
                             Monday, 11:18 a.m.
14                           January 22, 2018

15

16           DEPOSITION OF BENJAMIN AVENDANO

17

18         Taken before Ashley Muñoz, Florida

19   Professional Reporter, Notary Public in and for the

20   State of Florida at Large, pursuant to Notice of

21   Taking Deposition filed in the above case.

22

23

24

25
```



JEANNIE REPORTING (305) 577-1705

```
 1    APPEARANCES:

 2

      ON BEHALF OF THE PLAINTIFF:
 3    J.H. Zidell, P.A.
      300 71st St
 4    Suite 605
      Miami, Florida 33141
 5    BY:  Rivkah Jaff, Esquire

 6

      ON BEHALF OF THE DEFENDANT:
 7    WHISENAND & TURNER, P.A.
      501 Brickell Key Drive
 8    Suite 602
      Miami, Florida 33131
 9    BY:  James Whisenand, Esquire

10
                          I N D E X
11
      EXAMINATION
12
      Benjamin Avendano   DIRECT CROSS  REDIRECT RECROSS
13     By Ms. Jaff          3

14

15

16

17

18

19

20

21

22

23

24

25
```

1   Thereupon,

2                        BENJAMIN AVENDANO,

3   was called as a witness and, having been first duly

4   sworn, was examined and testified as follows:

5                   THE WITNESS:  Yes.

6                   DIRECT EXAMINATION

7   BY MS. JAFF:

8        Q.   Good morning.  My name is Rivkah Jaff

9   and I represent the plaintiff in this case, Narcisa

10  Perez Chavez, who I believe you know as Nancy.

11  Okay.

12                   Have you ever had your deposition

13  taken before?

14       A.   No.

15       Q.   Okay.  So I'm going to just give you

16  some ground rules just so you understand what's

17  happening today, and so that it goes a little bit

18  smoother, okay?

19       A.   Okay.

20       Q.   We have a court reporter here who is

21  taking down everything that is being said so it's

22  very important that all of your responses be verbal

23  responses, okay?

24       A.   Okay.

25       Q.   We also have a court reporter here

```
1    that's taking down everything so she can't take
2    down if we're talking over each other, so it's very
3    important that you wait until I finish my question
4    and I will is the wait until I finish my question
5    before you respond and I will kindly give you the
6    same courtesy of waiting until you respond before I
7    ask you my next question, okay?
8         A.   Okay.
9         Q.   From time to time you'll hear one of
10   your two attorneys object, they'll either say
11   objection or object to form.  Unless you're
12   instructed not to answer, you need to go ahead and
13   answer, okay?
14        A.   Okay.
15        Q.   That means that you also need to wait
16   so that they have an opportunity to put their
17   objection on the record before you go ahead and
18   answer, so if you want to just give a brief pause
19   before you respond that would be very helpful,
20   okay?
21        A.   Okay.
22        Q.   Also, I am happy to take a break at
23   any point if you need the bathroom or drink or
24   anything of that nature, so long as I don't have a
25   question pending.  If I have a question pending I'm
```



```
1    going to ask that you first respond to my question
2    before we take a break, okay?
3         A.   Okay.
4         Q.   I'm not here to trick you today so if
5    there's anything that you don't understand or
6    that's unclear, if you can please let me know and
7    I'll ask it in a different way or rephrase it so
8    that you're able to understand, okay?
9         A.   Okay.
10        Q.   Also, I am asking you for your own
11   personal knowledge so if for some reason you don't
12   know the answer, it's okay to say "I don't know"
13   rather than guess, okay?
14        A.   Okay.
15        Q.   Do you understand that you've been
16   sworn in and you're subject to the penalties of
17   perjury?
18        A.   Yes.
19        Q.   Is there any reason why you would be
20   unable to testify truthfully and honestly today?
21        A.   No.
22        Q.   Are you on any medication or any drugs
23   or alcohol that would affect your memory?
24        A.   Advil.
25        Q.   Pardon?
```

```
1              A.     Advil.

2              Q.     Do you think that that would affect

3      your memory in any way?

4              A.     No.

5              Q.     And that's just for a headache?

6              A.     Yes.

7              Q.     Has that been prescribed to you?

8              A.     I don't think it's prescribed.

9              Q.     It's over-the-counter?

10             A.     Yes.

11             Q.     Can you please go ahead and state your

12     full name and spell it for the record?

13             A.     Benjamin Jose Avendano,

14     B-E-N-J-A-M-I-N, J-O-S-E, A-V-E-N-D-A-N-O.

15             Q.     Can you tell us your date of birth,

16     please?

17             A.     June 15, 1998.

18             Q.     And we'll go off the record, except

19     for your last four, will be on the record of your

20     Social Security number.

21             A.     I don't know it.

22             Q.     Do you know the last four of your

23     Social Security number?

24             A.     No.

25             Q.     But do you have a Social Security
```

```
 1   number?

 2        A.   Yes, I just don't remember it.

 3        Q.   Can you tell us your current address,

 4   please?

 5        A.   Where I'm living right now?

 6        Q.   Yes, sir.

 7        A.   12400 Indian Mound Road, Wellington,

 8   Florida 33449.

 9        Q.   It's 33 what?

10        A.   33449.

11        Q.   Is there an apartment number

12   associated with that?

13        A.   No.

14        Q.   Is there an efficiency number

15   associated with that?

16        A.   What's that?

17        Q.   I guess not.  If you don't know what

18   it is then I'm guessing not.

19        A.   Okay.

20        Q.   There's no unit number associated with

21   that?

22        A.   It's just a house.

23        Q.   Do you live there with anyone who's

24   over the age of 18?

25        A.   Yes.
```

```
 1                Q.    Who do you live with that's over the

 2      age of 18?

 3                A.    My older brother.

 4                Q.    And what's his name?

 5                A.    Santiago Maria Avendano.

 6                Q.    Santiago what?

 7                A.    Maria.

 8                Q.    If you can just talk a little bit

 9      louder that way I can hear you.

10                A.    Yes, sorry, my throat hurts.

11                Q.    Do you want a cup of tea or anything?

12                A.    No.

13                Q.    Okay.  Are you currently employed?

14                A.    No.

15                Q.    What are you currently up to in life?

16                A.    I'm studying in school.

17                Q.    What school is that?

18                A.    Lynn University in Boca Raton.

19                Q.    And what are you currently studying?

20                A.    International business.

21                Q.    And how long have you been at Lynn?

22                A.    Since last year.

23                Q.    Since 2017?

24                A.    2016, like August 2016.

25                Q.    You're the second oldest out of the
```

1    three sons?

2          **A.**    Yes.

3          **Q.**    Is that correct?

4          **A.**    Yes.

5          **Q.**    In the year 2012 were you living at

6    home?

7                MR. WHISENAND:   Objection as to form.

8    BY MS. JAFF:

9          **Q.**    You can go ahead and answer that.

10         **A.**    I'm trying to remember.  2012.  Yes,

11   in Key Biscayne.

12         **Q.**    Do you know the address?

13         **A.**    10 Cape Florida Drive, Key Biscayne.

14         **Q.**    And in the year 2012 who were you

15   living with at the 10 Cape address?

16         **A.**    My mom, my little brother.

17         **Q.**    And what's his name?

18         **A.**    Joaquin, J-O-A-Q-U-I-N, Avendano.  And

19   my older brother Santiago.

20         **Q.**    Were you living with anybody else

21   aside from your family members you just mentioned?

22         **A.**    The maid.

23         **Q.**    And what was the maid's name?

24         **A.**    Nancy, but she wasn't living there.

25         **Q.**    She was not living at the 10 Cape

1    address?

2          **A.**    Not full-time, just Monday through

3    Friday.  So it was kind of living there, kind of

4    not.

5          **Q.**    And she was living there Monday

6    through Friday, would she also live there on

7    Saturday?

8          **A.**    No.

9          **Q.**    Would she also lived there on Sunday?

10         **A.**    No.

11         **Q.**    Do you know where she was living on

12   Saturday and Sunday?

13         **A.**    I don't know.

14         **Q.**    Would she ever come and stay on

15   Saturday?

16         **A.**    Not that I know of because we didn't

17   live there Saturday and Sundays.

18         **Q.**    Where did you live on Saturday and

19   Sundays?

20         **A.**    In Wellington, Florida.

21         **Q.**    Is that the address that you just gave

22   my, 12400?

23         **A.**    Yes.

24         **Q.**    So for the year 2012 every Saturday

25   and Sunday you and your two brothers and your

1      mother went to Wellington?

2           **A.**     Not every single, but the majority.

3           **Q.**     Out of a month, do you recall how many

4      Saturdays during the year 2012 you and your two

5      brothers and mother would go to Wellington?

6           **A.**     From December through April, every

7      weekend.

8           **Q.**     And after April how often would you go

9      up to Wellington?

10          **A.**     Every couple of weekends, maybe every

11     two weekends.

12          **Q.**     So every other weekend?

13          **A.**     Yes, unless we were travelling

14     somewhere.

15          **Q.**     Did Nancy go up to the Wellington

16     address in the year 2012 with you and your family?

17          **A.**     She's never been there.

18          **Q.**     If you're not at the house on

19     Saturdays how do you know that Nancy isn't there on

20     Saturdays in the year 2012?

21          **A.**     I said I don't think so.

22          **Q.**     And in the year 2012 with regards to

23     Sunday, you don't have personal knowledge of

24     whether or not Nancy was at the Key Biscayne house,

25     correct?

```
 1              A.    I don't remember.

 2              Q.    You don't remember or you don't know?

 3              A.    I don't remember.

 4              Q.    Do you know when Nancy started working

 5      for your family?

 6              A.    No, I can't remember.

 7              Q.    Do you know if it was in the year

 8      2012?

 9              A.    It could have been.

10              Q.    Do you know who interviewed her?

11              A.    No.

12              Q.    Do you know who set her rate of pay?

13              A.    No.

14              Q.    Do you know what her rate of pay was?

15              A.    No.

16              Q.    Do you know if Nancy was paid in cash

17      or by check?

18              A.    I don't know.

19              Q.    Do you know what Nancy's hours were in

20      the year 2012?

21              A.    It was -- I don't remember exactly,

22      but it was probably like 9:00 a.m. until like

23      afternoon.

24              Q.    What do you consider the afternoon?

25              A.    6:00 p.m.
```

1      **Q.**   Were you home in the year 2012 during

2  Monday through Friday?

3      **A.**   No, I was in school.

4      **Q.**   And what school was that?

5      **A.**   Gulliver Prep.

6      **Q.**   That's the full name, Gulliver Prep?

7      **A.**   Yes.

8      **Q.**   Did Nancy drive you to school in the

9  year 2012?

10     **A.**   No.

11     **Q.**   In the year 2012, did you have any

12  after school activities?

13     **A.**   Yes.

14     **Q.**   And what was that?

15     **A.**   Tutor.

16     **Q.**   For a particular subject?

17     **A.**   Some of them were like if I was doing

18  bad at class or for a particular subject and then

19  if not it was just in general.

20     **Q.**   Did the tutor come to your house or

21  did you go to the tutor?

22     **A.**   I had -- it was both.

23     **Q.**   Would the tutor come to the house when

24  Nancy was there?

25     **A.**   Sometimes.

1        **Q.**   And what was your tutor's name?

2        **A.**   I don't remember.

3        **Q.**   Do you know who would have that

4  information?

5        **A.**   I don't remember.

6        **Q.**   You don't know who would have the

7  information with regards to the name of your tutor?

8        **A.**   Maybe my mom, but the thing is I've

9  had so many tutors that I don't remember like who

10  it was at 2012.

11        **Q.**   Do you know if that was a tutor that

12  was assigned to you through school?

13        **A.**   Well, my school had this thing called

14  tutorial where you would stay after school and your

15  teacher would help you, and then if I didn't do

16  that I had a tutor that would sometimes come to my

17  house and help me in general, and if I didn't do

18  that I would go to the teacher's house and study

19  math.

20        **Q.**   In the year 2012 do you know who the

21  teacher was, who you would go to their house and

22  study math?

23        **A.**   No, I don't remember.

24        **Q.**   In the year 2012 do you know who the

25  tutor was that came to your house?

1          **A.**    I don't remember.

2          **Q.**    Do you have any documents that you

3     could look that would refresh your recollection as

4     to who the tutor was in the year 2012?

5          **A.**    I don't think so.

6          **Q.**    You don't have a calendar or an agenda

7     that you can refer to in order to refresh your

8     recollection as to who your tutor was in the year

9     2012?

10         **A.**    I had a calendar and agenda, but I

11    didn't write down the tutor just because it was

12    something frequently.  I would just write down my

13    homework assignments.

14         **Q.**    Do you recall in the year 2012 what

15    days of the week the tutor would come to the house?

16         **A.**    No, I don't remember.

17         **Q.**    But do you know if it was on Saturday

18    and Sundays?

19         **A.**    No, never Saturday and Sunday.

20         **Q.**    Do you know what time of the weekdays

21    the tutor would come to the house?

22         **A.**    An hour.

23         **Q.**    No, do you know what specific time,

24    like was it 4:00, 5:00, 6:00?

25         **A.**    It depends, usually 4:00 - 5:00 or

```
1    5:00 - 6:00.
2         Q.    And that would have been when Nancy
3    was present in the house, correct?
4              MR. WHISENAND:  Objection as to form.
5              THE WITNESS:  Yes.
6    BY MS. JAFF:
7         Q.    In the year 2012 what did you see
8    Nancy do in the house?
9              MR. WHISENAND:  Objection as to form.
10   BY MS. JAFF:
11        Q.    You can go ahead and answer.
12        A.    Cook, make beds, and clean clothes,
13   laundry.
14        Q.    Anything else?
15        A.    Like everything.
16        Q.    What do you mean everything?
17        A.    No, like I'm asking do you want to
18   know everything I saw her do?
19        Q.    Yes, I would like that.
20        A.    Talk on her phone, sleep.  Did I say
21   cook food?
22        Q.    Yes.
23        A.    Okay.  Watch TV, be on her computer.
24   That was mostly it.  I can't remember anything
25   else.
```

1      Q.    When you saw Nancy sleep, was that

2  during the hours of 9:00 to 5:00?

3      A.    Like I would accidently walk into her

4  room at night and I would be like oops.

5      Q.    So not during the hours of 9:00 to

6  6:00, rather?

7      A.    Nighttime, probably 9:00 p.m.

8      Q.    And when you saw Nancy watch TV, was

9  that during the hours of 9:00 to 6:00?

10      A.    Sometimes.

11      Q.    And when you saw Nancy on her computer

12  was that during the hours of 9:00 to 6:00?

13      A.    Sometimes.

14      Q.    What meals did Nancy cook?

15      A.    Chicken, rice, mash potatoes.

16      Q.    Did Nancy cook breakfast?

17      A.    I never ate breakfast, so not for me.

18      Q.    Did you see Nancy cook breakfast for

19  any of your other family members?

20      A.    I don't remember.

21      Q.    Did Nancy cook lunch?

22      A.    I don't remember, I was at school.

23      Q.    Did Nancy cook dinner?

24      A.    Sometimes.

25      Q.    And what time would your family sit

1    down for dinner?

2          A.    7:00.

3          Q.    7:00 p.m.?

4          A.    Yes.

5          Q.    And would Nancy clean up after dinner?

6          A.    She would clean the dishes, we would

7    pick up the table.

8          Q.    And what time would your family finish

9    dinner?

10               MR. WHISENAND:   Objection as to form.

11   BY MS. JAFF:

12         Q.    You can still answer it.

13         A.    It depends, but probably like 7:30.

14         Q.    So after your family was finished

15   eating dinner at 7:30, Nancy would come and clean

16   up the dishes?

17         A.    Yes.

18         Q.    Would Nancy do anything else with

19   regards to cleaning up after the dinner?  For

20   example, sweeping, vacuuming or anything of that

21   nature?

22         A.    No, usually after she cleaned up the

23   dishes it was like she would go do her thing.

24         Q.    Do you know how long it would take her

25   to clean up the dishes?

```
1              A.    Ten minutes maybe.

2              Q.    At 9:00 a.m. -- strike that.  What

3       time did you start school during the year of 2012?

4              A.    I started at 8:00 a.m., but my school

5       was an hour away.  Actually, like half an hour.

6              Q.    So what time would you leave the house

7       during the year 2012?

8              A.    7:00 a.m. or 7:30.

9              Q.    Did you take a bus during the year

10      2012?

11             A.    2012, I think my brother drove me in

12      2012.

13             Q.    That's your older brother?

14             A.    Yes.

15             Q.    When you left at about 7:00 or 7:30 in

16      the morning to go to school during the year of 2012

17      was Nancy already awake?

18             A.    Yes.

19             Q.    And what would you see Nancy do?

20             A.    Cleaning the clothes.

21             Q.    Was she doing anything else?

22             A.    No, ironing.

23             Q.    Was she making breakfast for any of

24      your siblings?

25             A.    No.
```

1          **Q.**    Was she doing any cooking?

2          **A.**    No, not at that time.

3          **Q.**    So about 7:00 or 7:30 when you were

4     getting ready for school or leaving for school,

5     Nancy was already ironing and cleaning clothes,

6     correct?

7          **A.**    She was beginning to.

8          **Q.**    And then when you were done with

9     dinner at 7:30, Nancy would also be cleaning up

10    after your family, correct?

11              MR. WHISENAND:   Objection as to form.

12              Asked and answered.

13    BY MS. JAFF:

14         **Q.**    You can still answer.

15         **A.**    What was the question?

16              Nancy would start cleaning up after

17    the family after we finished dinner.

18         **Q.**    Do you know if Nancy's job duties

19    included grocery shopping for your family?

20         **A.**    No.

21         **Q.**    You don't know or they did not include

22    that?

23         **A.**    No, I don't know.

24         **Q.**    Was Nancy responsible for driving you

25    to any of your after school activities?

1          **A.**    No.

2          **Q.**    Did you have any other after school

3     activities aside from the tutoring?

4          **A.**    Yes.

5          **Q.**    What else did you have?

6          **A.**    At one point I had soccer practice.

7          **Q.**    Was that in the year of 2012?

8          **A.**    I can't remember.  At one point I

9     had -- I would wakeboard.

10          **Q.**    Do you know if that was in the year

11    2012?

12          **A.**    Yes, that was.

13          **Q.**    Would Nancy ever drive you to

14    wakeboarding classes?

15          **A.**    No, it's in my backyard.

16          **Q.**    Would Nancy have to supervise the

17    wakeboarding classes?

18          **A.**    No.

19          **Q.**    Any other after school activities?

20          **A.**    After tutoring?  I mean, I'd go to my

21    friend's house.  That's not an activity, though.

22          **Q.**    Did Nancy ever drive you to your

23    friend's house?

24          **A.**    No.

25          **Q.**    Was Nancy given a car by your mother

```
1    in order to drive?

2            A.    I don't remember.

3            Q.    In the year 2013 was Nancy's schedule

4    similar where she was working?

5            A.    What year?

6            Q.    2013 -- where she was also up ironing

7    clothes by 7:00, 7:30 and was cleaning up after

8    dinner at around after 7:30?

9                 MR. WHISENAND:  Objection as to form.

10                THE WITNESS:  I don't remember.

11   BY MS. JAFF:

12           Q.    Do you know if her schedule changed at

13   all in the year 2013?

14                MR. WHISENAND:  Objection as to form.

15                THE WITNESS:  I don't remember.

16   BY MS. JAFF:

17           Q.    How about in the year 2014, do you

18   know if Nancy's schedule changed at all?

19                MR. WHISENAND:  Objection as to form.

20                THE WITNESS:  No.

21   BY MS. JAFF:

22           Q.    It didn't change or you don't know?

23           A.    I don't remember.

24           Q.    And in the year 2015, do you know if

25   Nancy's schedule stayed the same?
```

```
 1                          MR. WHISENAND:  Objection as to form.

 2                          THE WITNESS:  I don't know.

 3      BY MS. JAFF:

 4            Q.    And in the year 2016, do you know if

 5      Nancy's schedule changed at all?

 6                          MR. WHISENAND:  Objection as to form.

 7                          THE WITNESS:  What year?

 8      BY MS. JAFF:

 9            Q.    2016?

10            A.    Yes, it did.

11            Q.    How did Nancy's schedule change in the

12      year 2016?

13            A.    In 2015, it did too now I remember,

14      and 2014.

15            Q.    Can you tell us how it changed in the

16      year 2014 first?

17            A.    My older brother and my little brother

18      and me left the house, 2014 to 2016.

19            Q.    And what do you mean you left the

20      house?  You moved out of the house?

21            A.    Me and my little brother moved to

22      Argentina and my older brother moved to New York.

23            Q.    And you and your little brother lived

24      in Argentina for the year 2014, '15 through to

25      August 2016?
```

1          **A.**    He lived in Argentina half 2014, all

2     of 2015, all of 2016.

3          **Q.**    And how about you, how long did you

4     live in Argentina?

5          **A.**    All of 2014, all of 2015, half of

6     2016, and then from there on Wellington, Florida.

7          **Q.**    Is Lynn located up in Wellington?

8          **A.**    No, Boca Raton.

9          **Q.**    So when you say that you start at Lynn

10    in about August 2016, you commute from Wellington

11    to Lynn?

12         **A.**    Yes.

13         **Q.**    And how many days a week are you doing

14    that?

15         **A.**    Right now or before?

16         **Q.**    In the year 2016?

17         **A.**    In the year 2016 it was everyday.

18         **Q.**    Except for Saturdays and Sundays?

19         **A.**    Yes.

20         **Q.**    On Saturdays and Sundays were you

21    going back to the Key Biscayne house?

22         **A.**    No.

23         **Q.**    Would you send your laundry home to be

24    cleaned?

25         **A.**    No.

1          **Q.**   With regards to your older brother

2    living in New York City, he was living there for

3    the entire year of 2014?

4                    MR. WHISENAND:  Objection as to form.

5                    THE WITNESS:  I don't remember.

6    BY MS. JAFF:

7          **Q.**   Do you know if he was living there for

8    the entire year of 2015?

9                    MR. WHISENAND:  Objection as to form.

10                   THE WITNESS:  I don't remember.

11   BY MS. JAFF:

12         **Q.**   Do you know if he was living there for

13   the entire year of 2016?

14                   MR. WHISENAND:  Objection as to form.

15                   THE WITNESS:  2016, yes.

16   BY MS. JAFF:

17         **Q.**   Was your older brother in school in

18   New York City for the years 2014 to 2016?

19         **A.**   Yes, college.

20         **Q.**   Do you know what the name of the

21   college was?

22         **A.**   Skidmore College.

23         **Q.**   Skidmore?

24         **A.**   Yes, or Skidmore University.  I'm not

25   sure, one of those two.

```
1              Q.   Were you and your brother attending
2        school in Argentina?
3              A.   Which brother?
4              Q.   Your little brother?
5              A.   Yes.
6              Q.   In the year 2014, what was the name of
7        the school that you were attending?
8              A.   Asociación Escuelas Lincoln.
9              Q.   And you both were attending the same
10       school?
11             A.   Yes.
12             Q.   In the year 2012 were you and your
13       brother attending the same school, Gulliver?
14                  MR. WHISENAND:  Objection as to form.
15                  THE WITNESS:  In 2012 it was me and my
16                  older brother.
17       BY MS. JAFF:
18             Q.   And in 2013?
19             A.   2013?
20                  MR. WHISENAND:  Objection as to form.
21       BY MS. JAFF:
22             Q.   Do you know what school your little
23       brother was going to in the year 2012?
24             A.   Key Biscayne Community School.
25             Q.   Do you know if Nancy drove your little
```

```
1    brother to Key Biscayne Community School?

2         A.    No.

3         Q.    Was your little brother at Key

4    Biscayne in the year 2013 as well?

5              MR. WHISENAND:  Objection to form to

6         the last question.

7              THE WITNESS:  I don't remember.

8    BY MS. JAFF:

9         Q.    During the year 2014, did you come

10   back to the United States at all?

11        A.    At some point.

12        Q.    Do you know how long you were in the

13   United States for in the year 2014?

14             MR. WHISENAND:  Objection as to form.

15             THE WITNESS:  2014 -- I don't

16        remember.

17   BY MS. JAFF:

18        Q.    Would your passport reflect the dates

19   that you were outside the country in the year 2014?

20             MR. WHISENAND:  Objection as to form.

21             THE WITNESS:  Probably.

22   BY MS. JAFF:

23        Q.    When you were in the country, in the

24   United States in the year 2014, were you at the Key

25   Biscayne house?
```

1          **A.**    When I was in the United States or

2     when I would visit?

3                    MR. WHISENAND:  Objection to form.

4     BY MS. JAFF:

5          **Q.**    Yes.

6          **A.**    Mostly no, but I did go there once or

7     twice, a couple of times.

8          **Q.**    And when you would go to the Key

9     Biscayne home in the year 2014, would Nancy be

10    there?

11         **A.**    I don't remember.

12         **Q.**    And in the year 2015, do you know how

13    many months or weeks you spent in the United

14    States?

15                   MR. WHISENAND:  Objection as to form.

16                   THE WITNESS:  I don't remember.

17    BY MS. JAFF:

18         **Q.**    Would your passport reflect that?

19                   MR. WHISENAND:  Objection as to form.

20                   THE WITNESS:  Yes.

21    BY MS. JAFF:

22         **Q.**    And when you came to the United States

23    in the year 2015, were you staying at the Key

24    Biscayne house?

25         **A.**    No.

```
1              Q.    Where were you staying in the year

2       2015?

3              A.    Wellington.

4              Q.    Ands Nancy was not there, correct?

5              A.    Well, yes, correct.

6              Q.    And during the year 2015, you would

7       not go at all to the Key Biscayne house?

8              A.    Probably sometimes.

9              Q.    And when you went sometimes, would you

10      see Nancy there?

11             A.    I don't remember.

12             Q.    And in the year 2016, do you know for

13      at least the first half of the year, do you know

14      how often you came into the United States?

15                   MR. WHISENAND:  Objection as to form.

16                   THE WITNESS:  The first half, I think

17             one week.

18      BY MS. JAFF:

19             Q.    And do you know if you stayed at the

20      Key Biscayne house?

21             A.    I don't think I did stay in Key

22      Biscayne.

23             Q.    So you have no knowledge whether Nancy

24      was working at the Key Biscayne house in the

25      year 2015?
```

```
 1                    MR. WHISENAND:  Objection as to form.
 2                    THE WITNESS:  I have knowledge, but
 3          not like proof.  I didn't see her myself.
 4     BY MS. JAFF:
 5          Q.   So you don't have personal knowledge,
 6     correct?
 7          A.   Yes.
 8          Q.   You just have information from what
 9     was told to you, correct?
10          A.   Yes.
11          Q.   And who would it have been told to you
12     by?
13          A.   I don't remember.
14          Q.   When Nancy lived at the Key Biscayne
15     house, do you know if she did that for the year
16     2013?
17          A.   I don't remember.
18          Q.   Do you know if she did that for the
19     year 2014?
20          A.   Like lived in the Key Biscayne house?
21          Q.   Yes.
22          A.   Like live seven days a week, you're
23     saying?
24          Q.   Well, you told me that in the year
25     2012 you would see Nancy living in the house from
```

```
1    Monday through Friday, correct?
2                MR. WHISENAND:  Objection as to form.
3    BY MS. JAFF:
4         Q.   Is that correct?
5         A.   Wait.  What year?
6         Q.   In the year 2012.
7         A.   Some, yes.
8         Q.   Did that change?
9         A.   Not every Monday through Friday,
10   though.
11        Q.   How often during the month was Nancy
12   living in the house Monday through Friday in the
13   year 2012?
14                MR. WHISENAND:  Objection as to form.
15                THE WITNESS:  School days, whenever we
16           had school.
17   BY MS. JAFF:
18        Q.   So just not during vacation time or
19   school vacation?
20        A.   Yes, so like summer, winter break,
21   Thanksgiving, spring break, all of that.
22        Q.   Where would Nancy go during school
23   vacation?
24                MR. WHISENAND:  Objection as to form.
25                THE WITNESS:  To her house.
```

```
1       BY MS. JAFF:

2               Q.    Do you know where her house was?

3               A.    No.

4               Q.    In the year 2013, was Nancy living in

5       the house during Monday through Friday during the

6       non-school vacation?

7                     MR. WHISENAND:  Objection to form.

8                     THE WITNESS:  What year, 2013?

9       BY MS. JAFF:

10              Q.    2013, yes.

11              A.    I don't remember.

12              Q.    Do you know in the year 2014 if Nancy

13      was still living in the Key Biscayne house?

14                    MR. WHISENAND:  Objection as to form.

15                    THE WITNESS:  2014 we all left, so a

16              lot of times my mom would visit us in

17              Argentina and Nancy didn't have a reason to

18              be there at that time.  So I don't know how

19              often.  I don't remember.

20      BY MS. JAFF:

21              Q.    You were not at the Key Biscayne house

22      when you were in Argentina, correct?

23              A.    No.

24              Q.    So you don't have personal knowledge

25      of what Nancy was doing, correct?
```

```
1              A.    Yes, correct.

2              Q.    What was the room like that Nancy

3       lived in in the year 2012?

4                    MR. WHISENAND:  Objection as to form.

5                    THE WITNESS:  A little bigger than

6              this room.

7       BY MS. JAFF:

8              Q.    A little bigger than the conference

9       room that we're sitting in right now?

10             A.    Yes, it had a bathroom over there,

11      this part was longer (indicating).

12             Q.    Do you know if Nancy was offered more

13      in wages so that she didn't have to live in the

14      house?

15             A.    I don't remember.  Or I don't know,

16      actually.

17             Q.    Do you know if the room that Nancy --

18      do you want water or you're okay?

19             A.    No, I'm good.  Thanks.

20             Q.    Do you know if the room that Nancy

21      lived in at the Key Biscayne house whether it was

22      appraised?

23             A.    What does appraise mean?

24             Q.    Did somebody come and evaluate the

25      worth of that room?
```



1        A.    Of the room?

2        Q.    Yes.

3        A.    I don't remember.

4        Q.    Do you know if the Department of Labor

5     came and appraised the room to see the value of the

6     room that Nancy was staying in?

7        A.    I don't remember.

8        Q.    Do you know if Nancy did the shopping

9     for your family?

10              MR. WHISENAND:  Objection as to form.

11              THE WITNESS:  Like groceries?

12    BY MS. JAFF:

13       Q.    Yes.

14       A.    No, she didn't.

15       Q.    Do you know if Nancy was given money

16    to go do her own shopping?

17       A.    Sometimes.

18              MR. WHISENAND:  Objection as to form.

19    BY MS. JAFF:

20       Q.    Do you know if there are any documents

21    that reflect what Nancy purchased with regards to

22    the food for herself?

23       A.    I don't know.

24       Q.    Did Nancy eat the food that your

25    family ate?

1         **A.**    Usually, yes.

2         **Q.**    Did Nancy keep track of the food that

3    she was eating?

4         **A.**    I don't remember.

5         **Q.**    Do you know if Nancy was required to

6    keep a form or some kind of an intake sheet that

7    kept track of what she was specifically consuming

8    of the food that she ate?

9         **A.**    I highly doubt she cared.

10        **Q.**    And it was your understanding that

11   Nancy had somewhere else to live aside from living

12   in the Key Biscayne house?

13             MR. WHISENAND:  Objection as to form.

14             THE WITNESS:  I don't remember.

15   BY MS. JAFF:

16        **Q.**    You had said earlier that on vacations

17   she would go somewhere else, correct?

18        **A.**    Yes.

19        **Q.**    So it's your understanding that she

20   had somewhere else to live besides the Key Biscayne

21   house?

22        **A.**    Yes.  I don't remember if it was her

23   house or her boyfriend's, or her friend's house,

24   but definitely somewhere else.

25        **Q.**    When Nancy was ironing clothes, did

```
1     she have to bring her own iron to do that?
2            A.    No.
3            Q.    When Nancy was cleaning the house, for
4     example, vacuuming or sweeping, did she have to use
5     her own equipment in order to do that?
6            A.    No.
7            Q.    When Nancy was cleaning up the dishes,
8     did she have to bring her own sponges?
9            A.    No.
10           Q.    Did Nancy have to bring her own soap
11    or detergent?
12           A.    No.
13           Q.    Did Nancy have to provide any of her
14    own tools or materials in order to do the job that
15    she was doing at the house?
16                 MR. WHISENAND:  Objection as to form.
17                 THE WITNESS:  I don't remember.
18    BY MS. JAFF:
19           Q.    Did you see her ever bringing in her
20    own equipment in order to clean the house?
21                 MR. WHISENAND:  Objection as to form.
22                 THE WITNESS:  I don't think so.
23    BY MS. JAFF:
24           Q.    Do you know if Nancy had any other job
25    in the year 2012?
```

```
 1              A.    I don't know.

 2              Q.    Do you know in the year 2013, if Nancy

 3       had another job?

 4              A.    I don't know.

 5              Q.    Is that true for the year 2014, '15

 6       and '16, if you don't know that Nancy had another

 7       job?

 8                    MR. WHISENAND:  Objection as to form.

 9                    THE WITNESS:  Yes, I don't know.

10       BY MS. JAFF:

11              Q.    Do you know if Nancy was economically

12       dependent on your family for her income in the year

13       2012?

14                    MR. WHISENAND:  Objection as to form.

15                    THE WITNESS:  I don't know.

16       BY MS. JAFF:

17              Q.    Is that true for the year 2013

18       through 2016?

19              A.    Yes.

20                    MR. WHISENAND:  Objection as to form.

21       BY MS. JAFF:

22              Q.    Do you know if there was a written

23       contract between Nancy and your mother?

24              A.    I don't know.

25              Q.    Have you ever seen a written contract
```

1   with regards to Nancy's job duties and her rate of

2   pay?

3            **A.**   I don't remember.

4            **Q.**   Did your mother ever have any kind of

5   late night parties during the year of 2012?

6            **A.**   I don't remember.

7            **Q.**   Do you know if your mother ever hosted

8   guests during the year 2012 and Nancy was required

9   to attend to it and help clean up or serve?

10            MR. WHISENAND:  Objection as to form.

11            THE WITNESS:  I don't remember.

12   BY MS. JAFF:

13            **Q.**   Is that true for the year 2013 to '16?

14            **A.**   Yes.

15            MR. WHISENAND:  Objection as to form.

16   BY MS. JAFF:

17            **Q.**   In the year 2012, did your house have

18   an alarm system?

19            MR. WHISENAND:  Objection as to form.

20            THE WITNESS:  I don't think so.

21   BY MS. JAFF:

22            **Q.**   Do you know in the year 2013, if your

23   house had an alarm system?

24            MR. WHISENAND:  Objection as to form.

25            THE WITNESS:  Probably, yes.

1    BY MS. JAFF:

2         **Q.**   Do you know what the alarm -- what the

3    name of the alarm company was in the year 2013?

4         **A.**   No.

5         **Q.**   Did the alarm system stay in place for

6    the year 2014, '15 and '16?

7              MR. WHISENAND:  Objection to form.

8              THE WITNESS:  I think so.

9    BY MS. JAFF:

10        **Q.**   You think so or you don't think?

11        **A.**   I do think so.  If it was the same

12   company?

13        **Q.**   Yes, sir.

14        **A.**   Yes, I think so.

15        **Q.**   Was the alarm system initiated as soon

16   as someone left the house?

17             MR. WHISENAND:  Objection as to form.

18             THE WITNESS:  I don't know.

19   BY MS. JAFF:

20        **Q.**   Did each person have their own number

21   associated with the alarm system?

22        **A.**   No.

23        **Q.**   So there would be no way to track who

24   was activating the alarm system and deactivating

25   the alarm system in the year 2013, 2014, '15 and

```
 1      '16?

 2                  MR. WHISENAND:  Objection as to form.

 3                  THE WITNESS:  I don't know.

 4      BY MS. JAFF:

 5           Q.   Do you know if Nancy had a number to

 6      activate or deactivate the alarm system that was

 7      specific to her?

 8                  MR. WHISENAND:  Objection as to form.

 9                  THE WITNESS:  I don't remember.

10      BY MS. JAFF:

11           Q.   In the year 2012, did you have cameras

12      in the Key Biscayne house?

13                  MR. WHISENAND:  Objection as to form.

14                  THE WITNESS:  No.

15      BY MS. JAFF:

16           Q.   Is that true?

17           A.   Oh, wait.  We have one.

18           Q.   And where was that located?

19           A.   In the gate.  Actually, wait, 2012?

20           Q.   Yes, sir.

21           A.   2012, I don't remember.

22           Q.   Do you know if a camera was

23      implemented at the gate in the year 2013?

24                  MR. WHISENAND:  Objection as to form.

25                  THE WITNESS:  Yes, I don't remember.
```

1          2013, I don't remember.  Pretty sure it was

2          in 2014.

3    BY MS. JAFF:

4          **Q.**   Do you know if the camera system that

5    was installed in the year 2014 stayed in place for

6    the year 2015?

7          **A.**   I don't know.

8          **Q.**   Do you know if it stayed in place for

9    the year 2016?

10         **A.**   I don't know.

11         **Q.**   Do you know if the camera system

12   overrides itself?

13              MR. WHISENAND:  Objection as to form.

14              THE WITNESS:  What does that mean?

15   BY MS. JAFF:

16         **Q.**   Like it records for seven days and

17   then it rides over for the next seven days, so you

18   can't really go back and look at the seven days

19   prior?

20         **A.**   I have no idea.

21         **Q.**   Do you know if copies of that camera

22   system are maintained somewhere?

23              MR. WHISENAND:  Objection as to form.

24              THE WITNESS:  No, they weren't.

25   BY MS. JAFF:

```
 1              Q.   Was there ever, for the year 2012 to
 2    2016, a different camera installed other than the
 3    one you spoke about at the gate?
 4              MR. WHISENAND:  Objection as to form.
 5              THE WITNESS:  I don't think so.
 6    BY MS. JAFF:
 7              Q.   Do you know the camera system that was
 8    used, the name of it?
 9              MR. WHISENAND:  Objection as to form.
10              THE WITNESS:  No.
11    BY MS. JAFF:
12              Q.   Do you know if it was associated with
13    the alarm system?
14              A.   I don't think so.
15              Q.   Do you know if Nancy was ever
16    explained that her room and board were part of her
17    wages?
18              MR. WHISENAND:  Objection as to form.
19              THE WITNESS:  I don't know.  I don't
20              remember.
21    BY MS. JAFF:
22              Q.   Do you know if Nancy was ever offered
23    money instead of living in the house and/or for
24    paying for her transportation?
25              MR. WHISENAND:  Objection as to form.
```

```
 1                    THE WITNESS:  I don't know.
 2      BY MS. JAFF:
 3              Q.   Have you ever helped with regards to
 4      the filing of taxes for your family?
 5              A.   Never.
 6              Q.   Do you know if Nancy received any tax
 7      forms at the end of the year with regards to her
 8      wages?
 9              A.   No.
10              Q.   You don't know or she didn't receive?
11                   MR. WHISENAND:  Objection as to form.
12                   THE WITNESS:  I don't know.
13      BY MS. JAFF:
14              Q.   Did Nancy ever come to Argentina?
15              A.   Never, that I know of.
16              Q.   Do you know if your mother provided
17      Nancy with health insurance?
18              A.   I don't know.
19              Q.   Do you know if your mother provided
20      Nancy with travel expenses for any tickets or
21      vacation that she might have went on?
22                   MR. WHISENAND:  Objection as to form.
23                   THE WITNESS:  I don't know.
24      BY MS. JAFF:
25              Q.   Do you know if your mother paid for
```

```
 1        Nancy's bills, phone bill?

 2              A.    I don't know.

 3              Q.    Do you know if your mother provided

 4        Nancy with a cell phone?

 5              A.    I don't know.

 6              Q.    Was your mother able to tell Nancy

 7        what to do?

 8                    MR. WHISENAND:  Objection as to form.

 9                    THE WITNESS:  I don't remember.

10        BY MS. JAFF:

11              Q.    Did you ever see your mother giving

12        Nancy instructions with regards to her job duties?

13                    MR. WHISENAND:  Objection as to form.

14                    THE WITNESS:  I don't remember.

15        BY MS. JAFF:

16              Q.    Do you know if Nancy had any

17        managerial skills?

18                    MR. WHISENAND:  Objection as to form.

19                    THE WITNESS:  I don't know.

20        BY MS. JAFF:

21              Q.    Did Nancy have any special education

22        in order to do the job that she was doing?

23                    MR. WHISENAND:  Objection as to form.

24                    THE WITNESS:  I don't know.

25        BY MS. JAFF:
```

```
1              Q.   Did Nancy have any certificates or any

2         certain certifications in order for her to be the

3         maid at your house?

4                   MR. WHISENAND:  Objection as to form.

5                   THE WITNESS:  I don't know.

6         BY MS. JAFF:

7              Q.   Would you say from what you saw --

8         strike that.

9                   What percentage of the day, from what

10        you saw, would Nancy be cleaning?

11                  MR. WHISENAND:  Objection as to form.

12                  THE WITNESS:  I don't remember.

13        BY MS. JAFF:

14             Q.   Do you know what percentage of the day

15        Nancy was vacuuming?

16                  MR. WHISENAND:  Objection as to form.

17                  THE WITNESS:  No.

18        BY MS. JAFF:

19             Q.   Do you know what percentage of the day

20        Nancy was ironing?

21                  MR. WHISENAND:  Objection as to form.

22                  THE WITNESS:  I don't know.

23        BY MS. JAFF:

24             Q.   But from what you saw Nancy's job

25        duties were maintaining the house, cleaning it,
```

```
 1    doing dishes, ironing, that kind of job?

 2                MR. WHISENAND:  Objection as to form.

 3                THE WITNESS:  For the most part.

 4    BY MS. JAFF:

 5         Q.   Was Nancy required to ever supervise

 6    any house parties that you and your brothers had?

 7         A.   No.

 8         Q.   Did Nancy have a separate entrance to

 9    get in and out of the house from her bedroom?

10         A.   No.

11         Q.   What time on Fridays would Nancy be

12    done with her job duties?

13                MR. WHISENAND:  Objection as to form.

14                THE WITNESS:  On Fridays?

15    BY MS. JAFF:

16         Q.   Yes.

17         A.   As soon as we got back from school.

18         Q.   And what time is that usually?

19         A.   4-ish.

20         Q.   She wouldn't have to wait to clean up

21    dinner on Fridays?

22         A.   We didn't have dinner in Key Biscayne

23    on Fridays.

24         Q.   Was Nancy required to be back at the

25    house on Sunday?
```



```
 1                    MR. WHISENAND:  Objection as to form.

 2                    THE WITNESS:  Sometimes.

 3      BY MS. JAFF:

 4           Q.   And do you know what time she would be

 5      required to come back on Sundays?

 6           A.   No, I don't know.

 7           Q.   What do you consider Sunday night,

 8      what time?

 9                    MR. WHISENAND:  Objection as to form.

10                    THE WITNESS:  8:00 p.m., 9:00 p.m.

11      BY MS. JAFF:

12           Q.   And on the Sundays that Nancy was

13      required to return at 8:00 or 9:00 p.m., what was

14      she required to do when she returned?

15                    MR. WHISENAND:  Objection as to form.

16                    THE WITNESS:  I think it was cook

17           dinner.

18      BY MS. JAFF:

19           Q.   And on a monthly basis how often was

20      she returning on a Sunday to cook dinner?

21                    MR. WHISENAND:  Objection as to form.

22                    THE WITNESS:  I don't remember.

23      BY MS. JAFF:

24           Q.   Do you know if it was every other

25      Sunday, once a month, twice a month?
```

```
 1              A.    I think it was just random.

 2              Q.    And your mother would be the one that

 3      would instruct her when she needed to come back?

 4                   MR. WHISENAND:  Objection as to form.

 5                   THE WITNESS:  I don't know who.

 6      BY MS. JAFF:

 7              Q.    Do you know who Esther is?

 8              A.    Her helper.

 9              Q.    Whose helper?

10              A.    Nancy's like -- another maid.

11              Q.    Do you know when Esther started?

12              A.    I don't remember.

13              Q.    Do you know what year Esther started

14      working for your family?

15              A.    No.

16              Q.    Do you know if she was hired by Nancy?

17              A.    No idea.

18              Q.    Do you know if your mother hired

19      Esther?

20              A.    I don't remember.

21              Q.    Do you know what days of the week

22      Esther worked?

23              A.    I think Tuesday, Thursday.

24              Q.    Do you know if that was in the

25      year 2012?
```

```
 1              A.    I don't remember.

 2              Q.    Do you know if that was in the year

 3      2013?

 4              A.    I don't remember.

 5              Q.    Do you know if that was in the

 6      year 2014?

 7              A.    I don't remember.

 8              Q.    Do you know if that was in the

 9      year 2015?

10              A.    I don't remember.

11              Q.    Do you know if that was in the year

12      2016?

13              A.    I don't remember.

14              Q.    Do you know if it was every week

15      Tuesday, Thursday or only once a month?

16                   MR. WHISENAND:  Objection as to form.

17                   THE WITNESS:  I think it was every

18              school days.  Every, like for 2012, I

19              think.

20      BY MS. JAFF:

21              Q.    Do you know if that was the same for

22      the year 2014 through 2016?

23                   MR. WHISENAND:  Objection as to form.

24                   THE WITNESS:  After I moved to

25              Argentina, I don't know.
```

```
 1    BY MS. JAFF:
 2              Q.    Do you know what Esther's last name
 3    is?
 4              A.    No.
 5              Q.    Do you know how Esther was paid?
 6              A.    No.
 7              Q.    Do you know if she was paid in cash or
 8    check?
 9              A.    I don't remember.
10              Q.    Do you know how much Esther was paid?
11              A.    I don't remember.
12              Q.    Did Esther bring her own tools in
13    order to do her job?
14                    MR. WHISENAND:  Objection as to form.
15                    THE WITNESS:  I don't remember.
16    BY MS. JAFF:
17              Q.    Do you know if there was a written
18    contract that Esther had with regards to her job
19    and job duties?
20              A.    I don't know.
21              Q.    Can you tell me how Esther's job
22    differed from Nancy's job?
23                    MR. WHISENAND:  Objection as to form.
24                    THE WITNESS:  I don't remember.
25    BY MS. JAFF:
```

1          Q.    Did you see Esther doing something

2     differently than Nancy did?

3          A.    I don't remember.

4          Q.    Did Esther live in the house?

5          A.    No.

6          Q.    Do you know what year Esther stopped

7     working for your family?

8                MR. WHISENAND:  Objection as to form.

9                THE WITNESS:  I don't remember.

10    BY MS. JAFF:

11         Q.    Do you know what year Nancy stopped

12    working for your family?

13         A.    I don't remember.

14         Q.    Do you know why Nancy stopped working

15    for your family?

16                MR. WHISENAND:  Objection as to form.

17                THE WITNESS:  I don't remember.

18    BY MS. JAFF:

19         Q.    Do you know if Nancy was fired or if

20    she quit?

21         A.    I don't know.

22         Q.    Where there any posters anywhere in

23    your house that referred to overtime or minimum

24    wage loss?

25                MR. WHISENAND:  Objection as to form.

```
 1                    THE WITNESS:  Posters?

 2      BY MS. JAFF:

 3           Q.   Yes, sir.

 4           A.   With like salary?

 5           Q.   With any kind of information regarding

 6      the overtime and minimum wage loss?

 7           A.   I don't think so.

 8           Q.   Do you know if anyone in your family,

 9      including your mother, ever contacted the

10      Department of Labor to ensure they were in

11      compliance with the overtime and minimum wage loss?

12                    MR. WHISENAND:  Objection as to form.

13                    THE WITNESS:  I don't think so.

14      BY MS. JAFF:

15           Q.   Did Nancy have to keep track of the

16      hours that she was working, for example, using a

17      clock in and clock out system?

18           A.   No.

19           Q.   Or write down the information

20      somewhere?

21           A.   Write down, I don't think so.  But

22      there was no clock in or clock out.

23           Q.   To your knowledge, is there any record

24      of the hours that Nancy worked on a daily basis?

25                    MR. WHISENAND:  Objection as to form.
```

```
 1                    THE WITNESS:  I don't know.

 2     BY MS. JAFF:

 3          Q.   Has your family been sued ever for

 4     overtime or minimum wage loss prior to this

 5     lawsuit?

 6                    MR. WHISENAND:  Objection as to form.

 7                    THE WITNESS:  I don't she think so.

 8     BY MS. JAFF:

 9          Q.   Are you aware of any affirmative steps

10     that were taken to ensure that your mother was in

11     compliance with the overtime and minimum wage loss?

12                    MR. WHISENAND:  Objection as to form.

13                    THE WITNESS:  I don't know.

14     BY MS. JAFF:

15          Q.   Do you know, and I'm not asking for

16     substance of the conversations but prior to this

17     lawsuit, do you know if your mother ever contacted

18     an attorney to ensure that she was in compliance

19     with the overtime and minimum wage loss?

20                    MR. WHISENAND:  Objection as to form.

21                    THE WITNESS:  I don't know.

22     BY MS. JAFF:

23          Q.   Do you know what the value of the room

24     was that Nancy stayed in?

25          A.   No.
```

```
 1                    MR. WHISENAND:  Objection as to form.

 2      BY MS. JAFF:

 3           Q.   Do you know if your family asked for

 4      an offset on their taxes with regards to the room

 5      and board that was given to Nancy?

 6                    MR. WHISENAND:  Objection as to form.

 7                    THE WITNESS:  I don't know what that

 8           means.

 9      BY MS. JAFF:

10           Q.   Do you know if Nancy was ever told the

11      value of the food and board that she was receiving

12      and that it would be part of her wages?

13                    MR. WHISENAND:  Objection as to form.

14                    THE WITNESS:  I don't remember.

15      BY MS. JAFF:

16           Q.   Do you know why Nancy was required to

17      live on the premises?

18                    MR. WHISENAND:  Objection as to form.

19                    THE WITNESS:  I don't remember.

20      BY MS. JAFF:

21           Q.   Do you know why Nancy did live on the

22      property?

23                    MR. WHISENAND:  Objection as to form.

24                    THE WITNESS:  No, I don't know.

25      BY MS. JAFF:
```

1          Q.   Did Nancy live on the property so that

2     when you and your brothers were not home your

3     mother knew that someone was home with her?

4               MR. WHISENAND:  Objection as to form.

5               THE WITNESS:  I don't think so.

6     BY MS. JAFF:

7          Q.   Do you know if Nancy lived in the

8     house for the benefit of your mom?

9               MR. WHISENAND:  Objection as to form.

10              THE WITNESS:  I don't know.

11    BY MS. JAFF:

12         Q.   Do you know if Nancy was required to

13    live in the Key Biscayne house in order to be hired

14    for the job?

15              MR. WHISENAND:  Objection as to form.

16              THE WITNESS:  I don't know.

17    BY MS. JAFF:

18         Q.   Do you know why Nancy had to live on

19    the property and why she couldn't live with her

20    boyfriend or her own house and come during the day

21    in order to complete her job duties?

22              MR. WHISENAND:  Objection as to form.

23              THE WITNESS:  No, I don't remember.

24    BY MS. JAFF:

25         Q.   Do you know what the market value of

```
 1    the room that Nancy lived in is?

 2         A.    I don't remember.

 3         Q.    Do you know what the market value of

 4    that Key Biscayne house was in the year 2012?

 5              MR. WHISENAND:  Objection as to form.

 6              THE WITNESS:  I don't remember.

 7    BY MS. JAFF:

 8         Q.    And that's true for the year 2012

 9    through 2016?

10              MR. WHISENAND:  Objection as to form.

11              THE WITNESS:  Yes.

12    BY MS. JAFF:

13         Q.    Do you know how many square feet

14    Nancy's room was?

15         A.    Not exactly.

16         Q.    Do you know approximately?

17         A.    Not approximately either.

18         Q.    Do you know approximately what the

19    square footage of the house on Key Biscayne is?

20         A.    No.

21         Q.    Do you know if your mom declared on

22    her taxes the rent that she was allegedly charging

23    to Nancy?

24              MR. WHISENAND:  Objection as to form.

25              THE WITNESS:  I don't remember.
```



```
 1  | BY MS. JAFF:
 2  |          Q.    Do you know if your mother or you or
 3  | any of your brothers or even your father contacted
 4  | the Department of Labor with regards to the
 5  | relationship between Nancy and your mother?
 6  |                MR. WHISENAND:  Objection as to form.
 7  |                THE WITNESS:  I don't remember.
 8  | BY MS. JAFF:
 9  |          Q.    You don't remember or you don't know?
10  |                MR. WHISENAND:  Objection as to form.
11  |                THE WITNESS:  I don't remember.
12  | BY MS. JAFF:
13  |          Q.    Do you know who Paola Curuchett is,
14  | C-U-R-U-C-H-E-T-T?
15  |          A.    I think so.
16  |          Q.    Who is that?
17  |          A.    I think it's one of my mom's friends.
18  |          Q.    Does she live in Key Biscayne?
19  |          A.    I don't know.
20  |          Q.    Do you know how often she visits the
21  | Key Biscayne house in the year 2012 through 2016?
22  |          A.    My Key Biscayne house or my family's
23  | key Biscayne house?
24  |          Q.    Yes, sir.
25  |          A.    I don't know.
```

1          Q.   Do you know what information Paola

2    would have in regards to Nancy?

3                MR. WHISENAND:  Objection as to form.

4                THE WITNESS:  I don't know.

5    BY MS. JAFF:

6          Q.   Do you know who Ally Rom is?

7          A.   I think she's also one of my mom's

8    friends.

9          Q.   Do you know where she lives?

10         A.   No.

11         Q.   Do you know if she ever lived at your

12   Key Biscayne house?

13               MR. WHISENAND:  Objection as to form.

14               THE WITNESS:  I don't think so.

15   BY MS. JAFF:

16         Q.   Do you know what kind of information

17   she would have with regards to the hours that Nancy

18   worked?

19               MR. WHISENAND:  Objection as to form.

20               THE WITNESS:  I don't know.

21   BY MS. JAFF:

22         Q.   Do you know what kind of information

23   she would have with regards to the wages Nancy

24   received?

25               MR. WHISENAND:  Objection as to form.

```
1                    THE WITNESS:  I don't know.

2     BY MS. JAFF:

3              Q.    Do you know who Gonzalo Maria Avendano

4     is?

5              A.    Avendano?

6              Q.    Yes, sir.  Who is that?

7              A.    My dad.

8              Q.    And where does he live?

9              A.    Right now?

10             Q.    Yes, sir.

11             A.    He is in between Argentina and

12    Wellington and Bahamas.

13             Q.    In the year 2012, did your father live

14    at the Key Biscayne house?

15                   MR. WHISENAND:  Objection as to form.

16                   THE WITNESS:  I don't remember.

17    BY MS. JAFF:

18             Q.    In the year 2013, did your father live

19    at the Key Biscayne house?

20             A.    I don't remember.

21             Q.    In the year 2014 did your father live

22    in the Key Biscayne house?

23             A.    I don't think so.

24             Q.    And in the year 2015, did your father

25    live at the Key Biscayne house?
```

1          **A.**    No.

2          **Q.**    And in the year 2016, did your father

3     live at the Key Biscayne house?

4          **A.**    No.

5          **Q.**    So you know for sure during the

6     years 2014, '15, and '16 your father did not live

7     at the Key Biscayne house, correct?

8          **A.**    I think I said I don't know for the

9     year 2014, but I don't think so.

10         **Q.**    When your father comes to the United

11    States, does he live at the Key Biscayne house?

12         **A.**    Not usually.

13         **Q.**    Where does he usually stay?

14         **A.**    Wellington.

15         **Q.**    Do you know during the year 2012 how

16    often your mother travelled to Argentina, if at

17    all?

18         **A.**    I don't know.

19         **Q.**    Is that true for the year 2013 to

20    2016, you don't know?

21         **A.**    Yes.  Yes.

22         **Q.**    Do you know who Monica Arriazu is,

23    A-R-R-I-A-Z-U?

24         **A.**    I don't remember.

25         **Q.**    Do you know if that's one of your

```
 1    mother's friends?
 2              MR. WHISENAND:  Objection as to form.
 3              THE WITNESS:  I don't know.
 4    BY MS. JAFF:
 5         Q.   Do you know if Esther's last name is
 6    Vides?
 7         A.   I don't know.
 8              MR. WHISENAND:  Can you spell that.
 9              MS. JAFF:  Yes.  V-I-D-E-S.
10              THE WITNESS:  I don't know.
11    BY MS. JAFF:
12         Q.   All right.  Give me a few seconds to
13    look over my notes and I might not have anymore
14    questions for you, okay?
15         A.   Okay.
16         Q.   I'll be right back.
17              (Thereupon, a short recess was
18         taken.)
19    BY MS. JAFF:
20         Q.   You said that Nancy would clean up
21    dinner after you and your family in the year 2012,
22    from what you recall, correct?
23         A.   Like clean dishes, yes.
24         Q.   Do you know if that was true in the
25    year 2013?
```

1          **A.**    I don't remember.

2          **Q.**    When you were home visiting, do you

3     know if that's true for the year 2014, '15 and '16?

4          **A.**    I don't remember.

5          **Q.**    Do you know if Nancy was the one that

6     prepared the dinner?

7          **A.**    Sometimes.

8              MR. WHISENAND:   Objection as to form.

9              MS. JAFF:   Okay.   I don't have any

10             other questions.

11             MR. WHISENAND:   Thank you.

12             MS. JAFF:   You have an opportunity to

13             read or waive, do you want to read?

14             MR. WHISENAND:   We will read.

15             (Thereupon, the deposition was

16             concluded at 12:18 p.m.)

17

18

19

20

21

22

23

24

25

```
 1                CERTIFICATE OF REPORTER

 2

     STATE OF FLORIDA   )
 3                      )   SS.
     COUNTY OF DADE     )

 4

 5

        I, BENJAMIN AVENDANO, Registered Professional
 6   Reporter, Florida Professional Reporter, do hereby
     certify that I was authorized to and did
 7   stenographically report the deposition of BENJAMIN
     AVENDANO; that a review of the transcript WAS
 8   requested; and that the foregoing transcript, pages
     1 through 62, is a true record of my stenographic
 9   notes.

10      I FURTHER CERTIFY that I am not a relative,
     employee, or attorney, or counsel of any of the
11   parties, nor am I a relative or employee of any of
     the parties' attorney or counsel connected with the
12   action, nor am I financially interested in the
     action.

13

14

15      DATED this 20th day of February, 2018.

16

17

18
     _____
19   Ashley Muñoz, Registered Professional
     Reporter Florida Professional Reporter
20

21

22

23

24

25
```

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF DADE

       I, the undersigned authority, certify that BENJAMIN AVENDANO personally appeared before me and was duly sworn.

       WITNESS my hand and official seal this 22nd day of January, 2018.

Ashley Muñoz

Notary Public State of Florida

My commission Expires: 01-01-22

1                           JURAT PAGE

2

3     STATE OF FLORIDA  )
                        )SS.
4     COUNTY OF DADE    )

5

6

7                I, hereby certify that I have read the

8     foregoing transcript pages 1 to 62 and find the

9     same to be true and accurate.

10               Any corrections made by me are set

11    forth on the errata page attached hereto.

12

13

14                    _____

15                    (BENJAMIN AVENDANO)

16

17

18    Sworn to and subscribed before me on this,
      _____ day of _____, 2018.
19

20

      _____
21    Notary Public in and for the
      State of Florida at Large.
22    My Commission expires:

23

24

25

```
1                    JEANNIE REPORTING
                   28 West Flagler Street
2                        Suite 610
                    Miami, Florida 33130
3
4
5      TO: BENJAMIN AVENDANO
       c/o WHISENAND & TURNER, P.A.
6          501 Brickell Key Drive
           Suite 602
7          Miami, Florida 33131

8          February 20, 2018

9      IN RE: Narcisa Chavez Perez v. Bernarda Arancedo
       CASE NO: 17-20003-CIV-JLK
10
       Dear BENJAMIN AVENDANO,
11
       With reference to the examination of YOURSELF,
12     deponent in the above-styled cause, taken on
       January 22, 2018 under oath, please be advised that
13     the transcript of the Deposition has been
       transcribed and is awaiting your signature.
14
       Please arrange to conclude this matter at your
15     earliest convenience. We would suggest that you
       telephone this office and arrange an appointment
16     suitable for all concerned.

17     However, if this has not been taken care of by
       March 22, 2018 we shall conclude the reading and
18     signing of said deposition has been waived, and
       shall then proceed to file the original of the said
19     transcript with the party who took the deposition,
       without further notice to any parties.
20
                       Sincerely,
21

22     _____
23                 Ashley Muñoz

24     cc: All Counsel of Record.

25
```



```
 1                        ERRATA SHEET

 2

 3          I, BENJAMIN AVENDANO, do hereby acknowledge

 4     that I have read this transcript and find it to be

 5     accurate except for the corrections noted below.

 6

 7     PAGE _____ LINE _____ / _____

 8     PAGE _____ LINE _____ / _____

 9     PAGE _____ LINE _____ / _____

10     PAGE _____ LINE _____ / _____

11     PAGE _____ LINE _____ / _____

12     PAGE _____ LINE _____ / _____

13     PAGE _____ LINE _____ / _____

14     PAGE _____ LINE _____ / _____

15     PAGE _____ LINE _____ / _____

16     PAGE _____ LINE _____ / _____

17

18

19                         _____

20

21                         BENJAMIN AVENDANO

22

23          Signed and dated this _____ day of _____

24     2018.

25
```



**'**

**'15** [6] - 23:24, 37:5, 39:6, 39:25, 60:6, 62:3
**'16** [6] - 37:6, 38:13, 39:6, 40:1, 60:6, 62:3

**0**

**01-01-22** [1] - 64:19

**1**

**1** [2] - 63:8, 65:8
**10** [3] - 9:13, 9:15, 9:25
**11:18** [1] - 1:13
**12400** [2] - 7:7, 10:22
**12:18** [1] - 62:16
**15** [1] - 6:17
**17-20003-CIV-JLK** [2] - 1:3, 66:9
**18** [2] - 7:24, 8:2
**1998** [1] - 6:17

**2**

**20** [1] - 66:8
**2012** [52] - 9:5, 9:10, 9:14, 10:24, 11:4, 11:16, 11:20, 11:22, 12:8, 12:20, 13:1, 13:9, 13:11, 14:10, 14:20, 14:24, 15:4, 15:9, 15:14, 16:7, 19:3, 19:7, 19:10, 19:11, 19:12, 19:16, 21:7, 21:11, 26:12, 26:15, 26:23, 30:25, 31:6, 31:13, 33:3, 36:25, 37:13, 38:5, 38:8, 38:17, 40:11, 40:19, 40:21, 42:1, 48:25, 49:18, 56:4, 56:8, 57:21, 59:13, 60:15, 61:21
**2013** [22] - 22:3, 22:6, 22:13, 26:18, 26:19, 27:4, 30:16, 32:4, 32:8, 32:10, 37:2, 37:17, 38:13, 38:22, 39:3, 39:25, 40:23, 41:1, 49:3, 59:18, 60:19, 61:25
**2014** [30] - 22:17, 23:14, 23:16, 23:18, 23:24, 24:1, 24:5, 25:3, 25:18, 26:6,

27:9, 27:13, 27:15, 27:19, 27:24, 28:9, 30:19, 32:12, 32:15, 37:5, 39:6, 39:25, 41:2, 41:5, 49:6, 49:22, 59:21, 60:6, 60:9, 62:3
**2015** [13] - 22:24, 23:13, 24:2, 24:5, 25:8, 28:12, 28:23, 29:2, 29:6, 29:25, 41:6, 49:9, 59:24
**2016** [25] - 8:24, 23:4, 23:9, 23:12, 23:18, 23:25, 24:2, 24:6, 24:10, 24:16, 24:17, 25:13, 25:15, 25:18, 29:12, 37:18, 41:9, 42:2, 49:12, 49:22, 56:9, 57:21, 60:2, 60:20
**2017** [1] - 8:23
**2018** [8] - 1:14, 63:15, 64:11, 65:18, 66:8, 66:12, 66:17, 67:24
**20th** [1] - 63:15
**22** [3] - 1:14, 66:12, 66:17
**22nd** [1] - 64:11
**28** [1] - 66:1

**3**

**3** [1] - 2:13
**300** [2] - 1:12, 2:3
**33** [1] - 7:9
**33130** [1] - 66:2
**33131** [2] - 2:8, 66:7
**33141** [2] - 1:13, 2:4
**33449** [2] - 7:8, 7:10

**4**

**4-ish** [1] - 46:19
**4:00** [2] - 15:24, 15:25

**5**

**501** [2] - 2:7, 66:6
**5:00** [4] - 15:24, 15:25, 16:1, 17:2

**6**

**602** [2] - 2:8, 66:6
**605** [2] - 1:12, 2:4
**610** [1] - 46:2
**62** [2] - 63:8, 65:8
**6:00** [6] - 12:25, 15:24, 16:1, 17:6, 17:9,

17:12

**7**

**71st** [2] - 1:12, 2:3
**7:00** [6] - 18:2, 18:3, 19:8, 19:15, 20:3, 22:7
**7:30** [8] - 18:13, 18:15, 19:8, 19:15, 20:3, 20:9, 22:7, 22:8

**8**

**8:00** [3] - 19:4, 47:10, 47:13

**9**

**9:00** [9] - 12:22, 17:2, 17:5, 17:7, 17:9, 17:12, 19:2, 47:10, 47:13

**A**

**A-V-E-N-D-A-N-O** [1] - 6:14
**a.m** [5] - 1:13, 12:22, 19:2, 19:4, 19:8
**able** [2] - 5:8, 44:6
**above-styled** [1] - 66:12
**accidently** [1] - 17:3
**accurate** [2] - 65:9, 67:5
**acknowledge** [1] - 67:3
**action** [2] - 63:12, 63:12
**activate** [1] - 40:6
**activating** [1] - 39:24
**activities** [4] - 13:12, 20:25, 21:3, 21:19
**activity** [1] - 21:21
**address** [6] - 7:3, 9:12, 9:15, 10:1, 10:21, 11:16
**Advil** [2] - 5:24, 6:1
**advised** [1] - 66:12
**affect** [2] - 5:23, 6:2
**afternoon** [2] - 12:23, 12:24
**age** [2] - 7:24, 8:2
**agenda** [2] - 15:6, 15:10
**ahead** [5] - 4:12, 4:17, 6:11, 9:9, 16:11
**alarm** [11] - 38:18, 38:23, 39:2, 39:3,

39:5, 39:15, 39:21, 39:24, 39:25, 40:6, 42:13
**alcohol** [1] - 5:23
**allegedly** [1] - 56:22
**Ally** [1] - 58:6
**ands** [1] - 29:4
**answer** [8] - 4:12, 4:13, 4:18, 5:12, 9:9, 16:11, 18:12, 20:14
**answered** [1] - 20:12
**apartment** [1] - 7:11
**APPEARANCES** [1] - 2:1
**appeared** [1] - 64:8
**appointment** [1] - 66:15
**appraise** [1] - 33:23
**appraised** [2] - 33:22, 34:5
**April** [2] - 11:6, 11:8
**ARANCEDO** [1] - 1:7
**Arancedo** [1] - 66:23
**Argentina** [11] - 23:22, 23:24, 24:1, 24:4, 26:2, 32:17, 32:22, 43:14, 49:25, 59:11, 60:16
**arrange** [2] - 66:14, 66:15
**Arriazu** [1] - 60:22
**ARRIAZU** [1] - 60:23
**Ashley** [4] - 1:18, 63:19, 64:17, 66:23
**aside** [3] - 9:21, 21:3, 35:11
**Asociación** [1] - 26:8
**assigned** [1] - 14:12
**assignments** [1] - 15:13
**associated** [5] - 7:12, 7:15, 7:20, 39:21, 42:12
**ate** [3] - 17:17, 34:25, 35:8
**attached** [1] - 65:11
**attend** [1] - 38:9
**attending** [4] - 26:1, 26:7, 26:9, 26:13
**attorney** [3] - 53:18, 63:10, 63:11
**attorneys** [1] - 4:10
**August** [3] - 8:24, 23:25, 24:10
**authority** [1] - 64:7
**authorized** [1] - 63:6
**AVENDANO** [10] - 1:16, 3:2, 63:5, 63:7, 64:8, 65:15, 66:5, 66:10, 67:3, 67:21

**Avendano** [6] - 2:12, 6:13, 8:5, 9:18, 59:3, 59:5
**awaiting** [1] - 66:13
**awake** [1] - 19:17
**aware** [1] - 53:9

**B**

**backyard** [1] - 21:15
**bad** [1] - 13:18
**Bahamas** [1] - 59:12
**basis** [2] - 47:19, 52:24
**bathroom** [2] - 4:23, 33:10
**bedroom** [1] - 46:9
**beds** [1] - 16:12
**beginning** [1] - 20:7
**BEHALF** [2] - 2:2, 2:6
**below** [1] - 67:5
**benefit** [1] - 55:8
**Benjamin** [2] - 2:12, 6:13
**BENJAMIN** [11] - 1:16, 3:2, 6:14, 63:5, 63:7, 64:8, 65:15, 66:5, 66:10, 67:3, 67:21
**Bernarda** [1] - 66:9
**BERNARDA** [1] - 1:7
**between** [3] - 37:23, 57:5, 59:11
**bigger** [2] - 33:5, 33:8
**bill** [1] - 44:1
**bills** [1] - 44:1
**birth** [1] - 6:15
**Biscayne** [38] - 9:11, 9:13, 11:24, 24:21, 26:24, 27:1, 27:4, 27:25, 28:9, 28:24, 29:7, 29:20, 29:22, 29:24, 30:14, 30:20, 32:13, 32:21, 33:21, 35:12, 35:20, 40:12, 46:22, 55:13, 56:4, 56:19, 57:18, 57:21, 57:22, 57:23, 58:12, 59:14, 59:19, 59:22, 59:25, 60:3, 60:7, 60:11
**bit** [2] - 3:17, 8:8
**board** [3] - 42:16, 54:5, 54:11
**Boca** [2] - 8:18, 24:8
**boyfriend** [1] - 55:20
**boyfriend's** [1] - 35:23
**break** [4] - 4:22, 5:2, 31:20, 31:21
**breakfast** [4] - 17:16, 17:17, 17:18, 19:23



**Brickell** [2] - 2:7, 66:6
**brief** [1] - 4:18
**bring** [4] - 36:1, 36:8, 36:10, 50:12
**bringing** [1] - 36:19
**brother** [20] - 8:3, 9:16, 9:19, 19:11, 19:13, 23:17, 23:21, 23:22, 23:23, 25:1, 25:17, 26:1, 26:3, 26:4, 26:13, 26:16, 26:23, 27:1, 27:3
**brothers** [5] - 10:25, 11:5, 46:6, 55:2, 57:3
**bus** [1] - 19:9
**business** [1] - 8:20
**BY** [107] - 2:5, 2:9, 3:7, 9:8, 16:6, 16:10, 18:11, 20:13, 22:11, 22:16, 22:21, 23:3, 23:8, 25:6, 25:11, 25:16, 26:17, 26:21, 27:8, 27:17, 27:22, 28:4, 28:17, 28:21, 29:18, 30:4, 31:3, 31:17, 32:1, 32:9, 32:20, 33:7, 34:12, 34:19, 35:15, 36:18, 36:23, 37:10, 37:16, 37:21, 38:12, 38:16, 38:21, 39:1, 39:9, 39:19, 40:4, 40:10, 40:15, 41:3, 41:15, 41:25, 42:6, 42:11, 42:21, 43:2, 43:13, 43:24, 44:10, 44:15, 44:20, 44:25, 45:6, 45:13, 45:18, 45:23, 46:4, 46:15, 47:3, 47:11, 47:18, 47:23, 48:6, 49:20, 50:1, 50:16, 50:25, 51:10, 51:18, 52:2, 52:14, 53:2, 53:8, 53:14, 53:22, 54:2, 54:9, 54:15, 54:20, 54:25, 55:6, 55:11, 55:17, 55:24, 56:7, 56:12, 57:1, 57:8, 57:12, 58:5, 58:15, 58:21, 59:2, 59:17, 61:4, 61:11, 61:19

**C**

**c/o** [1] - 66:5
**calendar** [2] - 15:6, 15:10
**camera** [6] - 40:22,

41:4, 41:11, 41:21, 42:2, 42:7
**cameras** [1] - 40:11
**Cape** [3] - 9:13, 9:15, 9:25
**car** [1] - 21:25
**care** [1] - 66:17
**cared** [1] - 35:9
**CASE** [2] - 1:3, 66:9
**case** [2] - 1:21, 3:9
**cash** [2] - 12:16, 50:7
**cc** [1] - 66:24
**cell** [1] - 44:4
**certain** [1] - 45:2
**CERTIFICATE** [2] - 63:1, 64:1
**certificates** [1] - 45:1
**certifications** [1] - 45:2
**CERTIFY** [1] - 63:10
**certify** [3] - 63:6, 64:7, 65:7
**change** [3] - 22:22, 23:11, 31:8
**changed** [4] - 22:12, 22:18, 23:5, 23:15
**charging** [1] - 56:22
**CHAVEZ** [1] - 1:4
**Chavez** [2] - 3:10, 66:9
**check** [2] - 12:17, 50:8
**chicken** [1] - 17:15
**City** [2] - 25:2, 25:18
**class** [1] - 13:18
**classes** [2] - 21:14, 21:17
**clean** [1] - 16:12, 18:5, 18:6, 18:15, 18:25, 36:20, 38:9, 46:20, 61:20, 61:23
**cleaned** [1] - 18:22, 24:24
**cleaning** [10] - 18:19, 19:20, 20:5, 20:9, 20:16, 22:7, 36:3, 36:7, 45:10, 45:25
**clock** [4] - 52:17, 52:22
**clothes** [5] - 16:12, 19:20, 20:5, 22:7, 35:25
**college** [2] - 25:19, 25:21
**College** [1] - 25:22
**commission** [1] - 64:19
**Commission** [1] - 65:22
**Community** [2] - 26:24, 27:1
**commute** [1] - 24:10

**company** [2] - 39:3, 39:12
**complete** [1] - 55:21
**compliance** [3] - 52:11, 53:11, 53:18
**computer** [1] - 16:23, 17:11
**concerned** [1] - 66:16
**conclude** [2] - 66:14, 66:17
**concluded** [1] - 62:16
**conference** [1] - 33:8
**connected** [1] - 63:11
**consider** [1] - 12:24, 47:7
**consuming** [1] - 35:7
**contacted** [3] - 52:9, 53:17, 57:3
**contract** [3] - 37:23, 37:25, 50:18
**convenience** [1] - 66:15
**conversations** [1] - 53:16
**cook** [9] - 16:12, 16:21, 17:14, 17:16, 17:18, 17:21, 17:23, 17:16, 47:20
**cooking** [1] - 20:1
**copies** [1] - 41:21
**correct** [17] - 9:3, 11:25, 16:3, 20:6, 20:10, 29:4, 29:5, 30:6, 30:9, 31:1, 31:4, 32:22, 32:25, 33:1, 35:17, 60:7, 61:22
**corrections** [2] - 65:10, 67:5
**Counsel** [1] - 66:24
**counsel** [2] - 63:10, 63:11
**counter** [1] - 6:9
**country** [2] - 27:19, 27:23
**court** [2] - 3:20, 3:25
**COURT** [1] - 1:1
**courtesy** [1] - 4:6
**CROSS** [1] - 2:12
**cup** [1] - 8:11
**current** [1] - 7:3
**Curuchett** [1] - 57:13
**CURUCHETT** [1] - 57:14

**D**

**dad** [1] - 59:7
**DADE** [3] - 63:3, 64:4, 65:4
**daily** [1] - 52:24
**date** [1] - 6:15
**dated** [1] - 67:23
**DATED** [1] - 63:15
**dates** [1] - 27:18
**days** [9] - 15:15, 24:13, 30:22, 31:15, 41:16, 41:17, 41:18, 48:21, 49:18
**deactivate** [1] - 40:6
**deactivating** [1] - 39:24
**Dear** [1] - 66:10
**December** [1] - 11:6
**declared** [1] - 56:21
**Defendant** [1] - 1:8
**DEFENDANT** [1] - 2:6
**definitely** [1] - 35:24
**Department** [3] - 34:4, 52:10, 57:4
**dependent** [1] - 37:12
**deponent** [1] - 66:12
**deposition** [5] - 3:12, 62:15, 63:7, 66:18, 66:19
**DEPOSITION** [1] - 1:16
**Deposition** [2] - 1:21, 66:13
**detergent** [1] - 36:11
**differed** [1] - 50:22
**different** [2] - 5:7, 42:2
**differently** [1] - 51:2
**dinner** [15] - 17:23, 18:1, 18:5, 18:9, 18:15, 18:19, 20:9, 20:17, 22:8, 46:21, 46:22, 47:17, 47:20, 61:21, 62:6
**DIRECT** [2] - 2:12, 3:6
**dishes** [7] - 18:6, 18:16, 18:23, 18:25, 36:7, 46:1, 61:23
**DISTRICT** [2] - 1:1, 1:1
**documents** [2] - 15:2, 34:20
**done** [2] - 20:8, 46:12
**doubt** [1] - 35:9
**down** [8] - 3:21, 4:1, 4:2, 15:11, 15:12, 18:1, 52:19, 52:21
**drink** [1] - 4:23
**drive** [4] - 13:8, 21:13, 21:22, 22:1
**Drive** [2] - 2:7, 9:13,

66:6
**driving** [1] - 20:24
**drove** [2] - 19:11, 26:25
**drugs** [1] - 5:22
**duly** [2] - 3:3, 64:9
**during** [22] - 11:4, 13:1, 17:2, 17:5, 17:9, 17:12, 19:3, 19:7, 19:9, 19:16, 27:9, 29:6, 31:11, 31:18, 31:22, 32:5, 38:5, 38:8, 55:20, 60:5, 60:15
**duties** [7] - 20:18, 38:1, 44:12, 45:25, 46:12, 50:19, 55:21

**E**

**earliest** [1] - 66:15
**eat** [1] - 34:24
**eating** [2] - 18:15, 35:3
**economically** [1] - 37:11
**education** [1] - 44:21
**efficiency** [1] - 7:14
**either** [2] - 4:10, 56:17
**employed** [1] - 8:13
**employee** [2] - 63:10, 63:11
**end** [1] - 43:7
**ensure** [3] - 52:10, 53:10, 53:18
**entire** [3] - 25:3, 25:8, 25:13
**entrance** [1] - 46:8
**equipment** [2] - 36:5, 36:20
**errata** [1] - 65:11
**ERRATA** [1] - 67:1
**Escuelas** [1] - 26:8
**Esquire** [2] - 2:5, 2:9
**Esther** [12] - 48:7, 48:11, 48:13, 48:19, 48:22, 50:5, 50:10, 50:12, 50:18, 51:1, 51:4, 51:6
**Esther's** [3] - 50:2, 50:21, 61:5
**evaluate** [1] - 33:24
**everyday** [1] - 24:17
**exactly** [2] - 12:21, 56:15
**EXAMINATION** [2] - 2:11, 3:6
**examination** [1] - 66:11
**examined** [1] - 3:4

**example4** [3] - 18:20, 36:4, 52:16
**except** [3] - 6:18, 24:18, 67:5
**expenses** [1] - 43:20
**Expires** [1] - 64:19
**expires** [1] - 65:22
**explained** [1] - 42:16

## F

**family** [22] - 9:21, 11:16, 12:5, 17:19, 17:25, 18:8, 18:14, 20:10, 20:17, 20:19, 34:9, 34:25, 37:12, 43:4, 48:14, 51:7, 51:12, 51:15, 52:8, 53:3, 54:3, 61:21
**family's** [1] - 57:22
**father** [8] - 57:3, 59:13, 59:18, 59:21, 59:24, 60:2, 60:6, 60:10
**February** [2] - 63:15, 66:8
**feet** [1] - 56:13
**few** [1] - 61:12
**file** [1] - 66:18
**filed** [1] - 1:21
**filing** [1] - 43:4
**financially** [1] - 63:12
**finish** [3] - 4:3, 4:4, 18:8
**finished** [2] - 18:14, 20:17
**fired** [1] - 51:19
**first** [5] - 3:3, 5:1, 23:16, 29:13, 29:16
**Flagler** [1] - 66:1
**FLORIDA** [4] - 1:1, 63:2, 64:3, 65:3
**Florida** [15] - 1:13, 1:18, 1:20, 2:4, 2:8, 7:8, 9:13, 10:20, 24:6, 63:6, 63:19, 64:18, 65:21, 66:2, 66:7
**follows** [1] - 3:4
**food** [6] - 16:21, 34:22, 34:24, 35:2, 35:8, 54:11
**footage** [1] - 56:19
**foregoing** [2] - 63:8, 65:8
**form** [105] - 4:11, 9:7, 16:4, 16:9, 18:10, 20:11, 22:9, 22:14, 22:19, 23:1, 23:6, 25:4, 25:9, 25:14,

26:14, 26:20, 27:5, 27:14, 27:20, 28:3, 28:15, 28:19, 29:15, 30:1, 31:2, 31:14, 31:24, 32:7, 32:14, 33:4, 34:10, 34:18, 35:6, 35:13, 36:16, 36:21, 37:8, 37:14, 37:20, 38:10, 38:15, 38:19, 38:24, 39:7, 39:17, 40:2, 40:8, 40:13, 40:24, 41:13, 41:23, 42:4, 42:9, 42:18, 42:25, 43:11, 43:22, 44:8, 44:13, 44:18, 44:23, 45:4, 45:11, 45:16, 45:21, 46:2, 46:13, 47:1, 47:9, 47:15, 47:21, 48:4, 49:16, 49:23, 50:14, 50:23, 51:8, 51:16, 51:25, 52:12, 52:25, 53:6, 53:12, 53:20, 54:1, 54:6, 54:13, 54:18, 54:23, 55:4, 55:9, 55:15, 55:22, 56:5, 56:10, 56:24, 57:6, 57:10, 58:3, 58:13, 58:19, 58:25, 59:15, 61:2, 62:8
**forms** [1] - 43:7
**forth** [1] - 65:11
**four** [2] - 6:19, 6:22
**frequently** [1] - 15:12
**Friday** [7] - 10:3, 10:6, 13:2, 31:1, 31:9, 31:12, 32:5
**Fridays** [4] - 46:11, 46:14, 46:21, 46:23
**friend's** [3] - 21:21, 21:23, 35:23
**friends** [3] - 57:17, 58:8, 61:1
**full** [3] - 6:12, 10:2, 13:6
**full-time** [1] - 10:2
**FURTHER** [1] - 63:10

## G

**gate** [3] - 40:19, 40:23, 42:3
**general** [2] - 13:19, 14:17
**given** [3] - 21:25, 34:15, 54:5
**Gonzalo** [1] - 59:3
**groceries** [1] - 34:11
**grocery** [1] - 20:19

**ground** [1] - 3:16
**guess** [2] - 5:13, 7:17
**guessing** [1] - 7:18
**guests** [1] - 38:8
**Gulliver** [3] - 13:5, 13:6, 26:13

## H

**half** [5] - 19:5, 24:1, 24:5, 29:13, 29:16
**hand** [1] - 64:10
**happy** [1] - 4:22
**headache** [1] - 6:5
**health** [1] - 43:17
**hear** [2] - 4:9, 8:9
**help** [3] - 14:15, 14:17, 38:9
**helped** [1] - 43:3
**helper** [2] - 48:8, 48:9
**helpful** [1] - 4:19
**hereby** [3] - 63:6, 65:7, 67:3
**hereto** [1] - 65:11
**herself** [1] - 34:22
**highly** [1] - 35:9
**hired** [3] - 48:16, 48:18, 55:13
**home** [7] - 9:6, 13:1, 24:23, 28:9, 55:2, 55:3, 62:2
**homework** [1] - 15:13
**honestly** [1] - 5:20
**hosted** [1] - 38:7
**hour** [3] - 15:22, 19:5
**hours** [8] - 17:19, 17:2, 17:5, 17:9, 17:12, 52:16, 52:24, 58:17
**house** [71] - 7:22, 11:18, 11:24, 13:20, 12:23, 14:17, 14:18, 14:21, 14:25, 15:15, 15:21, 16:3, 16:8, 19:6, 21:21, 21:23, 23:18, 23:20, 24:21, 27:25, 28:24, 29:7, 29:20, 29:24, 30:15, 30:20, 30:25, 31:12, 31:25, 32:2, 32:5, 32:13, 32:21, 33:14, 33:21, 35:12, 35:21, 35:23, 36:3, 36:15, 36:20, 38:17, 38:23, 39:16, 40:12, 42:23, 45:3, 45:25, 46:6, 46:9, 46:25, 51:4, 51:23, 55:8, 55:13, 55:20, 56:4, 56:19, 57:21, 57:22, 57:23,

58:12, 59:14, 59:19, 59:22, 59:25, 60:3, 60:7, 60:11
**hurts** [1] - 8:10

## I

**idea** [2] - 41:20, 48:17
**implemented** [1] - 40:23
**important** [2] - 3:22, 4:3
**IN** [1] - 66:9
**include** [1] - 20:21
**included** [1] - 20:19
**including** [1] - 52:9
**income** [1] - 37:12
**Indian** [1] - 7:7
**indicating** [1] - 33:11
**information** [8] - 14:4, 14:7, 30:8, 52:5, 52:19, 58:1, 58:16, 58:22
**initiated** [1] - 39:15
**installed** [2] - 41:5, 42:2
**instead** [1] - 42:23
**instruct** [1] - 48:3
**instructed** [1] - 4:12
**instructions** [1] - 44:12
**insurance** [1] - 43:17
**intake** [1] - 35:6
**interested** [1] - 63:12
**International** [1] - 8:20
**interviewed** [1] - 12:10
**iron** [1] - 36:1
**ironing** [6] - 19:22, 20:5, 22:6, 35:25, 45:20, 46:1
**itself** [1] - 41:12

## J

**J.H** [2] - 1:11, 2:3
**JAFF** [108] - 3:7, 9:8, 16:6, 16:10, 18:11, 20:13, 22:11, 22:16, 22:21, 23:3, 23:8, 25:6, 25:11, 25:16, 26:17, 26:21, 27:8, 27:17, 27:22, 28:4, 28:17, 28:21, 29:18, 30:4, 31:3, 31:17, 32:1, 32:9, 32:20, 33:7, 34:12, 34:19, 35:15, 36:18, 36:23, 37:10, 37:16, 37:21,

38:12, 38:16, 38:21, 39:1, 39:9, 39:19, 40:4, 40:10, 40:15, 41:3, 41:15, 41:25, 42:6, 42:11, 42:21, 43:2, 43:13, 43:24, 44:10, 44:15, 44:20, 44:25, 45:6, 45:13, 45:18, 45:23, 46:4, 46:15, 47:3, 47:11, 47:18, 47:23, 48:6, 49:20, 50:1, 50:16, 50:25, 51:10, 51:18, 52:2, 52:14, 53:2, 53:8, 53:14, 53:22, 54:2, 54:9, 54:15, 54:20, 54:25, 55:6, 55:11, 55:17, 55:24, 56:7, 56:12, 57:1, 57:8, 57:12, 58:5, 58:15, 58:21, 59:2, 59:17, 61:4, 61:9, 61:11, 61:19, 62:9, 62:12
**Jaff** [3] - 2:5, 2:13, 3:8
**James** [1] - 2:9
**January** [3] - 1:14, 64:11, 66:12
**JEANNIE** [1] - 66:1
**Joaquin** [1] - 9:18
**JOAQUIN** [1] - 9:18
**job** [18] - 20:18, 36:14, 36:24, 37:3, 37:7, 38:1, 44:12, 44:22, 45:24, 46:1, 46:12, 50:13, 50:18, 50:19, 50:21, 50:22, 55:14, 55:21
**Jose** [1] - 6:13
**JOSE** [1] - 6:14
**June** [1] - 6:17
**JURAT** [1] - 65:1

## K

**keep** [3] - 35:2, 35:6, 52:15
**kept** [1] - 35:7
**Key** [39] - 2:7, 9:11, 9:13, 11:24, 24:21, 26:24, 27:1, 27:3, 27:24, 28:8, 28:23, 29:7, 29:20, 29:21, 29:24, 30:14, 30:20, 32:13, 32:21, 33:21, 35:12, 35:20, 40:12, 46:22, 55:13, 56:4, 56:19, 57:18, 57:21, 57:22, 58:12, 59:14, 59:19, 59:22, 59:25,



60:3, 60:7, 60:11, 66:6
**key** [1] - 57:23
**kind** [8] - 10:3, 35:6, 38:4, 46:1, 52:5, 58:16, 58:22
**kindly** [1] - 4:5
**knowledge** [7] - 5:11, 11:23, 29:23, 30:2, 30:5, 32:24, 52:23

## L

**Labor** [3] - 34:4, 52:10, 57:4
**Large** [2] - 1:20, 65:21
**last** [6] - 6:19, 6:22, 8:22, 27:6, 50:2, 61:5
**late** [1] - 38:5
**laundry** [2] - 16:13, 24:23
**lawsuit** [2] - 53:5, 53:17
**least** [1] - 29:13
**leave** [1] - 19:6
**leaving** [1] - 20:4
**left** [5] - 19:15, 23:18, 23:19, 32:15, 39:16
**life** [1] - 8:15
**Lincoln** [1] - 26:8
**LINE** [10] - 67:7, 67:8, 67:9, 67:10, 67:11, 67:12, 67:13, 67:14, 67:15, 67:16
**live** [26] - 7:23, 8:1, 10:6, 10:17, 10:18, 24:4, 30:22, 33:13, 35:11, 35:20, 51:4, 54:17, 54:21, 55:1, 55:13, 55:18, 55:19, 57:18, 59:8, 59:13, 59:18, 59:21, 59:25, 60:3, 60:6, 60:11
**lived** [10] - 10:9, 23:23, 24:1, 30:14, 30:20, 33:3, 33:21, 55:7, 56:1, 58:11
**lives** [1] - 58:9
**living** [19] - 7:5, 9:5, 9:15, 9:20, 9:24, 9:25, 10:3, 10:5, 10:11, 25:2, 25:7, 25:12, 30:25, 31:12, 32:4, 32:13, 35:11, 42:23
**located** [2] - 24:7, 40:18
**look** [3] - 15:3, 41:18, 61:13

**loss** [6] - 51:24, 52:6, 52:11, 53:4, 53:11, 53:19
**louder** [1] - 8:9
**lunch** [1] - 17:21
**Lynn** [5] - 8:18, 8:21, 24:7, 24:9, 24:11

## M

**maid** [3] - 9:22, 45:3, 48:10
**maid's** [1] - 9:23
**maintained** [1] - 41:22
**maintaining** [1] - 45:25
**majority** [1] - 11:2
**managerial** [1] - 44:17
**March** [1] - 66:17
**Maria** [3] - 8:5, 8:7, 59:3
**market** [2] - 55:25, 56:3
**mash** [1] - 17:15
**materials** [1] - 36:14
**math** [2] - 14:19, 14:22
**matter** [1] - 66:14
**meals** [1] - 17:14
**mean** [5] - 16:16, 21:20, 23:19, 33:23, 41:14
**means** [2] - 4:15, 54:8
**medication** [1] - 5:22
**members** [2] - 9:21, 17:19
**memory** [2] - 5:23, 6:3
**mentioned** [1] - 9:21
**Miami** [5] - 1:13, 2:4, 2:8, 66:2, 66:7
**might** [2] - 43:21, 61:13
**minimum** [6] - 51:23, 52:6, 52:11, 53:4, 53:11, 53:19
**minutes** [1] - 19:1
**mom** [5] - 9:16, 14:8, 32:16, 55:8, 56:21
**mom's** [2] - 57:17, 58:7
**Monday** [8] - 1:13, 10:2, 10:5, 13:2, 31:1, 31:9, 31:12, 32:5
**money** [2] - 34:15, 42:23
**Monica** [1] - 60:22
**month** [5] - 11:3, 31:11, 47:25, 49:15
**monthly** [1] - 47:19

**months** [1] - 28:13
**morning** [2] - 3:8, 19:16
**most** [1] - 46:3
**mostly** [2] - 16:24, 28:6
**mother** [21] - 11:1, 11:5, 21:25, 37:23, 38:4, 38:7, 43:16, 43:19, 43:25, 44:3, 44:6, 44:11, 48:2, 48:18, 52:9, 53:10, 53:17, 55:3, 57:2, 57:5, 60:16
**mother's** [1] - 61:1
**Mound** [1] - 7:7
**moved** [4] - 23:20, 23:21, 23:22, 49:24
**MR** [106] - 9:7, 16:4, 16:9, 18:10, 20:11, 22:9, 22:14, 22:19, 23:1, 23:6, 25:4, 25:9, 25:14, 26:14, 26:20, 27:5, 27:14, 27:20, 28:3, 28:15, 28:19, 29:15, 30:1, 31:2, 31:14, 31:24, 32:7, 32:14, 33:4, 34:10, 34:18, 35:13, 36:16, 36:21, 37:8, 37:14, 37:20, 38:10, 38:15, 38:19, 38:24, 39:7, 39:17, 40:2, 40:8, 40:13, 40:24, 41:13, 41:23, 42:4, 42:9, 42:18, 42:25, 43:11, 43:22, 44:8, 44:13, 44:18, 44:23, 45:4, 45:11, 45:16, 45:21, 46:2, 46:13, 47:1, 47:9, 47:15, 47:21, 48:4, 49:16, 49:23, 50:14, 50:23, 51:8, 51:16, 51:25, 52:12, 52:25, 53:6, 53:12, 53:20, 54:1, 54:6, 54:13, 54:18, 54:23, 55:4, 55:9, 55:15, 55:22, 56:5, 56:10, 56:24, 57:6, 57:10, 58:3, 58:13, 58:19, 58:25, 59:15, 61:2, 61:8, 62:8, 62:11, 62:14
**MS** [108] - 3:7, 9:8, 16:6, 16:10, 18:11, 20:13, 22:11, 22:16, 22:21, 23:3, 23:8, 25:6, 25:11, 25:16, 26:17, 26:21, 27:8,

27:17, 27:22, 28:4, 28:17, 28:21, 29:18, 30:4, 31:3, 31:17, 32:1, 32:9, 32:20, 33:7, 34:12, 34:19, 35:15, 36:18, 36:23, 37:10, 37:16, 37:21, 38:12, 38:16, 38:21, 39:1, 39:9, 39:19, 40:4, 40:10, 40:15, 41:3, 41:15, 41:25, 42:6, 42:11, 42:21, 43:2, 43:13, 43:24, 44:10, 44:15, 44:20, 44:25, 45:6, 45:13, 45:18, 45:23, 46:4, 46:15, 47:3, 47:11, 47:18, 47:23, 48:6, 49:20, 50:1, 50:16, 50:25, 51:10, 51:18, 52:2, 52:14, 53:2, 53:8, 53:14, 53:22, 54:2, 54:9, 54:15, 54:20, 54:25, 55:6, 55:11, 55:17, 55:24, 56:7, 56:12, 57:1, 57:8, 57:12, 58:5, 58:15, 58:21, 59:2, 59:17, 61:4, 61:9, 61:11, 61:19, 62:9, 62:12
**Muñoz** [4] - 1:18, 63:19, 64:17, 66:23

## N

**name** [14] - 3:8, 6:12, 8:4, 9:17, 9:23, 13:6, 14:1, 14:7, 25:20, 26:6, 39:3, 42:8, 50:2, 61:5
**Nancy** [113] - 3:10, 9:24, 11:15, 11:19, 11:24, 12:4, 12:16, 13:8, 13:24, 16:2, 16:8, 17:1, 17:8, 17:11, 17:14, 17:16, 17:18, 17:21, 17:23, 18:5, 18:15, 18:18, 19:17, 19:19, 20:5, 20:9, 20:16, 20:24, 21:13, 21:16, 21:22, 21:25, 26:25, 28:9, 29:4, 29:10, 29:23, 30:14, 30:25, 31:11, 31:22, 32:4, 32:12, 32:17, 32:25, 33:2, 33:12, 33:17, 33:20, 34:6, 34:8, 34:15, 34:21, 34:24, 35:2, 35:5, 35:11, 35:25,

36:3, 36:7, 36:10, 36:13, 36:24, 37:2, 37:6, 37:11, 37:23, 38:8, 40:5, 42:15, 42:22, 43:6, 43:14, 43:17, 43:20, 44:4, 44:6, 44:12, 44:16, 44:21, 45:1, 45:10, 45:15, 45:20, 46:5, 46:8, 46:11, 46:24, 47:12, 48:16, 51:2, 51:11, 51:14, 51:19, 52:15, 52:24, 53:24, 54:5, 54:10, 54:16, 54:21, 55:1, 55:7, 55:12, 55:18, 56:1, 56:23, 57:5, 58:2, 58:17, 58:23, 61:20, 62:5
**Nancy's** [13] - 12:19, 20:18, 22:3, 22:18, 22:25, 23:5, 23:11, 38:1, 44:1, 45:24, 48:10, 50:22, 56:14
**NARCISA** [1] - 1:4
**Narcisa** [2] - 3:9, 66:9
**nature** [2] - 4:24, 18:21
**need** [3] - 4:12, 4:15, 4:23
**needed** [1] - 48:3
**never** [5] - 11:17, 15:19, 17:17, 43:5, 43:15
**New** [3] - 23:22, 25:2, 25:18
**next** [2] - 4:7, 41:17
**night** [3] - 17:4, 38:5, 47:7
**nighttime** [1] - 17:7
**NO** [2] - 1:3, 66:9
**non** [1] - 32:6
**non-school** [1] - 32:6
**Notary** [3] - 1:19, 64:18, 65:21
**noted** [1] - 67:5
**notes** [2] - 61:13, 63:9
**notice** [1] - 66:19
**Notice** [1] - 1:20
**number** [8] - 6:20, 6:23, 7:1, 7:11, 7:14, 7:20, 39:20, 40:5

## O

**OATH** [1] - 64:1
**oath** [1] - 66:12
**object** [2] - 4:10, 4:11
**objection** [105] - 4:11, 4:17, 9:7, 16:4, 16:9,



18:10, 20:11, 22:9, 22:14, 22:19, 23:1, 23:6, 25:4, 25:9, 25:14, 26:14, 26:20, 27:5, 27:14, 27:20, 28:3, 28:15, 28:19, 29:15, 30:1, 31:2, 31:14, 31:24, 32:7, 32:14, 33:4, 34:10, 34:18, 35:13, 36:16, 36:21, 37:8, 37:14, 37:20, 38:10, 38:15, 38:19, 38:24, 39:7, 39:17, 40:2, 40:8, 40:13, 40:24, 41:13, 41:23, 42:4, 42:9, 42:18, 42:25, 43:11, 43:22, 44:8, 44:13, 44:18, 44:23, 45:4, 45:11, 45:16, 45:21, 46:2, 46:13, 47:1, 47:9, 47:15, 47:21, 48:4, 49:16, 49:23, 50:14, 50:23, 51:8, 51:16, 51:25, 52:12, 52:25, 53:6, 53:12, 53:20, 54:1, 54:6, 54:13, 54:18, 54:23, 55:4, 55:9, 55:15, 55:22, 56:5, 56:10, 56:24, 57:6, 57:10, 58:3, 58:13, 58:19, 58:25, 59:15, 61:2, 62:8

**OF** [12] - 1:1, 1:16, 2:2, 2:6, 63:1, 63:2, 63:3, 64:1, 64:3, 64:4, 65:3, 65:4

**offered** [2] - 33:12, 42:22

**office** [1] - 66:15

**official** [1] - 64:10

**offset** [1] - 54:4

**often** [7] - 11:8, 29:14, 31:11, 32:19, 47:19, 57:20, 60:16

**older** [8] - 8:3, 9:19, 19:13, 23:17, 23:22, 25:1, 25:17, 26:16

**oldest** [1] - 8:25

**ON** [2] - 2:2, 2:6

**once** [3] - 28:6, 47:25, 49:15

**one** [12] - 4:9, 21:6, 21:8, 25:25, 29:17, 40:17, 42:3, 48:2, 57:17, 58:7, 60:25, 62:5

**oops** [1] - 17:4

**opportunity** [2] - 4:16,

62:12

**order** [10] - 15:7, 22:1, 36:5, 36:14, 36:20, 44:22, 45:2, 50:13, 55:13, 55:21

**original** [1] - 66:18

**outside** [1] - 27:19

**over-the-counter** [1] - 6:9

**overrides** [1] - 41:12

**overtime** [5] - 51:23, 52:6, 52:11, 53:4, 53:11, 53:19

**own** [11] - 5:10, 34:16, 36:1, 36:5, 36:8, 36:10, 36:14, 36:20, 39:20, 50:12, 55:20

## P

**P.A** [4] - 1:11, 2:3, 2:7, 66:5

**p.m** [7] - 12:25, 17:7, 18:3, 47:10, 47:13, 62:16

**PAGE** [11] - 65:1, 67:7, 67:8, 67:9, 67:10, 67:11, 67:12, 67:13, 67:14, 67:15, 67:16

**page** [1] - 65:11

**pages** [2] - 63:8, 65:8

**paid** [5] - 12:16, 43:25, 50:5, 50:7, 50:10

**Paola** [2] - 57:13, 58:1

**pardon** [1] - 5:25

**part** [4] - 33:11, 42:16, 46:3, 54:12

**particular** [2] - 13:16, 13:18

**parties** [4] - 38:5, 46:6, 63:11, 66:19

**parties'** [1] - 63:11

**party** [1] - 66:19

**passport** [2] - 27:18, 28:18

**pause** [1] - 4:18

**pay** [3] - 12:12, 12:14, 38:2

**paying** [1] - 42:24

**penalties** [1] - 5:16

**pending** [2] - 4:25

**percentage** [2] - 45:9, 45:14, 45:19

**PEREZ** [1] - 1:4

**Perez** [2] - 3:10, 66:9

**perjury** [1] - 5:17

**person** [1] - 39:20

**personal** [4] - 5:11, 11:23, 30:5, 32:24

**personally** [1] - 64:8

**phone** [3] - 16:20, 44:1, 44:4

**pick** [1] - 18:7

**place** [3] - 39:5, 41:5, 41:8

**Plaintiff** [1] - 1:5

**plaintiff** [1] - 3:9

**PLAINTIFF** [1] - 2:2

**point** [4] - 4:23, 21:6, 21:8, 27:11

**posters** [2] - 51:22, 52:1

**potatoes** [1] - 17:15

**practice** [1] - 21:6

**premises** [1] - 54:17

**Prep** [2] - 13:5, 13:6

**prepared** [1] - 62:6

**prescribed** [2] - 6:7, 6:8

**present** [1] - 16:3

**pretty** [1] - 41:1

**proceed** [1] - 66:18

**Professional** [5] - 1:19, 63:5, 63:6, 63:19, 63:19

**proof** [1] - 30:3

**property** [3] - 54:22, 55:1, 55:19

**provide** [1] - 36:13

**provided** [3] - 43:16, 43:19, 44:3

**Public** [3] - 1:19, 64:18, 65:21

**purchased** [1] - 34:21

**pursuant** [1] - 1:20

**put** [1] - 4:16

## Q

**questions** [2] - 61:14, 62:10

**quit** [1] - 51:20

## R

**random** [1] - 48:1

**rate** [3] - 12:12, 12:14, 38:1

**rather** [2] - 5:13, 17:6

**Raton** [2] - 8:18, 24:8

**RE** [1] - 66:9

**read** [5] - 62:13, 62:14, 65:7, 67:4

**reading** [1] - 66:17

**ready** [1] - 20:4

**really** [1] - 41:18

**reason** [5] - 5:11, 5:19, 32:17

**receive** [1] - 43:10

**received** [2] - 43:6, 58:24

**receiving** [1] - 54:11

**recess** [1] - 61:17

**recollection** [2] - 15:3, 15:8

**Record** [1] - 66:24

**record** [6] - 4:17, 6:12, 6:18, 6:19, 52:23, 63:8

**records** [1] - 41:16

**RECROSS** [1] - 2:12

**REDIRECT** [1] - 2:12

**refer** [1] - 15:7

**reference** [1] - 66:11

**referred** [1] - 51:23

**reflect** [3] - 27:18, 28:18, 34:21

**refresh** [2] - 15:3, 15:7

**regarding** [1] - 52:5

**regards** [15] - 11:22, 14:7, 18:19, 25:1, 34:21, 38:1, 43:3, 43:7, 44:12, 50:18, 54:4, 57:4, 58:2, 58:17, 58:23

**Registered** [2] - 63:5, 63:19

**relationship** [1] - 57:5

**relative** [2] - 63:10, 63:11

**remember** [81] - 7:2, 9:10, 12:1, 12:2, 12:3, 12:6, 12:21, 14:2, 14:5, 14:9, 14:23, 15:1, 15:16, 16:24, 17:20, 17:22, 21:8, 22:2, 22:10, 22:15, 22:23, 23:13, 25:5, 25:10, 27:7, 27:16, 28:11, 28:16, 29:11, 30:13, 30:17, 32:11, 32:19, 33:15, 34:3, 34:7, 35:4, 35:14, 35:22, 36:17, 38:3, 38:6, 38:11, 40:9, 40:21, 40:25, 41:1, 42:20, 44:9, 44:14, 45:12, 47:22, 48:12, 48:20, 49:1, 49:4, 49:7, 49:10, 49:13, 50:9, 50:11, 50:15, 50:24, 51:3, 51:9, 51:13, 51:17, 54:14, 54:19, 55:23, 56:2, 56:6, 56:25, 57:7, 57:9, 57:11, 59:16, 59:20, 60:24, 62:1, 62:4

**rent** [1] - 56:22

**rephrase** [1] - 5:7

**report** [1] - 63:7

**Reporter** [5] - 1:19, 63:6, 63:19

**reporter** [2] - 3:20, 3:25

**REPORTER** [1] - 63:1

**REPORTING** [1] - 66:1

**represent** [1] - 3:9

**requested** [1] - 63:8

**required** [9] - 35:5, 38:8, 46:5, 46:24, 47:5, 47:13, 47:14, 54:16, 55:12

**respond** [4] - 4:5, 4:6, 4:19, 5:1

**responses** [2] - 3:22, 3:23

**responsible** [1] - 20:24

**return** [1] - 47:13

**returned** [1] - 47:14

**returning** [1] - 47:20

**review** [1] - 63:7

**rice** [1] - 17:15

**rides** [1] - 41:17

**Rivkah** [2] - 2:5, 3:8

**Road** [1] - 7:7

**Rom** [1] - 58:6

**room** [15] - 17:4, 33:2, 33:6, 33:9, 33:17, 33:20, 33:25, 34:1, 34:5, 34:6, 42:16, 53:23, 54:4, 56:1, 56:14

**rules** [1] - 3:16

## S

**salary** [1] - 52:4

**Santiago** [3] - 8:5, 8:6, 9:19

**Saturday** [8] - 10:7, 10:12, 10:15, 10:17, 10:18, 10:24, 15:17, 15:19

**Saturdays** [5] - 11:4, 11:19, 11:20, 24:18, 24:20

**saw** [7] - 16:18, 17:1, 17:8, 17:11, 45:7, 45:10, 45:24

**schedule** [6] - 22:3, 22:12, 22:18, 22:25, 23:5, 23:11

**School** [2] - 26:24, 27:1

**school** [31] - 8:16, 8:17, 13:3, 13:4, 13:8, 13:12, 14:12,

14:13, 14:14, 17:22, 19:3, 19:4, 19:16, 20:4, 20:25, 21:2, 21:19, 25:17, 26:2, 26:7, 26:10, 26:13, 26:22, 31:15, 31:16, 31:19, 31:22, 32:6, 46:17, 49:18
**seal** [1] - 64:10
**second** [1] - 8:25
**seconds** [1] - 61:12
**Security** [3] - 6:20, 6:23, 6:25
**see** [10] - 16:7, 17:18, 19:19, 29:10, 30:3, 30:25, 34:5, 36:19, 44:11, 51:1
**send** [1] - 24:23
**separate** [1] - 46:8
**serve** [1] - 38:9
**set** [2] - 12:12, 65:10
**seven** [4] - 30:22, 41:16, 41:17, 41:18
**shall** [2] - 66:17, 66:18
**sheet** [1] - 35:6
**SHEET** [1] - 67:1
**shopping** [3] - 20:19, 34:8, 34:16
**short** [1] - 61:17
**siblings** [1] - 19:24
**signature** [1] - 66:13
**Signed** [1] - 67:23
**signing** [1] - 66:18
**similar** [1] - 22:4
**Sincerely** [1] - 66:20
**single** [1] - 11:2
**sit** [1] - 17:25
**sitting** [1] - 33:9
**Skidmore** [2] - 25:22, 25:24
**skidmore** [1] - 25:23
**skills** [1] - 44:17
**sleep** [2] - 16:20, 17:1
**smoother** [1] - 3:18
**soap** [1] - 36:10
**soccer** [1] - 21:6
**Social** [3] - 6:20, 6:23, 6:25
**someone** [2] - 39:16, 55:3
**sometimes** [10] - 13:25, 14:16, 17:10, 17:13, 17:24, 29:8, 29:9, 34:17, 47:2, 62:7
**somewhere** [7] - 11:14, 35:11, 35:17, 35:20, 35:24, 41:22, 52:20
**sons** [1] - 9:1

**soon** [2] - 39:15, 46:17
**sorry** [1] - 8:10
**SOUTHERN** [1] - 1:1
**special** [1] - 44:21
**specific** [2] - 15:23, 40:7
**specifically** [1] - 35:7
**spell** [2] - 6:12, 61:8
**spent** [1] - 28:13
**sponges** [1] - 36:8
**spring** [1] - 31:21
**square** [1] - 56:13, 56:19
**SS** [2] - 63:3, 65:3
**St** [2] - 1:12, 2:3
**start** [3] - 19:3, 20:16, 24:9
**started** [4] - 12:4, 19:4, 48:11, 48:13
**State** [3] - 1:20, 64:18, 65:21
**state** [1] - 6:11
**STATE** [3] - 63:2, 64:3, 65:3
**States** [8] - 27:10, 27:13, 27:24, 28:1, 28:14, 28:22, 29:14, 60:11
**STATES** [1] - 1:1
**stay** [5] - 10:14, 14:14, 19:21, 39:5, 60:13
**stayed** [5] - 22:25, 29:19, 41:5, 41:8, 53:24
**staying** [3] - 28:23, 29:1, 34:6
**stenographic** [1] - 63:8
**stenographically** [1] - 63:7
**steps** [1] - 53:9
**still** [3] - 18:12, 20:14, 32:13
**stopped** [3] - 51:6, 51:11, 51:14
**Street** [1] - 66:1
**strike** [2] - 19:2, 45:8
**study** [2] - 14:18, 14:22
**studying** [2] - 8:16, 8:19
**styled** [1] - 66:12
**subject** [3] - 5:16, 13:16, 13:18
**subscribed** [1] - 65:18
**substance** [1] - 53:16
**sued** [1] - 53:3
**suggest** [1] - 66:15
**suitable** [1] - 66:16

**Suite** [5] - 1:12, 2:4, 2:8, 66:2, 66:6
**summer** [1] - 31:20
**Sunday** [9] - 10:9, 10:12, 10:25, 11:23, 15:19, 46:25, 47:7, 47:20, 47:25
**Sundays** [7] - 10:17, 10:19, 15:18, 24:18, 24:20, 47:5, 47:12
**supervise** [2] - 21:16, 46:5
**sweeping** [2] - 18:20, 36:4
**Sworn** [1] - 65:18
**sworn** [3] - 3:4, 5:16, 64:9
**system** [14] - 38:18, 38:23, 39:5, 39:15, 39:21, 39:24, 39:25, 40:6, 41:4, 41:11, 41:22, 42:7, 42:13, 52:17

**T**

**table** [1] - 18:7
**tax** [1] - 43:6
**taxes** [3] - 43:4, 54:4, 56:22
**tea** [1] - 8:11
**teacher** [2] - 14:15, 14:21
**teacher's** [1] - 14:18
**telephone** [1] - 66:15
**ten** [1] - 19:1
**testified** [1] - 3:4
**testify** [1] - 5:20
**Thanksgiving** [1] - 31:21
**THE** [95] - 2:2, 2:6, 3:5, 16:5, 22:10, 22:15, 22:20, 23:2, 23:7, 25:5, 25:10, 25:15, 26:15, 27:7, 27:15, 27:21, 28:16, 28:20, 29:16, 30:2, 31:15, 31:25, 32:8, 32:15, 33:5, 34:11, 35:14, 36:17, 36:22, 37:9, 37:15, 38:11, 38:20, 38:25, 39:8, 39:18, 40:3, 40:9, 40:14, 40:25, 41:14, 41:24, 42:5, 42:10, 42:19, 43:1, 43:12, 43:23, 44:9, 44:14, 44:19, 44:24, 45:5, 45:12, 45:17, 45:22, 46:3, 46:14, 47:2,

47:10, 47:16, 47:22, 48:5, 49:17, 49:24, 50:15, 50:24, 51:9, 51:17, 52:1, 52:13, 53:1, 53:7, 53:13, 53:21, 54:7, 54:14, 54:19, 54:24, 55:5, 55:10, 55:16, 55:23, 56:6, 56:11, 56:25, 57:7, 57:11, 58:4, 58:14, 58:20, 59:1, 59:16, 61:3, 61:10
**Thereupon** [3] - 3:1, 61:17, 62:15
**three** [1] - 9:1
**throat** [1] - 8:10
**Thursday** [2] - 48:23, 49:15
**tickets** [1] - 43:20
**TO** [1] - 66:5
**today** [3] - 3:17, 5:4, 5:20
**took** [1] - 66:19
**tools** [2] - 36:14, 50:12
**track** [4] - 35:2, 35:7, 39:23, 52:15
**transcribed** [1] - 66:13
**transcript** [6] - 63:7, 63:8, 65:8, 66:13, 66:19, 67:4
**transportation** [1] - 42:24
**travel** [1] - 43:20
**travelled** [1] - 60:16
**travelling** [1] - 11:13
**trick** [1] - 5:4
**true** [10] - 37:5, 37:17, 38:13, 40:16, 56:8, 60:19, 61:24, 62:3, 63:8, 65:9
**truthfully** [1] - 5:20
**trying** [1] - 9:10
**Tuesday** [2] - 48:23, 49:15
**TURNER** [2] - 2:7, 66:5
**tutor** [13] - 13:15, 13:20, 13:21, 13:23, 14:7, 14:11, 14:16, 14:25, 15:4, 15:8, 15:11, 15:15, 15:21
**tutor's** [1] - 14:1
**tutorial** [1] - 14:14
**tutoring** [2] - 21:3, 21:20
**tutors** [1] - 14:9
**TV** [2] - 16:23, 17:8
**twice** [2] - 28:7, 47:25
**two** [5] - 4:10, 10:25,

11:4, 11:11, 25:25

**U**

**unable** [1] - 5:20
**unclear** [1] - 5:6
**under** [1] - 66:12
**undersigned** [1] - 64:7
**unit** [1] - 7:20
**United** [8] - 27:10, 27:13, 27:24, 28:1, 28:13, 28:22, 29:14, 60:10
**UNITED** [1] - 1:1
**University** [2] - 8:18, 25:24
**unless** [2] - 4:11, 11:13
**up** [18] - 8:15, 11:9, 11:15, 18:5, 18:7, 18:16, 18:19, 18:22, 18:25, 20:9, 20:16, 22:6, 22:7, 24:7, 36:7, 38:9, 46:20, 61:20

**V**

**V-I-D-E-S** [1] - 61:9
**vacation** [5] - 31:18, 31:19, 31:23, 32:6, 43:21
**vacations** [1] - 35:16
**vacuuming** [3] - 18:20, 36:4, 45:15
**value** [5] - 34:5, 53:23, 54:11, 55:25, 56:3
**verbal** [1] - 3:22
**Vides** [1] - 61:6
**visit** [2] - 28:2, 32:16
**visiting** [1] - 62:2
**visits** [1] - 57:20
**vs** [1] - 1:6

**W**

**wage** [6] - 51:24, 52:6, 52:11, 53:4, 53:11, 53:19
**wages** [5] - 33:13, 42:17, 43:8, 54:12, 58:23
**wait** [7] - 4:3, 4:4, 4:15, 31:5, 40:17, 40:19, 46:20
**waiting** [1] - 4:6
**waive** [1] - 62:13
**waived** [1] - 66:18
**wakeboard** [1] - 21:9



**wakeboarding** [2] - 21:14, 21:17
**walk** [1] - 17:3
**WAS** [1] - 63:7
**watch** [2] - 16:23, 17:8
**water** [1] - 33:18
**week** [6] - 15:15, 24:13, 29:17, 30:22, 48:21, 49:14
**weekdays** [1] - 15:20
**weekend** [2] - 11:7, 11:12
**weekends** [2] - 11:10, 11:11
**weeks** [1] - 28:13
**Wellington** [12] - 7:7, 10:20, 11:1, 11:5, 11:9, 11:15, 24:6, 24:7, 24:10, 29:3, 59:12, 60:14
**West** [1] - 66:1
**Whisenand** [1] - 2:9
**WHISENAND** [108] - 2:7, 9:7, 16:4, 16:9, 18:10, 20:11, 22:9, 22:14, 22:19, 23:1, 23:6, 25:4, 25:9, 25:14, 26:14, 26:20, 27:5, 27:14, 27:20, 28:3, 28:15, 28:19, 29:15, 30:1, 31:2, 31:14, 31:24, 32:7, 32:14, 33:4, 34:10, 34:18, 35:13, 36:16, 36:21, 37:8, 37:14, 37:20, 38:10, 38:15, 38:19, 38:24, 39:7, 39:17, 40:2, 40:8, 40:13, 40:24, 41:13, 41:23, 42:4, 42:9, 42:18, 42:25, 43:11, 43:22, 44:8, 44:13, 44:18, 44:23, 45:4, 45:11, 45:16, 45:21, 46:2, 46:13, 47:1, 47:9, 47:15, 47:21, 48:4, 49:16, 49:23, 50:14, 50:23, 51:8, 51:16, 51:25, 52:12, 52:25, 53:6, 53:12, 53:20, 54:1, 54:6, 54:13, 54:18, 54:23, 55:4, 55:9, 55:15, 55:22, 56:5, 56:10, 56:24, 57:6, 57:10, 58:3, 58:13, 58:19, 58:25, 59:15, 61:2, 61:8, 62:8, 62:11, 62:14, 66:5
**winter** [1] - 31:20

**witness** [1] - 3:3
**WITNESS** [94] - 3:5, 16:5, 22:10, 22:15, 22:20, 23:2, 23:7, 25:5, 25:10, 25:15, 26:15, 27:7, 27:15, 27:21, 28:16, 28:20, 29:16, 30:2, 31:15, 31:25, 32:8, 32:15, 33:5, 34:11, 35:14, 36:17, 36:22, 37:9, 37:15, 38:11, 38:20, 38:25, 39:8, 39:18, 40:3, 40:9, 40:14, 40:25, 41:14, 41:24, 42:5, 42:10, 42:19, 43:1, 43:12, 43:23, 44:9, 44:14, 44:19, 44:24, 45:5, 45:12, 45:17, 45:22, 46:3, 46:14, 47:2, 47:10, 47:16, 47:22, 48:5, 49:17, 49:24, 50:15, 50:24, 51:9, 51:17, 52:1, 52:13, 53:1, 53:7, 53:13, 53:21, 54:7, 54:14, 54:19, 54:24, 55:5, 55:10, 55:16, 55:23, 56:6, 56:11, 56:25, 57:7, 57:11, 58:4, 58:14, 58:20, 59:1, 59:16, 61:3, 61:10, 64:10
**worth** [1] - 33:25
**write** [4] - 15:11, 15:12, 52:19, 52:21
**written** [3] - 37:22, 37:25, 50:17

# Y

**year** [109] - 8:22, 9:5, 9:14, 10:24, 11:4, 11:16, 11:20, 11:22, 12:7, 12:20, 13:1, 13:9, 13:11, 14:20, 14:24, 15:4, 15:8, 15:14, 16:7, 19:3, 19:7, 19:9, 19:16, 21:7, 21:10, 22:3, 22:5, 22:13, 22:17, 22:24, 23:4, 23:7, 23:12, 23:16, 23:24, 24:16, 24:17, 25:3, 25:8, 25:13, 26:6, 26:12, 26:23, 27:4, 27:9, 27:13, 27:19, 27:24, 28:9, 28:12, 28:23, 29:1, 29:6, 29:12, 29:13, 29:25, 30:15, 30:19, 30:24,

31:5, 31:6, 31:13, 32:4, 32:8, 32:12, 33:3, 36:25, 37:2, 37:5, 37:12, 37:17, 38:5, 38:8, 38:13, 38:17, 38:22, 39:3, 39:6, 39:25, 40:11, 40:23, 41:5, 41:6, 41:9, 42:1, 43:7, 48:13, 48:25, 49:2, 49:6, 49:9, 49:11, 49:22, 51:6, 51:11, 56:4, 56:8, 57:21, 59:13, 59:18, 59:21, 59:24, 60:2, 60:9, 60:15, 60:19, 61:21, 61:25, 62:3
**years** [2] - 25:18, 60:6
**York** [3] - 23:22, 25:2, 25:18
**YOURSELF** [1] - 66:11

# Z

**Zidell** [2] - 1:11, 2:3