1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2

3                    CASE NO.:  17-20003-CIV-JLK

4

    NARCISA PEREZ CHAVEZ,
5

            Plaintiff,
6

    vs.
7

    BERNARDA M. ARANCEDO,
8

            Defendant.
9

    _____/
10

11

                              J.H. Zidell, P.A.
12                            300 71st St
                              Suite 605
13                            Miami, Florida 33141
                              Monday, 3:32 p.m.
14                            January 22, 2018

15

16              DEPOSITION OF JOAQUIN AVENDANO

17

18          Taken before Ashley Muñoz, Florida

19    Professional Reporter, Notary Public in and for the

20    State of Florida at Large, pursuant to Notice of

21    Taking Deposition filed in the above case.

22

23

24

25

2

```
 1    APPEARANCES:

 2

      ON BEHALF OF THE PLAINTIFF:
 3    J.H. Zidell, P.A.
      300 71st St
 4    Suite 605
      Miami, Florida 33141
 5    BY:  Rivkah Jaff, Esquire

 6

      ON BEHALF OF THE DEFENDANT:
 7    WHISENAND & TURNER, P.A.
      501 Brickell Key Drive
 8    Suite 602
      Miami, Florida 33131
 9    BY:   James Whisenand, Esquire

10

                     I N D E X
11
      EXAMINATION
12
      Joaquin Avendano   DIRECT CROSS  REDIRECT RECROSS
13     By Ms. Jaff          3

14

15

16

17

18

19

20

21

22

23

24

25
```

1    Thereupon,

2                        JOAQUIN AVENDANO,

3    was called as a witness and, having been first duly

4    sworn, was examined and testified as follows:

5                    THE WITNESS:  Yes.

6                    DIRECT EXAMINATION

7    BY MS. JAFF:

8            Q.    Good afternoon, sir.  My name is

9    Rivkah Jaff and I represent the plaintiff,

10   Narcisa Perez Chavez.  How are you?

11           A.    Good.

12           Q.    Have you ever had your deposition

13   taken before?

14           A.    No.

15           Q.    Okay.  I'm going to explain to you a

16   little bit about how it works and then will ask you

17   some questions, okay?

18           A.    Okay.

19           Q.    We have a court reporter here who's

20   taking down everything that's being said.  She

21   cannot take down head shakes, head nods, huh-huh or

22   uh-huh, so it's very important that all your

23   responses be verbal, okay?

24           A.    Okay.

25           Q.    We also have a court reporter here



1   who's taking down everything that we say so we

2   cannot talk over each other, so it's very important

3   that you wait until I ask my question until I'm

4   done asking it you, you respond, and I'll try to

5   give you the same courtesy of waiting until you

6   respond before I ask you the next question, okay?

7        A.   Okay.

8        Q.   I'm not trying to confuse you or ask

9   you a question that you don't know.  So if for some

10  reason you don't know the answer, so long as it's

11  the truth, please answer that you don't know, okay?

12       A.   Okay.

13       Q.   Also, if I ask you a question that you

14  don't understand, please ask me to rephrase it or

15  ask it in a different way so that you're able to

16  understand, okay?

17       A.   Okay.

18       Q.   I'm also happy to take a break at any

19  point so long as I don't have a question pending.

20  If I have a question pending I'm going to ask that

21  you first respond to my question before we take

22  that break, okay?

23       A.   Okay.

24       Q.   Are you under the influence of drugs

25  or alcohol or any medication that would affect your



```
 1    memory?

 2          A.    No.

 3          Q.    Are you able to testify truthfully and

 4    honestly today?

 5          A.    Yes.

 6          Q.    Do you understand that everything that

 7    you're saying is under oath and subject to the

 8    penalty of perjury?

 9          A.    Yes.

10          Q.    And you have your counsel present as

11    well as your mother who is the named defendant in

12    this lawsuit present.  From time to time you might

13    hear either attorney say objection or object to

14    form.  It's important that you let them make their

15    objection for the record, so long as they don't

16    instruct you to answer it then please go ahead and

17    answer, okay?

18          A.    Okay.

19          Q.    I'm going to ask that before you do

20    respond if you could just pause and that way they

21    have an opportunity to make their objection for the

22    record, okay?

23          A.    Okay.

24          Q.    Can you please state your full name

25    for the record and spell it for us?
```

```
 1              A.    Joaquin Javier Avendano.

 2    J-O-A-Q-U-I-N, J-A-V-I-E-R, and then my last name

 3    is A-V-E-N-D-A-N-O.

 4              Q.    Do you have any nicknames that you're

 5    known by?

 6              A.    No.

 7              Q.    Do you have any aliases or other names

 8    that you're known by other than Joaquin?

 9              A.    No.

10              Q.    What's your date of birth?

11              A.    December 19, 2000.

12              Q.    Do you have a Social Security number?

13              A.    Yes.

14              Q.    Do you know the Social Security

15    number?

16              A.    No.

17              Q.    Where are you currently living?

18              A.    In Key Biscayne.

19              Q.    Do you know the address?

20              A.    Yes.

21              Q.    Can you give it to us, please?

22              A.    10 Cape Florida Drive.

23              Q.    Do you live there with anyone who is

24    over the age of 18?

25              A.    Yes.
```

1          Q.    Who do you live there with?

2          A.    My mother.

3          Q.    Anyone else?

4          A.    No.

5          Q.    Does your father live at that address?

6          A.    No.

7          Q.    Are you in high school?

8          A.    Yes.

9          Q.    In the year 2012, were you in high

10   school?

11          A.    No.

12          Q.    In the year 2012, what school did you

13   go to?

14          A.    I don't know.

15          Q.    What elementary school?

16          A.    Oh, elementary.  KBCS, Key Biscayne

17   Community School.

18          Q.    Did you go to a different middle

19   school than you did elementary school rather?

20          A.    Sorry?

21          Q.    Did you go to a different middle

22   school than elementary school?

23          A.    For a part.

24          Q.    What was the name of the middle school

25   that you went to?

1          **A.**    I went to Lincoln -- it's an

2     international school.  Lincoln.  That's the name.

3          **Q.**    That's in Argentina, correct?

4          **A.**    Yes.

5          **Q.**    Do you know what years you went to the

6     Lincoln school in Argentina?

7          **A.**    I don't know the year, but I know I

8     went the second half of eighth grade and the first

9     half, I think -- yes.

10          **Q.**    So...

11          **A.**    The first half of freshman year.

12          **Q.**    Freshman year, you mean college?

13          **A.**    No, high school.

14          **Q.**    Ninth grade?

15          **A.**    Yes.

16          **Q.**    Did you come back during the summer of

17     eighth grade?

18               MR. WHISENAND:  Objection as to form.

19     BY MS. JAFF:

20          **Q.**    You can still answer.

21          **A.**    To the United States?

22          **Q.**    Yes, sir.

23          **A.**    Yes.

24          **Q.**    And when you came back you had lived

25     in the Key Biscayne address that you gave us?

| | | |
|---|---|---|
| 1 | **A.** | I don't know. |
| 2 | **Q.** | What did you say, you don't know? |
| 3 | **A.** | Yes, I don't know. |
| 4 | **Q.** | What grade are you in now? |
| 5 | **A.** | Eleventh. |
| 6 | **Q.** | And what school do you go to now: |
| 7 | **A.** | LaSalle. |
| 8 | **Q.** | Pardon? |
| 9 | **A.** | LaSalle. |
| 10 | **Q.** | Can you spell that for the record? |
| 11 | **A.** | It's L-A-S-A-L-L-E. |
| 12 | **Q.** | Where is that located? |
| 13 | **A.** | It's next to Mercy Hospital in Miami. |
| 14 | **Q.** | In the year 2012, do you know if you were in the community college that you told us -- the Community School, rather, that you told us? |
| 17 | **A.** | Yes. |
| 18 | **Q.** | Do you know how you would get to school? |
| 20 | **A.** | Yes. |
| 21 | **Q.** | How would you get to school? |
| 22 | **A.** | On bike. |
| 23 | **Q.** | By yourself? |
| 24 | **A.** | Yes. |
| 25 | **Q.** | Is that true for the year 2013 as |

JEANNIE REPORTING (305) 577-1705

1      well?

2              A.      Yes.

3              Q.      Is that true for the year 2014?

4              A.      No.

5              Q.      How did you get to school in the year

6      2014?

7              A.      I went -- sorry, like what part of --

8      like what half, because I was one half in Argentina

9      and the other half here.

10             Q.      So the half that you were in the

11     United States.

12             A.      Oh, yes.  I went on bike.  Sorry.

13             Q.      So in the year 2012, you went to

14     school on bike and the year 2013 you went to school

15     on bike?

16             A.      Yes.

17             Q.      And for half of the year of 2014 you

18     also road your bike to school?

19             A.      Yes.

20             Q.      And then for the other half of 2014

21     you were in Argentina.  For the year 2015 you were

22     in Argentina?

23             A.      Yes.

24             Q.      And in 2016?

25             A.      Here.

 1             **Q.**    In the United States?

 2             **A.**    Yes.

 3             **Q.**    And that you were at the middle

 4    school, correct?

 5             **A.**    No.

 6             **Q.**    Where were you, at the high school?

 7             **A.**    2016?

 8             **Q.**    Yes.

 9             **A.**    Same one I'm in now.

10             **Q.**    And what's the name of that school?

11             **A.**    Immaculata-LaSalle.

12             **Q.**    Correct.  The one that's by Mercy

13    Hospital, right?

14             **A.**    Yes.

15             **Q.**    How did you get to school in the year

16    2016?

17             **A.**    Carpool.

18             **Q.**    Would your mother drive the carpool?

19             **A.**    Yes.

20             **Q.**    Do you know who Nancy is?

21             **A.**    Yes.

22             **Q.**    And what, to your knowledge, was her

23    position in the house?

24                  MR. WHISENAND:  Objection as to form.

25                  THE WITNESS:  I don't know.

```
 1    BY MS. JAFF:
 2          Q.   Your other brothers testified, both of
 3    them, that they believe that Nancy was the maid.
 4    Would you agree with that statement?
 5                MR. WHISENAND:  Objection as to form.
 6                THE WITNESS:  I don't know.
 7    BY MS. JAFF:
 8          Q.   What did you witness Nancy doing in
 9    the house?
10                MR. WHISENAND:  Objection as to form.
11                THE WITNESS:  Cleaning.
12    BY MS. JAFF:
13          Q.   What would you see her cleaning?
14          A.   Things.  Just, I don't know things.
15          Q.   Would she clean the bedrooms?
16          A.   Yes, make the bed.
17          Q.   Would you see her cleaning the
18    bathrooms?
19          A.   Yes.
20          Q.   Would you see her cleaning the
21    kitchen?
22          A.   No, I don't know.
23          Q.   Would you see Nancy cleaning the
24    dishes?
25          A.   Yes.
```



JEANNIE REPORTING (305) 577-1705

1          Q.    Would you see Nancy cooking?

2          A.    Sometimes.

3          Q.    Would you see Nancy vacuuming?

4          A.    Sometimes.

5          Q.    Would you see Nancy sweeping?

6          A.    Yes.

7          Q.    Would you see Nancy doing the laundry?

8          A.    Yes.

9          Q.    Would you see Nancy ironing?

10         A.    No.

11         Q.    Do you know when Nancy started working

12    at the Key Biscayne address?

13         A.    No.

14         Q.    Do you know if she was working in the

15    year 2012?

16         A.    No, I don't know.

17         Q.    Do you know if Nancy was working in

18    the year 2013?

19         A.    Yes.

20         Q.    Do you know if Nancy worked for the

21    entire year 2013?

22         A.    I don't know.

23         Q.    Do you know if Nancy worked in the

24    year 2014?

25         A.    I don't know.

1            Q.    You can only testify about the first

2    half of 2014, correct?

3            A.    Sorry?

4                  MR. WHISENAND:  Objection as to form.

5    BY MS. JAFF:

6            Q.    You can only testify about the first

7    half of 2014 as to with regard to what Nancy was

8    doing, correct?

9            A.    Yes.

10           Q.    So in the first half of the year 2014

11   when you were still in the United States, was Nancy

12   still working at the Key Biscayne address?

13                 MR. WHISENAND:  Objection as to form.

14                 THE WITNESS:  Yes.

15   BY MS. JAFF:

16           Q.    And for the year 2013, 2012, and half

17   of 2014, were you always seeing Nancy cleaning the

18   bedrooms, making the beds, cleaning the bathroom,

19   the kitchen, the dishes, cooking, vacuuming?

20           A.    No.

21                 MR. WHISENAND:  Objection as to form.

22   BY MS. JAFF:

23           Q.    What would you see Nancy generally do?

24           A.    Sometimes she would, and then

25   sometimes like she would just be on the phone like

```
 1    talking.
 2            Q.   In the year 2012 what time did you
 3    usually leave for school?
 4            A.   2012?
 5            Q.   Yes, sir.
 6            A.   Around 8:00.
 7            Q.   You would leave the house around
 8    8:00 a.m.?
 9            A.   Yes.
10            Q.   What did you see Nancy doing at
11    8:00 a.m.?
12                 MR. WHISENAND:  Objection as to form.
13                 THE WITNESS:  Nothing.
14    BY MS. JAFF:
15            Q.   What time would you usually come back
16    in the year 2012?
17            A.   Around 3:10, around there.
18            Q.   3:10 p.m.?
19            A.   Yes.
20            Q.   And when you came back was Nancy
21    there?
22                 MR. WHISENAND:  Objection as to form.
23                 THE WITNESS:  Sometimes, yes.
24    BY MS. JAFF:
25            Q.   And what would you see Nancy doing
```

```
 1    when you saw her at 3:10?

 2              A.    I don't know.

 3              Q.    Was she cleaning?

 4              A.    Like -- I didn't physically see her,

 5    but like I thought she was in the house.

 6              Q.    Did your family sit down for dinner

 7    together?

 8                    MR. WHISENAND:  Objection as to form.

 9                    THE WITNESS:  Rarely.

10    BY MS. JAFF:

11              Q.    So if your brother told me that you

12    would sit down together at about 7:00 p.m. he would

13    be incorrect?

14                    MR. WHISENAND:  Objection as to form.

15                    THE WITNESS:  Yes.

16    BY MS. JAFF:

17              Q.    In the year 2013, did your schedule

18    change at all with regards to your attendance at

19    school?

20              A.    Sorry?

21              Q.    In the year 2013, did you continue to

22    attend school from about 8:00 in the morning until

23    about 3:10 in the afternoon?

24                    MR. WHISENAND:  Objection as to form.

25                    THE WITNESS:  Yes.
```

```
 1    BY MS. JAFF:
 2          Q.    Is that true for the half of the 2014
 3    that you were in the United States?
 4          A.    Yes.
 5          Q.    And then, I believe you said that for
 6    half of 2014 and for 2015 you were not in the
 7    United States, correct?
 8          A.    Correct.
 9          Q.    And then in the year 2016 you returned
10    to the United States, correct?
11          A.    Correct.
12          Q.    And then in the year 2016 what time
13    did you leave for school?
14          A.    7:00 a.m.
15          Q.    And was Nancy in the house when you
16    left at 7:00 a.m.?
17                MR. WHISENAND:  Objection as to form.
18                THE WITNESS:  I don't think so.
19    BY MS. JAFF:
20          Q.    And in the year 2016 what time did you
21    usually return to the house?
22          A.    3:00.
23          Q.    P.m.?
24          A.    P.m., yes.
25          Q.    And when you returned was Nancy
```

```
 1   usually in the house?

 2                  MR. WHISENAND:  Objection as to form.

 3                  THE WITNESS:  I don't know.

 4   BY MS. JAFF:

 5          Q.    Did Nancy do the grocery shopping?

 6          A.    No.

 7          Q.    Who did the grocery shopping?

 8          A.    My mom.

 9          Q.    Was part of Nancy's job duties to help

10   put the grocery shopping away in the pantry and the

11   fridge and the various cupboards?

12                  MR. WHISENAND:  Objection as to form.

13                  THE WITNESS:  I don't know.  I never

14          saw her do that.

15   BY MS. JAFF:

16          Q.    Did Nancy make breakfast for anyone in

17   the house?

18          A.    I don't know.

19          Q.    Did you witness Nancy making breakfast

20   for anyone in the house?

21          A.    No.

22          Q.    Did you witness Nancy making dinner

23   for anyone in the house?

24          A.    Yes.

25          Q.    Who did Nancy make dinner for?
```

```
 1              A.   Sometimes to me, but rarely.

 2              Q.   Sometimes to what?

 3              A.   To me, or to my brother.

 4              Q.   Which brother because you have two,

 5      correct?

 6              A.   Yes.  Well, I don't know which.

 7              Q.   So sometimes Nancy would make dinner

 8      for you and your brothers?

 9              A.   Yes.

10              Q.   What time did you usually have dinner?

11              A.   I don't know.

12              Q.   Was Nancy cleaning up after you when

13      you had dinner?

14              A.   Washing the dishes, yes.

15              Q.   Do you know around what time that was?

16              A.   No.

17              Q.   Was it after 7:00?

18                   MR. WHISENAND:  Objection as to form.

19                   THE WITNESS:  I don't know.

20      BY MS. JAFF:

21              Q.   Was it after 8:00?

22                   MR. WHISENAND:  Objection as to form.

23                   THE WITNESS:  I don't know.

24      BY MS. JAFF:

25              Q.   So it was before 8:00?
```

```
 1              A.    Yes.

 2              Q.    Was it after 7:30?

 3                   MR. WHISENAND:  Objection as to form.

 4                   THE WITNESS:  Probably 7:30.

 5    BY MS. JAFF:

 6              Q.    So around 7:30 you would start dinner

 7    or end dinner?

 8                   MR. WHISENAND:  Objection as to form.

 9                   THE WITNESS:  I don't know, it

10              depends.

11    BY MS. JAFF:

12              Q.    And around that time Nancy would also

13    be cleaning up after the dinner?

14                   MR. WHISENAND:  Objection as to form.

15                   THE WITNESS:  Sometimes.

16    BY MS. JAFF:

17              Q.    Did you have any after school

18    activities during the year 2012?

19              A.    Sorry?

20              Q.    Did you have any other -- did you have

21    any after school activities during the year of

22    2012?

23                   MR. WHISENAND:  Objection as to form.

24                   THE WITNESS:  Tennis, I believe.

25    BY MS. JAFF:
```

```
1                    Q.   Pardon?

2                    A.   Tennis.

3                    Q.   Do you know what years you took

4      tennis?

5                    A.   No.

6                    Q.   Do you know if it was while you were

7      in the Community School?

8                    A.   Yes.

9                    Q.   So that would have been about 2012?

10                   A.   Yes.

11                   Q.   Did Nancy ever take you to tennis?

12                   A.   No.

13                   Q.   Did Nancy ever pick you up from

14     tennis?

15                   A.   No.

16                   Q.   What time did your tennis usually end?

17                   A.   I think around like 5:30.

18                   Q.   And when you got home after tennis,

19     was Nancy usually in the house?

20                        MR. WHISENAND:  Objection as to form.

21                        THE WITNESS:  Yes.

22     BY MS. JAFF:

23                   Q.   And what would you usually see Nancy

24     doing when you got home from tennis at 5:30?

25                   A.   I wouldn't see her, like I would see
```

```
 1    her pass by, but I saw her in her room.

 2         Q.   And did you have tennis everyday of

 3    the week?

 4         A.   No.

 5         Q.   What days of the week did you have

 6    tennis?

 7         A.   I don't know.

 8         Q.   Did you have tennis on Mondays?

 9         A.   I don't know.

10         Q.   Did you have tennis on Tuesdays?

11         A.   I don't know.  Sorry, I don't know.

12    Like I don't know what days of the week.

13         Q.   Do you know how many days of the week?

14         A.   Two or three.

15         Q.   In the year 2013, did you have any

16    after school activities?

17         A.   No.

18              MR. WHISENAND:  Objection as to form.

19    BY MS. JAFF:

20         Q.   Did you continue to have tennis in the

21    year 2013?

22         A.   No.

23         Q.   In the year 2014, did you do any after

24    school activities?

25              MR. WHISENAND:  Objection as to form.
```

```
 1                    THE WITNESS:  I played Polo.

 2    BY MS. JAFF:

 3         Q.    That was in the year 2014?

 4         A.    Yes, and '13 also.

 5         Q.    In the year 2013 when you played Polo

 6    how would you get there?

 7         A.    My mom.

 8         Q.    Did Nancy ever drive you?

 9         A.    No.

10         Q.    And what time would you usually end

11    Polo?

12         A.    Around 4:30 or 5:00.

13         Q.    And would you return home after that?

14         A.    No.

15         Q.    Where would you usually go after Polo?

16         A.    Either Wellington.  I have a house in

17    Wellington.

18         Q.    Would Nancy with be at that house in

19    Wellington?

20         A.    No.

21         Q.    So on the nights you had Polo you

22    would stay at the Wellington house?

23         A.    Yes.

24              MR. WHISENAND:  Objection as to form.

25    BY MS. JAFF:
```

1          **Q.**   Is that true in the year 2014 as well?

2                MR. WHISENAND:  Objection as to form.

3                THE WITNESS:  Yes.

4    BY MS. JAFF:

5          **Q.**   So you would go to school in Key

6    Biscayne and then your mom would take you to

7    Wellington for your games?

8          **A.**   Yes.

9          **Q.**   And Nancy would not ever come up to

10   Wellington?

11         **A.**   Yes.

12         **Q.**   In the year 2013 when you played Polo,

13   how many days a week did you do that?

14               MR. WHISENAND:  Objection as to form.

15               THE WITNESS:  Two, regularly.  Maybe

16               sometimes during the week.

17   BY MS. JAFF:

18         **Q.**   Do you recall what days of the week

19   you did it?

20         **A.**   Yes.  Weekends, every weekend.

21         **Q.**   So that Saturday and Sunday?

22         **A.**   Yes.

23         **Q.**   And that's for the entire year 2013

24   and 2014?

25         **A.**   Most, yes.

1          Q.    Were you part of a particular team?

2          A.    Yes.

3          Q.    Is that the same team that your

4     brother was on, the one that is right above you in

5     age?

6               MR. WHISENAND:  Objection as to form.

7               THE WITNESS:  I'm sorry?

8     BY MS. JAFF:

9          Q.    Is that the same team that your

10    brother, that's right above you in age, played on?

11              MR. WHISENAND:  Objection as to form.

12              THE WITNESS:  Yes, we played on the

13          same team.

14    BY MS. JAFF:

15         Q.    What was the name of the team?

16         A.    Patagones.

17         Q.    Pardon?

18         A.    Patagones.

19         Q.    When you lived in Argentina did you

20    come back to the United States for vacation?

21              MR. WHISENAND:  Objection as to form.

22              THE WITNESS:  Yes.

23    BY MS. JAFF:

24         Q.    And do you recall when that was?

25         A.    Yes.

```
 1              Q.    When was that?

 2              A.    In January, or sorry.  I think it was

 3       for Christmas time in December until the beginning

 4       of February.

 5              Q.    Do you know what year that was?

 6              A.    No.

 7              Q.    Do you know if it was in 2014?

 8              MR. WHISENAND:  Objection as to form.

 9              THE WITNESS:  No, I don't know.

10       BY MS. JAFF:

11              Q.    Do you know if it was in the year

12       2015?

13              A.    No.

14              Q.    Did Nancy have her own room?

15              MR. WHISENAND:  Objection as to form.

16              THE WITNESS:  Yes.

17       BY MS. JAFF:

18              Q.    Do you know the square footage of that

19       room?

20              A.    No.

21              Q.    Can you describe how big that room

22       was, if you know?

23              A.    Two beds, a TV, closet, bathroom.

24              Q.    Do you know if Nancy had her own

25       private entrance from her room into the house?
```

```
 1                          MR. WHISENAND:  Objection as to form.
 2                          THE WITNESS:  No.
 3         BY MS. JAFF:
 4              Q.   Do you know if either your parents or
 5         your siblings ever had the room appraised by the
 6         Department of Labor?
 7              A.   No, I don't know.
 8              Q.   Do you know if your parents or any of
 9         your siblings ever had the room appraised by some
10         company or some person other than the Department of
11         Labor?
12              A.   I don't know.
13                          MR. WHISENAND:  Objection as to form.
14         BY MS. JAFF:
15              Q.   Do you know who hired Nancy?
16              A.   No.
17              Q.   Do you know what Nancy's rate of pay
18         was?
19              A.   No.
20              Q.   Was Nancy paid in cash or in check?
21              A.   I don't know.
22              Q.   Do you know if there is a written
23         agreement with regards to Nancy's job duties and
24         rate of pay?
25                          MR. WHISENAND:  Objection as to form.
```

```
 1                      THE WITNESS:  No.

 2   BY MS. JAFF:

 3          Q.   You don't know?

 4          A.   I don't know.

 5          Q.   There is none or you don't know?

 6          A.   I don't know.

 7          Q.   Was Nancy offered extra in wages so

 8   that she didn't have to live in the house?

 9                      MR. WHISENAND:  Objection as to form.

10                      THE WITNESS:  I don't know.

11   BY MS. JAFF:

12          Q.   Did Nancy eat the same food that you

13   ate?

14                      MR. WHISENAND:  Objection as to form.

15                      THE WITNESS:  I don't know.

16   BY MS. JAFF:

17          Q.   Was there food that was separate that

18   was assigned to Nancy and food that was assigned to

19   your family?

20                      MR. WHISENAND:  Objection as to form.

21                      THE WITNESS:  I don't know.

22   BY MS. JAFF:

23          Q.   Could Nancy take the food out of the

24   cupboard the same as you can take food out of the

25   cupboard?
```

```
 1                    MR. WHISENAND:  Objection as to form.

 2                    THE WITNESS:  I don't know.

 3      BY MS. JAFF:

 4            Q.    Was Nancy required to keep track of

 5      the food that she consumed so that there was an

 6      accounting of how much food she consumed?

 7                    MR. WHISENAND:  Objection as to form.

 8                    THE WITNESS:  I don't know.

 9      BY MS. JAFF:

10            Q.    Was Nancy required to keep track of

11      the hours that she worked?

12            A.    I don't know.

13            Q.    Did Nancy have to clock in and clock

14      out in order to keep track of the hours that she

15      worked?

16                    MR. WHISENAND:  Objection as to form.

17                    THE WITNESS:  I don't know.

18      BY MS. JAFF:

19            Q.    Did Nancy have to sign any documents

20      or any agenda or calendars in order to keep track

21      of the hours that she worked?

22                    MR. WHISENAND:  Objection as to form.

23                    THE WITNESS:  No.

24      BY MS. JAFF:

25            Q.    Did your mother keep an agenda or
```

1     calendar that kept track of all the different

2     activities for the week?

3            **A.**    Sorry.  Can you repeat that one.

4            **Q.**    Sure.  Did your mom have an agenda or

5     calendar that kept track of all the activities that

6     each of you had for the week?

7                    MR. WHISENAND:  Objection as to form.

8                    THE WITNESS:  Yes, she has a calendar.

9     BY MS. JAFF:

10           **Q.**    Was Nancy required to keep track of

11    the hours on that calendar?

12           **A.**    No.

13           **Q.**    Did your mother record the hours that

14    Nancy worked on that calendar?

15           **A.**    No.

16           **Q.**    Was there a poster anywhere in the

17    house that referenced overtime and minimum wage

18    loss?

19           **A.**    No.

20           **Q.**    Did your mother or your father or

21    anybody else that you know of consult with the

22    Department of Labor with regards to compliance with

23    the overtime and minimum wage loss?

24                   MR. WHISENAND:  Objection as to form.

25                   THE WITNESS:  No.

```
 1    BY MS. JAFF:
 2         Q.    Did your mother or your father or
 3    anyone that you know of consult with an attorney or
 4    anyone else with regards to compliance with the
 5    overtime and minimum wage loss?
 6              MR. WHISENAND:  Objection as to form.
 7              THE WITNESS:  I don't know.
 8    BY MS. JAFF:
 9         Q.    Did your mother pay any expenses for
10    Nancy?
11              MR. WHISENAND:  Objection as to form.
12    BY MS. JAFF:
13         Q.    For vacations?
14         A.    I don't know.
15         Q.    Did your mother pay for Nancy's
16    cellphone usage?
17              MR. WHISENAND:  I'm sorry, what was
18              the question?
19    BY MS. JAFF:
20         Q.    For her cellphone usage?
21              MR. WHISENAND:  Objection as to form.
22              THE WITNESS:  I don't know.
23    BY MS. JAFF:
24         Q.    Did your mother loan Nancy any money?
25              MR. WHISENAND:  Objection as to form.
```



```
 1                      THE WITNESS:  I don't know.
 2      BY MS. JAFF:
 3           Q.    Did Nancy work Monday through Friday?
 4           A.    Yes.
 5           Q.    Do you know what her regular schedule
 6      was?
 7           A.    No.
 8           Q.    Was Nancy expected to be available
 9      whenever somebody needed her Monday through Friday?
10                 MR. WHISENAND:  Objection as to form.
11                 THE WITNESS:  I guess it depends for
12           what.
13      BY MS. JAFF:
14           Q.    Can you explain that a little bit.
15           A.    Like if we needed help then yes.
16                 MR. WHISENAND:  Objection as to form.
17      BY MS. JAFF:
18           Q.    What kind of help would you need that
19      Nancy would be expected to help?
20           A.    Like any help.  I don't know.  If you
21      fall and she's there you could ask her.
22           Q.    Anything else other than that?
23           A.    I don't know.
24           Q.    If you needed something cooked, Nancy
25      was expected to be there to help?
```



1       **A.**     I asked her sometimes.

2       **Q.**     To cook and she would help?

3       **A.**     Yes.

4       **Q.**     Would you ask her to do anything else

5    other than if you fell or if you needed something

6    to be cooked?

7       **A.**     No.

8       **Q.**     Would Nancy ever help with any sewing

9    of any clothes or ironing of any clothes?

10      **A.**     I don't think so.

11      **Q.**     Would Nancy ever help with regards to

12   cleaning up anything, if let's say you were having

13   friends over?

14              MR. WHISENAND:  Objection as to form.

15              THE WITNESS:  I don't know.

16   BY MS. JAFF:

17      **Q.**     Did Nancy have somewhere to sleep

18   other than your house?

19      **A.**     I don't know.

20              MR. WHISENAND:  Objection as to form.

21   BY MS. JAFF:

22      **Q.**     Did Nancy have a boyfriend?

23      **A.**     I don't know.

24      **Q.**     Did Nancy have a house of her own?

25      **A.**     I don't know.

```
1          Q.    Did Nancy always sleep in the room at

2    Key Biscayne?

3                MR. WHISENAND:  Objection as to form.

4                THE WITNESS:  No.

5    BY MS. JAFF:

6          Q.    But you don't know where else she

7    slept if she didn't sleep in Key Biscayne?

8          A.    I don't know where though.  Yes, she

9    would leave the weekends.

10         Q.    The weekends are Saturday and Sunday?

11         A.    Yes.

12         Q.    Would Nancy come back on Sunday night?

13         A.    I don't think so.  I don't know.

14         Q.    One of your brothers testified that

15   sometimes Nancy would come on Sunday night at about

16   8:00 or 9 o'clock and would make dinner, did you

17   witness that as well?

18               MR. WHISENAND:  Objection as to form.

19               THE WITNESS:  I don't know.

20   BY MS. JAFF:

21         Q.    When Nancy returned, around what time

22   would she return?

23               MR. WHISENAND:  Objection as to form.

24               THE WITNESS:  Sorry?

25   BY MS. JAFF:
```

```
 1              Q.    You said that Nancy would usually go

 2    away on Saturdays and Sundays, correct?

 3              A.    Yes.

 4              Q.    When she came back to the Key Biscayne

 5    house when did she usually return?

 6              A.    I don't know.

 7              Q.    Was it usually on Saturday or on

 8    Sunday?

 9                    MR. WHISENAND:  Objection as to form.

10                    THE WITNESS:  I don't know.

11    BY MS. JAFF:

12              Q.    Did Nancy make dinners on Sunday for

13    your family ever?

14              A.    I think she has.

15              Q.    Yes?

16              A.    Yes.

17                    MR. WHISENAND:  Objection as to form.

18    BY MS. JAFF:

19              Q.    Do you know how often in a month Nancy

20    made dinner for your family on a Sunday?

21              A.    No.

22              Q.    Did your mom host parties when Nancy

23    was working?

24                    MR. WHISENAND:  Objection as to form.

25                    THE WITNESS:  I don't think so.
```

```
 1    BY MS. JAFF:

 2            Q.    Would Nancy help with cleaning up

 3    after any parties?

 4                  MR. WHISENAND:  Objection as to form.

 5                  THE WITNESS:  No.

 6    BY MS. JAFF:

 7            Q.    Did your brothers used to have parties

 8    when Nancy worked?

 9                  MR. WHISENAND:  Objection as to form.

10                  THE WITNESS:  No.

11    BY MS. JAFF:

12            Q.    Was Nancy required to help you at all

13    in the morning to get ready for school, for

14    example, making your school lunch or walking you to

15    a bus stop?

16            A.    No.

17            Q.    Was Nancy required to assist you at

18    all with any of your homework?

19            A.    No.

20            Q.    Did you have a tutor like your

21    brothers had a tutor?

22                  MR. WHISENAND:  Objection as to form.

23                  THE WITNESS:  Yes.

24    BY MS. JAFF:

25            Q.    Was that a tutor that came to your
```

```
1    house or a tutor that you went to?

2         A.   A tutor that came to my house.

3         Q.   Was that tutor there when Nancy was

4    there?

5         A.   Yes.

6         Q.   Do you recall what the tutor's name

7    was?

8         A.   No.

9         Q.   Do you know if the tutor was from

10   school or from a private organization or just an

11   individual?

12        A.   I don't know.

13        Q.   Do you recall if you had a tutor in

14   the year 2012 when you were in elementary school?

15        A.   I don't know.

16        Q.   Did you have a tutor when you were in

17   middle school?

18        A.   I don't know.

19        Q.   Did you have a tutor when you came

20   back in 2016 and started this school by Mercy

21   Hospital?

22        A.   Yes.

23        Q.   And that was when Nancy was still

24   working there?

25        A.   No.
```

1          **Q.**   Do you know who Esther is?

2          **A.**   No.

3          **Q.**   Was there any other maid other than

4     Nancy during the time that Nancy worked at Key

5     Biscayne?

6          **A.**   Yes.

7          **Q.**   Is that a yes?

8          **A.**   Yes.

9          **Q.**   Do you know the name of that other

10    maid?

11         **A.**   No.

12         **Q.**   Do you know how often that other maid

13    would come?

14         **A.**   No.

15         **Q.**   Did Nancy have another job other than

16    working at Key Biscayne?

17              MR. WHISENAND:  Objection as to form.

18              THE WITNESS:  I don't know.

19    BY MS. JAFF:

20         **Q.**   Do you know if Nancy was a secretary

21    for anyone during the time that she worked at Key

22    Biscayne?

23         **A.**   I don't know.

24         **Q.**   Was your mother supervising Nancy?

25              MR. WHISENAND:  Objection as to form.

```
 1                        THE WITNESS:  No.

 2       BY MS. JAFF:

 3            Q.    Would your mother give Nancy

 4       instructions on what she needed to do and what her

 5       job duties were?

 6                        MR. WHISENAND:  Objection as to form.

 7                        THE WITNESS:  I don't know.

 8       BY MS. JAFF:

 9            Q.    You wouldn't witness your mom telling

10       Nancy you need to clean this bedroom or do these

11       dishes or make this dinner?

12                        MR. WHISENAND:  Objection as to form.

13                        THE WITNESS:  No.

14       BY MS. JAFF:

15            Q.    Did your mother and Nancy communicate

16       with each other at all?

17            A.    Yes.

18            Q.    And what would they talk about when

19       they were talking?

20            A.    I would hear them from a distance,

21       like while I was tutoring.  I would just hear them

22       talk.

23            Q.    And what would you hear them saying?

24            A.    Like they were just talking.  I don't

25       know about what.
```

```
 1              Q.    Was Nancy required to live in the
 2       house for your mom's benefit?
 3                    MR. WHISENAND:  Objection as to form.
 4                    THE WITNESS:  No.
 5       BY MS. JAFF:
 6              Q.    Do you know how late Nancy worked on
 7       Fridays?
 8                    MR. WHISENAND:  Objection as to form.
 9                    THE WITNESS:  No.
10       BY MS. JAFF:
11              Q.    Do you know what time Nancy started
12       her day?
13                    MR. WHISENAND:  Objection as to form.
14                    THE WITNESS:  No.
15       BY MS. JAFF:
16              Q.    And to your knowledge for the time
17       that she worked at Key Biscayne she was working
18       Monday through Friday, correct?
19              A.    Yes.
20              Q.    And during the time that Nancy worked
21       at Key Biscayne she would also work occasionally on
22       Sundays, correct?
23                    MR. WHISENAND:  Objection as to form.
24                    THE WITNESS:  Yes.
25       BY MS. JAFF:
```

```
1            Q.   But you don't know the hours, is that

2     correct?

3            A.   Yes.

4            Q.   And that's true from Monday through

5     and including Sunday, correct?

6                 MR. WHISENAND:  Objection as to form.

7                 THE WITNESS:  Sorry.

8     BY MS. JAFF:

9            Q.   You don't know the hours Nancy worked

10    for the entire week, correct?

11           A.   No, I don't know.

12           Q.   When you interacted with Nancy, was

13    she always honest?

14                MR. WHISENAND:  Objection as to form.

15                THE WITNESS:  I think, yes.

16    BY MS. JAFF:

17           Q.   Was Nancy always reliable during the

18    time she worked at the Key Biscayne house?

19                MR. WHISENAND:  Objection as to form.

20                THE WITNESS:  I don't know.

21    BY MS. JAFF:

22           Q.   Whenever you asked her for help would

23    Nancy help you?

24                MR. WHISENAND:  Objection as to form.

25                THE WITNESS:  Like help with?
```

```
1     BY MS. JAFF:

2          Q.   You told me sometimes you would ask

3     Nancy for help, for example, if you fell?

4          A.   I would only ask her if I was hungry

5     or something.

6          Q.   And then she would always help you?

7          A.   Yes, rarely.

8          Q.   And whenever you asked Nancy for help

9     she would always help you?

10         A.   Yes.

11              MR. WHISENAND:  Objection as to form.

12    BY MS. JAFF:

13         Q.   Were you ever involved in the filing

14    of your parent's tax returns?

15         A.   No.

16         Q.   Do you know if your parents claimed

17    rent on their tax returns for the money that they

18    claim went towards the room and board for Nancy?

19              MR. WHISENAND:  Objection as to form.

20              THE WITNESS:  No.

21    BY MS. JAFF:

22         Q.   You don't know?

23         A.   I don't know.

24         Q.   Do you know what the value is of

25    Nancy's room, if it were to be rented out?
```

```
 1                        MR. WHISENAND:  Objection as to form.

 2                        THE WITNESS:  I don't know.

 3      BY MS. JAFF:

 4             Q.    Did your house have an alarm system?

 5             A.    Yes.

 6                        MR. WHISENAND:  Objection as to form.

 7      BY MS. JAFF:

 8             Q.    Do you know when that alarm system was

 9      installed?

10             A.    No.

11             Q.    Do you know if in the year 2012 there

12      was an alarm system?

13             A.    Yes.

14             Q.    Do you know what the alarm system was

15      called, the company's name?

16             A.    No.

17             Q.    Did you each have a unique number to

18      activate and deactivate the alarm system?

19                        MR. WHISENAND:  Objection as to form.

20                        THE WITNESS:  No.

21      BY MS. JAFF:

22             Q.    So you and Nancy would have had the

23      same access code to activate and deactivate the

24      alarm system?

25             A.    Yes, I think so.
```

```
 1              Q.   Was the alarm system still in place in

 2      the year 2013?

 3                   MR. WHISENAND:  Objection as to form.

 4                   THE WITNESS:  I think so.

 5      BY MS. JAFF:

 6              Q.   Was it there in 2014 as well?

 7                   MR. WHISENAND:  Objection as to form.

 8                   THE WITNESS:  Yes.

 9      BY MS. JAFF:

10              Q.   And in the year 2015?

11                   MR. WHISENAND:  Objection as to form.

12                   THE WITNESS:  Yes.

13      BY MS. JAFF:

14              Q.   And in the year 2016?

15                   MR. WHISENAND:  Objection as to form.

16                   THE WITNESS:  Yes.

17      BY MS. JAFF:

18              Q.   Was there cameras in the house at all?

19              A.   No.

20              Q.   Was there cameras outside the house at

21      all?

22                   MR. WHISENAND:  Objection as to form.

23                   THE WITNESS:  No.

24      BY MS. JAFF:

25              Q.   Your one brother testified that he
```

```
 1    believes that there was a camera that was installed

 2    on the gate.  Do you know what camera he was

 3    talking about?

 4              A.    Yes.

 5              Q.    What camera is that?

 6              A.    Like there's a gate and to put the

 7    code.  There's a camera in the front to see who is

 8    there.

 9              Q.    Do you know if that camera was there

10    in the year 2012?

11              MR. WHISENAND:  Objection as to form.

12              THE WITNESS:  No.

13    BY MS. JAFF:

14              Q.    Do you know if that camera was there

15    in the year 2013?

16              MR. WHISENAND:  Objection as to form.

17              THE WITNESS:  I don't know.

18    BY MS. JAFF:

19              Q.    Do you know if that camera was there

20    in the year 2014?

21              MR. WHISENAND:  Objection as to form.

22              THE WITNESS:  I don't know.

23    BY MS. JAFF:

24              Q.    Do you know if the camera was there in

25    the year 2015?
```

```
 1                          MR. WHISENAND:  Objection as to form.

 2                          THE WITNESS:  I think so.

 3      BY MS. JAFF:

 4              Q.    Do you know if that camera was a

 5      camera that was installed to see outside or if it

 6      was actually recording people coming and going from

 7      the house?

 8              A.    No, just to see outside.

 9              Q.    And do you believe that it was still

10      there in the year 2016?

11              A.    Yes.

12              Q.    So to your knowledge that camera

13      wouldn't show Nancy going and coming from the house

14      in the year 2015 and 2016?

15                          MR. WHISENAND:  Objection as to form.

16                          THE WITNESS:  No.

17      BY MS. JAFF:

18              Q.    And to your knowledge the alarm system

19      wouldn't show when Nancy came and went because you

20      all had the same access code?

21              A.    Correct.

22                          MR. WHISENAND:  Objection as to form.

23      BY MS. JAFF:

24              Q.    Do you know if your oldest brother

25      drove, the one in the middle, to school at all?
```



```
 1                       MR. WHISENAND:  Objection as to form.

 2                       THE WITNESS:  No.

 3      BY MS. JAFF:

 4             Q.   Do you know if your brothers took the

 5      bus to school?

 6                       MR. WHISENAND:  Objection as to form.

 7                       THE WITNESS:  I don't know.

 8      BY MS. JAFF:

 9             Q.   Do you know what school your oldest

10      brother went to in the year 2012?

11             A.   No.

12             Q.   Do you know what school your brother

13      that's right above you went in the year 2012?

14                       MR. WHISENAND:  Objection as to form.

15                       THE WITNESS:  No.

16      BY MS. JAFF:

17             Q.   Did you ever carpool with either of

18      your brothers to go to school?

19                       MR. WHISENAND:  Objection as to form.

20                       THE WITNESS:  No.

21      BY MS. JAFF:

22             Q.   And I asked you, you don't know who

23      Esther is, correct?

24             A.   Correct.

25                       MR. WHISENAND:  I'm sorry, who who is?
```

```
 1                    MS. JAFF:  Esther.

 2                    MR. WHISENAND:  Objection as to form.

 3     BY MS. JAFF:

 4           Q.   Did the Key Biscayne house have a

 5     gardener in the year 2012?

 6           A.   Yes.

 7           Q.   Do you know the name of that gardener?

 8           A.   Terino.

 9           Q.   Do you know his last name?

10           A.   No.

11           Q.   Was he from a company or just an

12     individual?

13           A.   I don't know.

14           Q.   Was that same gardener there in the

15     year 2013?

16           A.   Yes.

17           Q.   Do you know if he remained there in

18     the year 2014?

19           A.   Yes.

20           Q.   And in the year 2015, was the same

21     gardener there?

22           A.   Yes.

23           Q.   And in the year 2016 as well?

24           A.   Yes.

25           Q.   Would the gardener that you just told
```

```
 1      us about that was there for the year 2012 through

 2      and including 2016, would he have knowledge of

 3      Nancy's hours?

 4                  MR. WHISENAND:  Objection as to form.

 5                  THE WITNESS:  I don't know.

 6      BY MS. JAFF:

 7           Q.    Do you believe he would have knowledge

 8      of Nancy's job duties?

 9                  MR. WHISENAND:  Objection as to form.

10                  THE WITNESS:  No.

11      BY MS. JAFF:

12           Q.    Do you know what days of the week the

13      gardener would come to the Key Biscayne house?

14                  MR. WHISENAND:  Objection as to form.

15                  THE WITNESS:  No.

16      BY MS. JAFF:

17           Q.    Was there a pool guy in the year 2012?

18                  MR. WHISENAND:  Objection as to form.

19                  THE WITNESS:  I don't know.

20      BY MS. JAFF:

21           Q.    Was there one in the year 2013?

22           A.    I don't know.

23           Q.    Was there a pool guy in the year 2014?

24           A.    I don't know.

25           Q.    In the year 2015?
```



```
 1              A.   I don't know.

 2              Q.   And in the year 2016?

 3                   MR. WHISENAND:  Objection as to form.

 4                   THE WITNESS:  I don't know.

 5    BY MS. JAFF:

 6              Q.   Was there any other employees or

 7    workers that worked on the Key Biscayne house

 8    during the year 2012 to 2016?

 9              A.   That worked on the house?

10                   MR. WHISENAND:  Objection as to form.

11    BY MS. JAFF:

12              Q.   Yes.  For example, you said there was

13    a gardener.

14              A.   Oh.

15              Q.   Was there anyone else?

16              A.   I don't know.

17              Q.   Do you know who Ally Rom is?

18              A.   Yes.

19              Q.   Who is Ally Rom?

20              A.   My mom's friend.

21              Q.   What information would she have with

22    regards to Nancy's hours?

23                   MR. WHISENAND:  Objection as to form.

24                   THE WITNESS:  None.  I don't think she

25              would.
```

```
 1    BY MS. JAFF:

 2         Q.    Do you -- sorry, I didn't mean to cut

 3    you off.

 4         A.    No.  No.

 5         Q.    What information do you believe Ally

 6    Rom would have to with regards to Nancy's job

 7    duties?

 8              MR. WHISENAND:  Objection as to form.

 9              THE WITNESS:  I don't know.

10    BY MS. JAFF:

11         Q.    Did your mom and Ally Rom used to go

12    out in the year 2012?

13              MR. WHISENAND:  Objection as to form.

14              THE WITNESS:  I don't know.

15    BY MS. JAFF:

16         Q.    In the year 2013, did your mom and

17    Ally Rom used to go out?

18              MR. WHISENAND:  Objection as to form.

19              THE WITNESS:  I don't know.

20    BY MS. JAFF:

21         Q.    Do you also not know for the year 2015

22    and 2016?

23              MR. WHISENAND:  Objection as to form.

24              THE WITNESS:  Yes.

25    BY MS. JAFF:
```

```
 1              Q.   Do you know who Paola Curuchett

 2   C-U-R-U-C-H-E-T-T?

 3              A.   My mom's friend.

 4              Q.   Would she have any knowledge about the

 5   job duties that Nancy had?

 6                   MR. WHISENAND:  Objection as to form.

 7                   THE WITNESS:  I don't know.

 8   BY MS. JAFF:

 9              Q.   Do you know if she would have

10   information with regards to Nancy's days of the

11   week hat she worked?

12                   MR. WHISENAND:  Objection as to form.

13                   THE WITNESS:  No.

14   BY MS. JAFF:

15              Q.   Would Paola come to your house a lot

16   in Key Biscayne?

17                   MR. WHISENAND:  Objection as to form.

18                   THE WITNESS:  No.

19   BY MS. JAFF:

20              Q.   Would your mom and Paola go out a lot?

21                   MR. WHISENAND:  Objection as to form.

22                   THE WITNESS:  I don't know.

23   BY MS. JAFF:

24              Q.   Would Nancy take care of you and

25   ensure your safety when your mom went out with her
```

```
 1    friends?
 2              MR. WHISENAND:  Objection as to form.
 3              THE WITNESS:  No.
 4    BY MS. JAFF:
 5         Q.   Do you know who Monica Arriazu is?
 6         A.   Yes.
 7         Q.   And what kind of information would she
 8    have about Nancy?
 9              MR. WHISENAND:  Objection as to form.
10              THE WITNESS:  I don't know.
11    BY MS. JAFF:
12         Q.   Would she come over a lot when Nancy
13    was working at your home?
14         A.   Not a lot, but she's been to the
15    house.
16         Q.   Would she come on a weekly basis to
17    the house?
18              MR. WHISENAND:  Objection as to form.
19              THE WITNESS:  No.
20    BY MS. JAFF:
21         Q.   Do you believe Monica would know the
22    hours that Nancy worked?
23              MR. WHISENAND:  Objection as to form.
24              THE WITNESS:  No.
25    BY MS. JAFF:
```

```
 1              Q.    Would you believe that Monica has

 2     knowledge about the job duties that Nancy had?

 3                    MR. WHISENAND:   Objection as to form.

 4                    THE WITNESS:   No.

 5     BY MS. JAFF:

 6              Q.    Is there anyone else that you think

 7     has knowledge about Nancy and her job duties and

 8     hours that she worked?

 9                    MR. WHISENAND:   Objection as to form.

10                    THE WITNESS:   No.

11     BY MS. JAFF:

12              Q.    Did Nancy quit or was she fired?

13              A.    Oh, I don't know.

14              Q.    Do you know why Nancy left?

15              A.    No.

16              Q.    When you spent time in Argentina do

17     you know if Nancy continued to work at the Key

18     Biscayne house?

19                    MR. WHISENAND:   Objection as to form.

20                    THE WITNESS:   No.

21     BY MS. JAFF:

22              Q.    When you would come on vacation to the

23     United States would you see Nancy?

24              A.    No.

25              Q.    When you came from Argentina to the
```

```
 1     United States would you stay at the Key Biscayne
 2     house?
 3                 MR. WHISENAND:  Objection as to form.
 4                 THE WITNESS:  I'm sorry?
 5     BY MS. JAFF:
 6           Q.   When you came from Argentina to visit
 7     the United States, would you stay at the Key
 8     Biscayne house?
 9           A.   No.
10           Q.   You would stay at the Wellington
11     house?
12           A.   Yes.
13           Q.   And Nancy never worked at the
14     Wellington house?
15           A.   No, never.
16           Q.   How many rooms are in the Key Biscayne
17     house?
18           A.   Rooms to sleep or?
19           Q.   Yes.
20           A.   Four.
21           Q.   Four bedrooms?
22           A.   Yes.
23           Q.   And how many rooms are there in the
24     Key Biscayne house, not including the four
25     bedrooms?
```

```
1              A.    I don't know.

2              Q.    Do you know how many bathrooms are in

3      the Key Biscayne house?

4              A.    Five or six.

5              Q.    Six bathrooms and that includes the

6      room and bathroom of Nancy?

7              A.    Yes.

8              Q.    Was Nancy responsible for cleaning the

9      pool?

10             A.    No.

11                   MR. WHISENAND:  Objection as to form.

12     BY MS. JAFF:

13             Q.    Did the Key Biscayne house have a

14     pool?

15             A.    Yes.

16             Q.    Is there a guest house attached to the

17     main house of the Key Biscayne house?

18             A.    No.

19             Q.    In the Key Biscayne house when Nancy

20     worked at the house were there any pets?

21                   MR. WHISENAND:  Objection as to form.

22                   THE WITNESS:  Yes, I had a dog.

23     BY MS. JAFF:

24             Q.    Was Nancy responsible for walking the

25     dog?
```

1              **A.**    No.

2              **Q.**    Who would walk the dog?

3              **A.**    No one, it walked itself.

4              **Q.**    Did the dog have a dog walker?

5              **A.**    No.

6              **Q.**    It would just be let out in the yard?

7              **A.**    Yes.

8              **Q.**    Did you do anything to prepare for

9      your deposition today?

10             **A.**    No.

11             **Q.**    Did you review any documents in

12     preparation for your deposition today?

13             **A.**    No.

14             **Q.**    Did you discuss with any of your

15     brothers about their testimony?

16             **A.**    No.

17             **Q.**    Did Nancy work as a secretary for

18     anyone?

19                    MR. WHISENAND:  Objection as to form.

20                    THE WITNESS:  I don't know.

21     BY MS. JAFF:

22             **Q.**    Sorry, I didn't hear you.

23             **A.**    I don't know.

24             **Q.**    Give me one second to review my notes.

25                    (Thereupon, a short recess was

```
 1                       taken.)

 2     BY MS. JAFF:

 3           Q.    When Nancy worked in the house was she

 4     required to provide her own equipment?

 5                 MR. WHISENAND:  Objection as to form.

 6                 THE WITNESS:  I don't know.

 7     BY MS. JAFF:

 8           Q.    Did Nancy have to supply her own

 9     cleaning supplies?

10                 MR. WHISENAND:  Objection as to form.

11                 THE WITNESS:  I don't know.

12     BY MS. JAFF:

13           Q.    Did Nancy have to bring her own

14     vacuums?

15           A.    No.

16           Q.    Did Nancy have to go out and purchase

17     her own cleaning supplies, for example, her sponges

18     to clean the dishes?

19                 MR. WHISENAND:  Objection as to form.

20                 THE WITNESS:  No.

21     BY MS. JAFF:

22           Q.    Did Nancy have to provide her own

23     cooking utensils?

24           A.    No.

25           Q.    Did Nancy have to provide her own
```

1       sheets in order to make the beds?

2              A.    No.

3              Q.    Did Nancy have to provide her own

4       toilet scrubs in order to clean all the toilets?

5              A.    No.

6              Q.    Who provided all that for her?

7                    MR. WHISENAND:  Objection as to form.

8                    THE WITNESS:  My parents, I think.

9                    MS. JAFF:  Okay.  I don't have any

10               other questions.  Do you have any other

11               questions?

12                    MR. WHISENAND:  No.

13                    MS. JAFF:  You can read or waive.

14                    MR. WHISENAND:  We read.

15                    MS. JAFF:  We are done.

16                    (Thereupon, the deposition was

17               concluded at 4:25 p.m.)

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2

      STATE OF FLORIDA   )
 3                       )  SS.
      COUNTY OF DADE     )

 4


 5

          I, Ashley Muñoz, Registered Professional
 6    Reporter, Florida Professional Reporter, do hereby
      certify that I was authorized to and did
 7    stenographically report the deposition of JOAQUIN
      AVENDANO; that a review of the transcript WAS
 8    requested; and that the foregoing transcript, pages
      1 through 59, is a true record of my stenographic
 9    notes.

10        I FURTHER CERTIFY that I am not a relative,
      employee, or attorney, or counsel of any of the
11    parties, nor am I a relative or employee of any of
      the parties' attorney or counsel connected with the
12    action, nor am I financially interested in the
      action.

13

14

15        DATED this 20th day of February, 2018.

16

17

18    _____
      Ashley Munoz, Registered Professional
19    Reporter Florida Professional Reporter

20

21

22

23

24

25
```

```
1                       CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF DADE

5

6

7              I, the undersigned authority, certify

8    that JOAQUIN AVENDANO personally appeared before me

9    and was duly sworn.

10             WITNESS my hand and official seal this

11   22nd day of January, 2018.

12

13

14

15

16   _____ - - - -

17        Ashley Muñoz

18        Notary Public State of Florida

19        My commission Expires: 01-01-22

20

21

22

23

24

25
```

1                          <u>JURAT PAGE</u>

2

3      STATE OF FLORIDA  )
                         )SS.
4      COUNTY OF DADE    )

5

6

7                   I, hereby certify that I have read the

8      foregoing transcript pages 1 to 59 and find the

9      same to be true and accurate.

10                  Any corrections made by me are set

11     forth on the errata page attached hereto.

12

13

14                  _____

15                  (JOAQUIN AVENDANO)

16

17

18     Sworn to and subscribed before me on this,
       _____ day of _____, 2018.
19

20
       _____
21     Notary Public in and for the
       State of Florida at Large.
22     My Commission expires:

23

24

25

```
 1              JEANNIE REPORTING
             28 West Flagler Street
 2                 Suite 610
              Miami, Florida 33130
 3

 4

 5     TO: JOAQUIN AVENDANO
       c/o WHISENAND & TURNER, P.A.
 6         501 Brickell Key Drive
           Suite 602
 7         Miami, Florida 33131

 8         February 20, 2018

 9     IN RE: Narcisa Chavez Perez v. Bernarda Arancedo
       CASE NO: 17-20003-CIV-JLK
10
       Dear JOAQUIN AVENDANO,
11
       With reference to the examination of YOURSELF,
12     deponent in the above-styled cause, taken on
       January 22, 2018 under oath, please be advised that
13     the transcript of the Deposition has been
       transcribed and is awaiting your signature.
14
       Please arrange to conclude this matter at your
15     earliest convenience. We would suggest that you
       telephone this office and arrange an appointment
16     suitable for all concerned.

17     However, if this has not been taken care of by
       March 22, 2018 we shall conclude the reading and
18     signing of said deposition has been waived, and
       shall then proceed to file the original of the said
19     transcript with the party who took the deposition,
       without further notice to any parties.
20
               Sincerely,
21

22

23     _____
               Ashley Muñoz
24
       cc: All Counsel of Record.
25
```



**JEANNIE REPORTING (305) 577-1705**

ERRATA SHEET


        I, JOAQUIN AVENDANO, do hereby acknowledge

   that I have read this transcript and find it to be

   accurate except for the corrections noted below.


   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____

   PAGE _____ LINE _____ / _____




                         _____


                         JOAQUIN AVENDANO


        Signed and dated this _____ day of _____

   2018.




JEANNIE REPORTING (305) 577-1705

**'**

**'13** [1] - 23:4

**0**

**01-01-22** [1] - 61:19

**1**

**1** [2] - 60:8, 62:8
**10** [1] - 6:22
**17-20003-CIV-JLK** [2]
- 1:3, 63:9
**18** [1] - 6:24
**19** [1] - 6:11

**2**

**20** [1] - 63:8
**2000** [1] - 6:11
**2012** [22] - 7:9, 7:12,
9:14, 10:13, 13:15,
14:16, 15:2, 15:4,
15:16, 20:18, 20:22,
21:9, 37:14, 43:11,
45:10, 47:10, 47:13,
48:5, 49:1, 49:17,
50:8, 51:12
**2013** [17] - 9:25, 10:14,
13:18, 13:21, 14:16,
16:17, 16:21, 22:15,
22:21, 23:5, 24:12,
24:23, 44:2, 45:15,
48:15, 49:21, 51:16
**2014** [20] - 10:3, 10:6,
10:17, 10:20, 13:24,
14:2, 14:7, 14:10,
14:17, 17:2, 17:6,
22:23, 23:3, 24:1,
24:24, 26:7, 44:6,
45:20, 48:18, 49:23
**2015** [9] - 10:21, 17:6,
26:12, 44:10, 45:25,
46:14, 48:20, 49:25,
51:21
**2016** [15] - 10:24, 11:7,
11:16, 17:9, 17:12,
17:20, 37:20, 44:14,
46:10, 46:14, 48:23,
49:2, 50:2, 50:8,
51:22
**2018** [8] - 1:14, 60:15,
61:11, 62:18, 63:8,
63:12, 63:17, 64:24
**20th** [1] - 60:15
**22** [3] - 1:14, 63:12,
63:17
**22nd** [1] - 61:11
**28** [1] - 63:1

**3**

**3** [1] - 2:13
**300** [2] - 1:12, 2:3
**33130** [1] - 63:2
**33131** [2] - 2:8, 63:7
**33141** [2] - 1:13, 2:4
**3:00** [1] - 17:22
**3:10** [4] - 15:17, 15:18,
16:1, 16:23
**3:32** [1] - 1:13

**4**

**4:25** [1] - 59:17
**4:30** [1] - 23:12

**5**

**501** [2] - 2:7, 63:6
**59** [2] - 60:8, 62:8
**5:00** [1] - 23:12
**5:30** [2] - 21:17, 21:24

**6**

**602** [2] - 2:8, 63:6
**605** [2] - 1:12, 2:4
**610** [1] - 63:2

**7**

**71st** [2] - 1:12, 2:3
**7:00** [4] - 16:12, 17:14,
17:16, 19:17
**7:30** [3] - 20:2, 20:4,
20:6

**8**

**8:00** [7] - 15:6, 15:8,
15:11, 16:22, 19:21,
19:25, 34:16

**9**

**9** [1] - 34:16

**A**

**A-V-E-N-D-A-N-O** [1] -
6:3
**a.m** [4] - 15:8, 15:11,
17:14, 17:16
**able** [4] - 4:15, 5:3
**above-styled** [1] -
63:12
**access** [2] - 43:23,
46:20
**accounting** [1] - 29:6

**accurate** [2] - 62:9,
64:5
**acknowledge** [1] -
64:3
**action** [2] - 60:12,
60:12
**activate** [2] - 43:18,
43:23
**activities** [6] - 20:18,
20:21, 22:16, 22:24,
30:2, 30:5
**address** [5] - 6:19,
7:5, 8:25, 13:12,
14:12
**advised** [1] - 63:12
**affect** [1] - 4:25
**afternoon** [2] - 3:8,
16:23
**age** [3] - 6:24, 25:5,
25:10
**agenda** [3] - 29:20,
29:25, 30:4
**agree** [1] - 12:4
**agreement** [1] - 27:23
**ahead** [1] - 5:16
**alarm** [8] - 43:4, 43:8,
43:12, 43:14, 43:18,
43:24, 44:1, 46:18
**alcohol** [1] - 4:25
**aliases** [1] - 6:7
**Ally** [5] - 50:17, 50:19,
51:5, 51:11, 51:17
**answer** [5] - 4:10,
4:11, 5:16, 5:17,
8:20
**APPEARANCES** [1] -
2:1
**appeared** [1] - 61:8
**appointment** [1] -
63:15
**appraised** [2] - 27:5,
27:9
**ARANCEDO** [1] - 1:7
**Arancedo** [1] - 63:9
**Argentina** [9] - 8:3,
8:6, 10:8, 10:21,
10:22, 25:19, 54:16,
54:25, 55:6
**arrange** [2] - 63:14,
63:15
**Arriazu** [1] - 53:5
**Ashley** [5] - 1:18,
60:5, 60:18, 61:17,
63:23
**assigned** [2] - 28:18
**assist** [1] - 36:17
**ate** [1] - 28:13
**attached** [2] - 56:16,
62:11
**attend** [1] - 16:22

**attendance** [1] - 16:18
**attorney** [4] - 5:13,
31:3, 60:10, 60:11
**authority** [1] - 61:7
**authorized** [1] - 60:6
**available** [1] - 32:8
**Avendano** [2] - 2:12,
6:1
**AVENDANO** [9] - 1:16,
3:2, 60:7, 61:8,
62:15, 63:5, 63:10,
64:3, 64:21
**awaiting** [1] - 63:13

**B**

**basis** [1] - 53:16
**bathroom** [3] - 14:18,
26:23, 56:6
**bathrooms** [3] -
12:18, 56:2, 56:5
**bed** [1] - 12:16
**bedroom** [1] - 39:10
**bedrooms** [2] - 12:15,
14:18, 55:21, 55:25
**beds** [3] - 14:18,
26:23, 59:1
**beginning** [1] - 26:3
**BEHALF** [2] - 2:2, 2:6
**believes** [1] - 45:1
**below** [1] - 64:5
**benefit** [1] - 40:2
**BERNARDA** [1] - 1:7
**Bernarda** [1] - 63:9
**big** [1] - 26:21
**bike** [5] - 9:22, 10:12,
10:14, 10:15, 10:18
**birth** [1] - 6:10
**Biscayne** [28] - 6:18,
7:16, 8:25, 13:12,
14:12, 24:6, 34:2,
34:7, 35:4, 38:5,
38:16, 38:22, 40:17,
40:21, 41:18, 48:4,
49:13, 50:7, 52:16,
54:18, 55:1, 55:8,
55:16, 55:24, 56:3,
56:13, 56:17, 56:19
**bit** [2] - 3:16, 32:14
**board** [1] - 42:18
**boyfriend** [1] - 33:22
**break** [2] - 4:18, 4:22
**breakfast** [2] - 18:16,
18:19
**Brickell** [2] - 2:7, 63:6
**bring** [1] - 58:13
**brother** [9] - 16:11,
19:3, 19:4, 25:4,
25:10, 44:25, 46:24,
47:10, 47:12

**brothers** [8] - 12:2,
19:8, 34:14, 36:7,
36:21, 47:4, 47:18,
57:15
**bus** [3] - 36:15, 47:5
**BY** [128] - 2:5, 2:9, 3:7,
8:19, 12:1, 12:7,
12:12, 14:5, 14:15,
14:22, 15:14, 15:24,
16:10, 16:16, 17:1,
17:19, 18:4, 18:15,
19:20, 19:24, 20:5,
20:11, 20:16, 20:25,
21:22, 22:19, 23:2,
23:25, 24:4, 24:17,
25:8, 25:14, 25:23,
26:10, 26:17, 27:3,
27:14, 28:2, 28:11,
28:16, 28:22, 29:3,
29:9, 29:18, 29:24,
30:9, 31:1, 31:8,
31:12, 31:19, 31:23,
32:2, 32:13, 32:17,
33:16, 33:21, 34:5,
34:20, 34:25, 35:11,
35:18, 36:1, 36:6,
36:11, 36:24, 38:19,
39:2, 39:8, 39:14,
40:5, 40:10, 40:15,
40:25, 41:8, 41:16,
41:21, 42:1, 42:12,
42:21, 43:3, 43:7,
43:21, 44:5, 44:9,
44:13, 44:17, 44:24,
45:13, 45:18, 45:23,
46:3, 46:17, 46:23,
47:3, 47:8, 47:16,
47:21, 48:3, 49:6,
49:11, 49:16, 49:20,
50:5, 50:11, 51:1,
51:10, 51:15, 51:20,
51:25, 52:8, 52:14,
52:19, 52:23, 53:4,
53:11, 53:20, 53:25,
54:5, 54:11, 54:21,
55:5, 56:12, 56:23,
57:21, 58:2, 58:7,
58:12, 58:21

**C**

**c/o** [1] - 63:5
**calendar** [5] - 30:1,
30:5, 30:8, 30:11,
30:14
**calendars** [1] - 29:20
**camera** [11] - 45:1,
45:2, 45:5, 45:7,
45:9, 45:14, 45:19,
45:24, 46:4, 46:5,
46:12

**cameras** [2] - 44:18, 44:20
**cannot** [2] - 3:21, 4:2
**Cape** [1] - 6:22
**care** [2] - 52:24, 63:17
**carpool** [3] - 11:17, 11:18, 47:17
**CASE** [2] - 1:3, 63:9
**case** [1] - 1:21
**cash** [1] - 27:20
**cc** [1] - 63:24
**cellphone** [2] - 31:16, 31:20
**CERTIFICATE** [2] - 60:1, 61:1
**certify** [3] - 60:6, 61:7, 62:7
**CERTIFY** [1] - 60:10
**change** [1] - 16:18
**Chavez** [2] - 3:10, 63:9
**CHAVEZ** [1] - 1:4
**check** [1] - 27:20
**Christmas** [1] - 26:3
**claim** [1] - 42:18
**claimed** [1] - 42:16
**clean** [4] - 12:15, 39:10, 58:18, 59:4
**cleaning** [15] - 12:11, 12:13, 12:17, 12:20, 12:23, 14:17, 14:18, 16:3, 19:12, 20:13, 33:12, 36:2, 56:8, 58:9, 58:17
**clock** [2] - 29:13
**closet** [1] - 26:23
**clothes** [2] - 33:9
**code** [3] - 43:23, 45:7, 46:20
**college** [2] - 8:12, 9:15
**coming** [2] - 46:6, 46:13
**Commission** [1] - 62:22
**commission** [1] - 61:19
**communicate** [1] - 39:15
**Community** [3] - 7:17, 9:16, 21:7
**community** [1] - 9:15
**company** [2] - 27:10, 48:11
**company's** [1] - 43:15
**compliance** [2] - 30:22, 31:4
**concerned** [1] - 63:16
**conclude** [2] - 63:14, 63:17
**concluded** [1] - 59:17
**confuse** [1] - 4:8

**connected** [1] - 60:11
**consult** [2] - 30:21, 31:3
**consumed** [2] - 29:5, 29:6
**continue** [2] - 16:21, 22:20
**continued** [1] - 54:17
**convenience** [1] - 63:15
**cook** [1] - 33:2
**cooked** [2] - 32:24, 33:6
**cooking** [3] - 13:1, 14:19, 58:23
**correct** [19] - 8:3, 11:4, 11:12, 14:2, 14:8, 17:7, 17:8, 17:10, 17:11, 19:5, 35:2, 40:18, 40:22, 41:2, 41:5, 41:10, 46:21, 47:23, 47:24
**corrections** [2] - 62:10, 64:5
**counsel** [3] - 5:10, 60:10, 60:11
**Counsel** [1] - 63:24
**COUNTY** [3] - 60:3, 61:4, 62:4
**court** [2] - 3:19, 3:25
**COURT** [1] - 1:1
**courtesy** [1] - 4:5
**CROSS** [1] - 2:12
**cupboard** [2] - 28:24, 28:25
**cupboards** [1] - 18:11
**Curuchett** [1] - 52:1
**CURUCHETT** [1] - 52:2
**cut** [1] - 51:2

**D**

**DADE** [3] - 60:3, 61:4, 62:4
**date** [1] - 6:10
**dated** [1] - 64:23
**DATED** [1] - 60:15
**days** [7] - 22:5, 22:12, 22:13, 24:13, 24:18, 49:12, 52:10
**deactivate** [2] - 43:18, 43:23
**Dear** [1] - 63:10
**December** [2] - 6:11, 26:3
**Defendant** [1] - 1:8
**defendant** [1] - 5:11
**DEFENDANT** [1] - 2:6
**Department** [2] - 27:6,

27:10, 30:22
**deponent** [1] - 63:12
**deposition** [7] - 3:12, 57:9, 57:12, 59:16, 60:7, 63:18, 63:19
**DEPOSITION** [1] - 1:16
**Deposition** [2] - 1:21, 63:13
**describe** [1] - 26:21
**different** [4] - 4:15, 7:18, 7:21, 30:1
**dinner** [12] - 16:6, 18:22, 18:25, 19:7, 19:10, 19:13, 20:6, 20:7, 20:13, 34:16, 35:20, 39:11
**dinners** [1] - 35:12
**DIRECT** [2] - 2:12, 3:6
**discuss** [1] - 57:14
**dishes** [5] - 12:24, 14:19, 19:14, 39:11, 58:18
**distance** [1] - 39:20
**DISTRICT** [2] - 1:1, 1:1
**documents** [2] - 29:19, 57:11
**dog** [5] - 56:22, 56:25, 57:2, 57:4
**done** [2] - 4:4, 59:15
**down** [5] - 3:20, 3:21, 4:1, 16:6, 16:12
**drive** [2] - 11:18, 23:8
**Drive** [3] - 2:7, 6:22, 63:6
**drove** [1] - 46:25
**drugs** [1] - 4:24
**duly** [2] - 3:3, 61:9
**during** [9] - 8:16, 20:18, 20:21, 24:16, 38:4, 38:21, 40:20, 41:17, 50:8
**duties** [8] - 18:9, 27:23, 39:5, 49:8, 51:7, 52:5, 54:2, 54:7

**E**

**earliest** [1] - 63:15
**eat** [1] - 28:12
**eighth** [2] - 8:8, 8:17
**either** [4] - 5:13, 23:16, 27:4, 47:17
**elementary** [5] - 7:15, 7:16, 7:19, 7:22, 37:14
**eleventh** [1] - 9:5
**employee** [2] - 60:10, 60:11

**employees** [1] - 50:6
**end** [3] - 20:7, 21:16, 23:10
**ensure** [1] - 52:25
**entire** [3] - 13:21, 24:23, 41:10
**entrance** [1] - 26:25
**equipment** [1] - 58:4
**ERRATA** [1] - 64:1
**errata** [1] - 62:11
**Esquire** [2] - 2:5, 2:9
**esther** [1] - 48:1
**Esther** [2] - 38:1, 47:23
**everyday** [1] - 22:2
**EXAMINATION** [2] - 2:11, 3:6
**examination** [1] - 63:11
**examined** [1] - 3:4
**example** [4] - 36:14, 42:3, 50:12, 58:17
**except** [1] - 64:5
**expected** [3] - 32:8, 32:19, 32:25
**expenses** [1] - 31:9
**Expires** [1] - 61:19
**expires** [1] - 62:22
**explain** [2] - 3:15, 32:14
**extra** [1] - 28:7

**F**

**fall** [1] - 32:21
**family** [4] - 16:6, 28:19, 35:13, 35:20
**father** [3] - 7:5, 30:20, 31:2
**February** [3] - 26:4, 60:15, 63:8
**fell** [2] - 33:5, 42:3
**file** [1] - 63:18
**filed** [1] - 1:21
**filing** [1] - 42:13
**financially** [1] - 60:12
**fired** [1] - 54:12
**first** [7] - 3:3, 4:21, 8:8, 8:11, 14:1, 14:6, 14:10
**five** [1] - 56:4
**Flagler** [1] - 63:1
**FLORIDA** [4] - 1:1, 60:2, 61:3, 62:3
**Florida** [12] - 1:13, 1:18, 1:20, 2:4, 2:8, 6:22, 60:6, 60:19, 61:18, 62:21, 63:2, 63:7
**follows** [1] - 3:4

**food** [7] - 28:12, 28:17, 28:18, 28:23, 28:24, 29:5, 29:6
**footage** [1] - 26:18
**foregoing** [2] - 60:8, 62:8
**form** [125] - 5:14, 8:18, 11:24, 12:5, 12:10, 14:4, 14:13, 14:21, 15:12, 15:22, 16:8, 16:14, 16:24, 17:17, 18:2, 18:12, 19:18, 19:22, 20:3, 20:8, 20:14, 20:23, 21:20, 22:18, 22:25, 23:24, 24:2, 24:14, 25:6, 25:11, 25:21, 26:8, 26:15, 27:1, 27:13, 27:25, 28:9, 28:14, 28:20, 29:1, 29:7, 29:16, 29:22, 30:7, 30:24, 31:6, 31:11, 31:21, 31:25, 32:10, 32:16, 33:14, 33:20, 34:3, 34:18, 34:23, 35:9, 35:17, 35:24, 36:4, 36:9, 36:22, 38:17, 38:25, 39:6, 39:12, 40:3, 40:8, 40:13, 40:23, 41:6, 41:14, 41:19, 41:24, 42:11, 42:19, 43:1, 43:6, 43:19, 44:3, 44:7, 44:11, 44:15, 44:22, 45:11, 45:16, 45:21, 46:1, 46:15, 46:22, 47:1, 47:6, 47:14, 47:19, 48:2, 49:4, 49:9, 49:14, 49:18, 50:3, 50:10, 50:23, 51:8, 51:13, 51:18, 51:23, 52:6, 52:12, 52:17, 52:21, 53:2, 53:9, 53:18, 53:23, 54:3, 54:9, 54:19, 55:3, 56:11, 56:21, 57:19, 58:5, 58:10, 58:19, 59:7
**forth** [1] - 62:11
**four** [3] - 55:20, 55:21, 55:24
**freshman** [2] - 8:11, 8:12
**Friday** [3] - 32:3, 32:9, 40:18
**Fridays** [1] - 40:7
**fridge** [1] - 18:11
**friend** [2] - 50:20, 52:3
**friends** [2] - 33:13, 53:1

front [1] - 45:7
full [1] - 5:24
FURTHER [1] - 60:10

**G**

games [1] - 24:7
gardener [7] - 48:5,
48:7, 48:14, 48:21,
48:25, 49:13, 50:13
gate [2] - 45:2, 45:6
generally [1] - 14:23
grade [4] - 8:8, 8:14,
8:17, 9:4
grocery [3] - 18:5,
18:7, 18:10
guess [1] - 32:11
guest [1] - 56:16
guy [2] - 49:17, 49:23

**H**

half [15] - 8:8, 8:9,
8:11, 10:8, 10:9,
10:10, 10:17, 10:20,
14:2, 14:7, 14:10,
14:16, 17:2, 17:6
hand [1] - 61:10
happy [1] - 4:18
hat [1] - 52:11
head [2] - 3:21
hear [5] - 5:13, 39:20,
39:21, 39:23, 57:22
help [18] - 18:9, 32:15,
32:18, 32:19, 32:20,
32:25, 33:2, 33:8,
33:11, 36:2, 36:12,
41:22, 41:23, 41:25,
42:3, 42:6, 42:8,
42:9
hereby [3] - 60:6,
62:7, 64:3
hereto [1] - 62:11
high [4] - 7:7, 7:9,
8:13, 11:6
hired [1] - 27:15
home [4] - 21:18,
21:24, 23:13, 53:13
homework [1] - 36:18
honest [1] - 41:13
honestly [1] - 5:4
Hospital [3] - 9:13,
11:13, 37:21
host [1] - 35:22
hours [11] - 29:11,
29:14, 29:21, 30:11,
30:13, 41:1, 41:9,
49:3, 50:22, 53:22,
54:8
house [51] - 11:23,

12:9, 15:7, 16:5,
17:15, 17:21, 18:1,
18:17, 18:20, 18:23,
21:19, 23:16, 23:18,
23:22, 26:25, 28:8,
30:17, 33:18, 33:24,
35:5, 37:1, 37:2,
40:2, 41:18, 43:4,
44:18, 44:20, 46:7,
46:13, 48:4, 49:13,
50:7, 50:9, 52:15,
53:15, 53:17, 54:18,
55:2, 55:8, 55:11,
55:14, 55:17, 55:24,
56:3, 56:13, 56:16,
56:17, 56:19, 56:20,
58:3
huh-huh [1] - 3:21
hungry [1] - 42:4

**I**

Immaculata [1] -
11:11
Immaculata-LaSalle
[1] - 11:11
important [3] - 3:22,
4:2, 5:14
IN [1] - 63:9
includes [1] - 56:5
including [3] - 41:5,
49:2, 55:24
incorrect [1] - 16:13
individual [2] - 37:11,
48:12
influence [1] - 4:24
information [4] -
50:21, 51:5, 52:10,
53:7
installed [1] - 43:9,
45:1, 46:5
instruct [1] - 5:16
instructions [1] - 39:4
interacted [1] - 41:12
interested [1] - 60:12
international [1] - 8:2
involved [1] - 42:13
ironing [2] - 13:9, 33:9
itself [1] - 57:3

**J**

J.H [2] - 1:11, 2:3
jAFF [2] - 32:13, 47:8
JAFF [128] - 3:7, 8:19,
12:1, 12:7, 12:12,
14:5, 14:15, 14:22,
15:14, 15:24, 16:10,
16:16, 17:1, 17:19,
18:4, 18:15, 19:20,

19:24, 20:5, 20:11,
20:16, 20:25, 21:22,
22:19, 23:2, 23:25,
24:4, 24:17, 25:8,
25:14, 25:23, 26:10,
26:17, 27:3, 27:14,
28:2, 28:11, 28:16,
28:22, 29:3, 29:9,
29:18, 29:24, 30:9,
31:1, 31:8, 31:12,
31:19, 31:23, 32:2,
32:17, 33:16, 33:21,
34:5, 34:20, 34:25,
35:11, 35:18, 36:1,
36:6, 36:11, 36:24,
38:19, 39:2, 39:8,
39:14, 40:5, 40:10,
40:15, 40:25, 41:8,
41:16, 41:21, 42:1,
42:12, 42:21, 43:3,
43:7, 43:21, 44:5,
44:9, 44:13, 44:17,
44:24, 45:13, 45:18,
45:23, 46:3, 46:17,
46:23, 47:3, 47:16,
47:21, 48:1, 48:3,
49:6, 49:11, 49:16,
49:20, 50:5, 50:11,
51:1, 51:10, 51:15,
51:20, 51:25, 52:8,
52:14, 52:19, 52:23,
53:4, 53:11, 53:20,
53:25, 54:5, 54:11,
54:21, 55:5, 56:12,
56:23, 57:21, 58:2,
58:7, 58:12, 58:21,
59:9, 59:13, 59:15
Jaff [2] - 2:5, 2:13, 3:9
James [1] - 2:9
January [4] - 1:14,
26:2, 61:11, 63:12
Javier [1] - 6:1
JAVIER [1] - 6:2
JEANNIE [1] - 63:1
JOAQUIN [10] - 1:16,
3:2, 6:2, 60:7, 61:8,
62:15, 63:5, 63:10,
64:3, 64:21
Joaquin [3] - 2:12,
6:1, 6:8
job [9] - 18:9, 27:23,
38:15, 39:5, 49:8,
51:6, 52:5, 54:2,
54:7
JURAT [1] - 62:1

**K**

KBCS [1] - 7:16
keep [6] - 29:4, 29:10,

29:14, 29:20, 29:25,
30:10
kept [2] - 30:1, 30:5
Key [30] - 2:7, 6:18,
7:16, 8:25, 13:12,
14:12, 24:5, 34:2,
34:7, 35:4, 38:4,
38:16, 38:21, 40:17,
40:21, 41:18, 48:4,
49:13, 50:7, 52:16,
54:17, 55:1, 55:7,
55:16, 55:24, 56:3,
56:13, 56:17, 56:19,
63:6
kind [2] - 32:18, 53:7
kitchen [2] - 12:21,
14:19
knowledge [9] -
11:22, 40:16, 46:12,
46:18, 49:2, 49:7,
52:4, 54:2, 54:7
known [2] - 6:5, 6:8

**L**

L-A-S-A-L-L-E [1] -
9:11
Labor [2] - 27:6,
27:11, 30:22
Large [2] - 1:20, 62:21
LaSalle [3] - 9:7, 9:9,
11:11
last [2] - 6:2, 48:9
late [1] - 40:6
laundry [1] - 13:7
lawsuit [1] - 5:12
leave [4] - 15:3, 15:7,
17:13, 34:9
left [2] - 17:16, 54:14
Lincoln [3] - 8:1, 8:2,
8:6
LINE [10] - 64:7, 64:8,
64:9, 64:10, 64:11,
64:12, 64:13, 64:14,
64:15, 64:16
live [5] - 6:23, 7:1, 7:5,
28:8, 40:1
lived [2] - 8:24, 25:19
living [1] - 6:17
loan [1] - 31:24
located [1] - 9:12
loss [3] - 30:18, 30:23,
31:5
lunch [1] - 36:14

**M**

maid [4] - 12:3, 38:3,
38:10, 38:12
main [2] - 56:17

March [1] - 63:17
matter [1] - 63:14
mean [2] - 8:12, 51:2
medication [1] - 4:25
memory [1] - 5:1
Mercy [3] - 9:13,
11:12, 37:20
Miami [6] - 1:13, 2:4,
2:8, 9:13, 63:2, 63:7
middle [6] - 7:18,
7:21, 7:24, 11:3,
37:17, 46:25
might [1] - 5:12
minimum [3] - 30:17,
30:23, 31:5
mom [10] - 18:8, 23:7,
24:6, 30:4, 35:22,
39:9, 51:11, 51:16,
52:20, 52:25
mom's [3] - 40:2,
50:20, 52:3
Monday [5] - 1:13,
32:3, 32:9, 40:18,
41:4
Mondays [1] - 22:8
money [2] - 31:24,
42:17
Monica [3] - 53:5,
53:21, 54:1
month [1] - 35:19
morning [2] - 16:22,
36:13
most [1] - 24:25
mother [13] - 5:11,
7:2, 11:18, 29:25,
30:13, 30:20, 31:2,
31:9, 31:15, 31:24,
38:24, 39:3, 39:15
MR [128] - 8:18, 11:24,
12:5, 12:10, 14:4,
14:13, 14:21, 15:12,
15:22, 16:8, 16:14,
16:24, 17:17, 18:2,
18:12, 19:18, 19:22,
20:3, 20:8, 20:14,
20:23, 21:20, 22:18,
22:25, 23:24, 24:2,
24:14, 25:6, 25:11,
25:21, 26:8, 26:15,
27:1, 27:13, 27:25,
28:9, 28:14, 28:20,
29:1, 29:7, 29:16,
29:22, 30:7, 30:24,
31:6, 31:11, 31:17,
31:21, 31:25, 32:10,
32:16, 33:14, 33:20,
34:3, 34:18, 34:23,
35:9, 35:17, 35:24,
36:4, 36:9, 36:22,
38:17, 38:25, 39:6,



39:12, 40:3, 40:8, 40:13, 40:23, 41:6, 41:14, 41:19, 41:24, 42:11, 42:19, 43:1, 43:6, 43:19, 44:3, 44:7, 44:11, 44:15, 44:22, 45:11, 45:16, 45:21, 46:1, 46:15, 46:22, 47:1, 47:6, 47:14, 47:19, 47:25, 48:2, 49:4, 49:9, 49:14, 49:18, 50:3, 50:10, 50:23, 51:8, 51:13, 51:18, 51:23, 52:6, 52:12, 52:17, 52:21, 53:2, 53:9, 53:18, 53:23, 54:3, 54:9, 54:19, 55:3, 56:11, 56:21, 57:19, 58:5, 58:10, 58:19, 59:7, 59:12, 59:14

**MS** [130] - 3:7, 8:19, 12:1, 12:7, 12:12, 14:5, 14:15, 14:22, 15:14, 15:24, 16:10, 16:16, 17:1, 17:19, 18:4, 18:15, 19:20, 19:24, 20:5, 20:11, 20:16, 20:25, 21:22, 22:19, 23:2, 23:25, 24:4, 24:17, 25:8, 25:14, 25:23, 26:10, 26:17, 27:3, 27:14, 28:2, 28:11, 28:16, 28:22, 29:3, 29:9, 29:18, 29:24, 30:9, 31:1, 31:8, 31:12, 31:19, 31:23, 32:2, 32:13, 32:17, 33:16, 33:21, 34:5, 34:20, 34:25, 35:11, 35:18, 36:1, 36:6, 36:11, 36:24, 38:19, 39:2, 39:8, 39:14, 40:5, 40:10, 40:15, 40:25, 41:8, 41:16, 41:21, 42:1, 42:12, 42:21, 43:3, 43:7, 43:21, 44:5, 44:9, 44:13, 44:17, 44:24, 45:13, 45:18, 45:23, 46:3, 46:17, 46:23, 47:3, 47:8, 47:16, 47:21, 48:1, 48:3, 49:6, 49:11, 49:16, 49:20, 50:5, 50:11, 51:1, 51:10, 51:15, 51:20, 51:25, 52:8, 52:14, 52:19, 52:23, 53:4, 53:11, 53:20, 53:25, 54:5, 54:11, 54:21,

55:5, 56:12, 56:23, 57:21, 58:2, 58:7, 58:12, 58:21, 59:9, 59:13, 59:15
**Munoz** [1] - 60:18
**Muñoz** [4] - 1:18, 60:5, 61:17, 63:23

**N**

**name** [12] - 3:8, 5:24, 6:2, 7:24, 8:2, 11:10, 25:15, 37:6, 38:9, 43:15, 48:7, 48:9
**named** [1] - 5:11
**names** [1] - 6:7
**Nancy** [122] - 11:20, 12:3, 12:8, 12:23, 13:1, 13:3, 13:5, 13:7, 13:9, 13:11, 13:17, 13:20, 13:23, 14:7, 14:11, 14:17, 14:23, 15:10, 15:20, 15:25, 17:15, 17:25, 18:5, 18:16, 18:19, 18:22, 18:25, 19:7, 19:12, 20:12, 21:11, 21:13, 21:19, 21:23, 23:8, 23:18, 24:9, 26:14, 26:24, 27:15, 27:20, 28:7, 28:12, 28:18, 28:23, 29:4, 29:10, 29:13, 29:19, 30:10, 30:14, 31:10, 31:24, 32:3, 32:8, 32:19, 32:24, 33:8, 33:11, 33:17, 33:22, 33:24, 34:1, 34:12, 34:15, 34:21, 35:1, 35:12, 35:19, 35:22, 36:2, 36:8, 36:12, 36:17, 37:3, 37:23, 38:4, 38:15, 38:20, 38:24, 39:3, 39:10, 39:15, 40:1, 40:6, 40:11, 40:20, 41:9, 41:12, 41:17, 41:23, 42:3, 42:8, 42:18, 43:22, 46:13, 46:19, 52:5, 52:24, 53:8, 53:12, 53:22, 54:2, 54:7, 54:12, 54:14, 54:17, 54:23, 55:13, 56:6, 56:8, 56:19, 56:24, 57:17, 58:3, 58:8, 58:13, 58:16, 58:22, 58:25, 59:3
**Nancy's** [10] - 18:9, 27:17, 27:23, 31:15, 42:25, 49:3, 49:8, 50:22, 51:6, 52:10

**Narcisa** [2] - 3:10, 63:9
**NARCISA** [1] - 1:4
**need** [2] - 32:18, 39:10
**needed** [5] - 32:9, 32:15, 32:24, 33:5, 39:4
**never** [3] - 18:13, 55:13, 55:15
**next** [2] - 4:6, 9:13
**nicknames** [1] - 6:4
**night** [2] - 34:12, 34:15
**nights** [1] - 23:21
**ninth** [1] - 8:14
**NO** [2] - 1:3, 63:9
**none** [2] - 28:5, 50:24
**Notary** [3] - 1:19, 61:18, 62:21
**noted** [1] - 64:5
**notes** [2] - 57:24, 60:9
**nothing** [1] - 15:13
**Notice** [1] - 1:20
**notice** [1] - 63:19
**number** [3] - 6:12, 6:15, 43:17

**O**

**o'clock** [1] - 34:16
**OATH** [1] - 61:1
**oath** [2] - 5:7, 63:12
**object** [1] - 5:13
**Objection** [4] - 16:14, 25:6, 43:6, 47:1
**objection** [123] - 5:13, 5:15, 5:21, 8:18, 11:24, 12:5, 12:10, 14:4, 14:13, 14:21, 15:12, 15:22, 16:8, 16:24, 17:17, 18:2, 18:12, 19:18, 19:22, 20:3, 20:8, 20:14, 20:23, 21:20, 22:18, 22:25, 23:24, 24:2, 24:14, 25:11, 25:21, 26:8, 26:15, 27:1, 27:13, 27:25, 28:9, 28:14, 28:20, 29:1, 29:7, 29:16, 29:22, 30:7, 30:24, 31:6, 31:11, 31:21, 31:25, 32:10, 32:16, 33:14, 33:20, 34:3, 34:18, 34:23, 35:9, 35:17, 35:24, 36:4, 36:9, 36:22, 38:17, 38:25, 39:6, 39:12, 40:3, 40:8, 40:13, 40:23, 41:6, 41:14, 41:19,

41:24, 42:11, 42:19, 43:1, 43:19, 44:3, 44:7, 44:11, 44:15, 44:22, 45:11, 45:16, 45:21, 46:1, 46:15, 46:22, 47:6, 47:14, 47:19, 48:2, 49:4, 49:9, 49:14, 49:18, 50:3, 50:10, 50:23, 51:8, 51:13, 51:18, 51:23, 52:6, 52:12, 52:17, 52:21, 53:2, 53:9, 53:18, 53:23, 54:3, 54:9, 54:19, 55:3, 56:11, 56:21, 57:19, 58:5, 58:10, 58:19, 59:7
**occasionally** [1] - 40:21
**OF** [12] - 1:1, 1:16, 2:2, 2:6, 60:1, 60:2, 60:3, 61:1, 61:3, 61:4, 62:3, 62:4
**offered** [1] - 28:7
**office** [1] - 63:15
**official** [1] - 61:10
**often** [2] - 35:19, 38:12
**oldest** [2] - 46:24, 47:9
**ON** [2] - 2:2, 2:6
**one** [11] - 10:8, 11:9, 11:12, 25:4, 30:3, 34:14, 44:25, 46:25, 49:21, 57:3, 57:24
**opportunity** [1] - 5:21
**order** [4] - 29:14, 29:20, 59:1, 59:4
**organization** [1] - 37:10
**original** [1] - 63:18
**outside** [3] - 44:20, 46:5, 46:8
**overtime** [3] - 30:17, 30:23, 31:5
**own** [10] - 26:14, 26:24, 33:24, 58:4, 58:8, 58:13, 58:17, 58:22, 58:25, 59:3

**P**

**P.A** [4] - 1:11, 2:3, 2:7, 63:5
**p.m** [6] - 1:13, 15:18, 16:12, 17:23, 17:24, 59:17
**PAGE** [11] - 62:1, 64:7, 64:8, 64:9, 64:10, 64:11, 64:12,

64:13, 64:14, 64:15, 64:16
**page** [1] - 62:11
**pages** [2] - 60:8, 62:8
**paid** [1] - 27:20
**pantry** [1] - 18:10
**Paola** [3] - 52:1, 52:15, 52:20
**pardon** [3] - 9:8, 21:1, 25:17
**parent's** [1] - 42:14
**parents** [4] - 27:4, 27:8, 42:16, 59:8
**part** [4] - 7:23, 10:7, 18:9, 25:1
**particular** [1] - 25:1
**parties** [5] - 35:22, 36:3, 36:7, 60:11, 63:19
**parties'** [1] - 60:11
**party** [1] - 63:19
**pass** [1] - 22:1
**Patagones** [2] - 25:16, 25:18
**pause** [1] - 5:20
**pay** [4] - 27:17, 27:24, 31:9, 31:15
**penalty** [1] - 5:8
**pending** [2] - 4:19, 4:20
**people** [1] - 46:6
**PEREZ** [1] - 1:4
**Perez** [2] - 3:10, 63:9
**perjury** [1] - 5:8
**person** [1] - 27:10
**personally** [1] - 61:8
**pets** [1] - 56:20
**phone** [1] - 14:25
**physically** [1] - 16:4
**pick** [1] - 21:13
**place** [1] - 44:1
**plaintiff** [1] - 3:9
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 2:2
**played** [5] - 23:1, 23:5, 24:12, 25:10, 25:12
**point** [1] - 4:19
**Polo** [6] - 23:1, 23:5, 23:11, 23:15, 23:21, 24:12
**pool** [4] - 49:17, 49:23, 56:9, 56:14
**position** [1] - 11:23
**poster** [1] - 30:16
**preparation** [1] - 57:12
**prepare** [1] - 57:8
**present** [2] - 5:10, 5:12

**private** [2] - 26:25, 37:10
**proceed** [1] - 63:18
**Professional** [5] - 1:19, 60:5, 60:6, 60:18, 60:19
**provide** [4] - 58:4, 58:22, 58:25, 59:3
**provided** [1] - 59:6
**Public** [3] - 1:19, 61:18, 62:21
**purchase** [1] - 58:16
**pursuant** [1] - 1:20
**put** [2] - 18:10, 45:6

**Q**

**questions** [3] - 3:17, 59:10, 59:11
**quit** [1] - 54:12

**R**

**rarely** [3] - 16:9, 19:1, 42:7
**rate** [2] - 27:17, 27:24
**rather** [2] - 7:19, 9:16
**RE** [1] - 63:9
**read** [4] - 59:13, 59:14, 62:7, 64:4
**reading** [1] - 63:17
**ready** [1] - 36:13
**reason** [1] - 4:10
**recess** [1] - 57:25
**Record** [1] - 63:24
**record** [6] - 5:15, 5:22, 5:25, 9:10, 30:13, 60:8
**recording** [1] - 46:6
**RECROSS** [1] - 2:12
**REDIRECT** [1] - 2:12
**reference** [1] - 63:11
**referenced** [1] - 30:17
**regard** [1] - 14:7
**regards** [8] - 16:18, 27:23, 30:22, 31:4, 33:11, 50:22, 51:6, 52:10
**Registered** [2] - 60:5, 60:18
**regular** [1] - 32:5
**regularly** [1] - 24:15
**relative** [2] - 60:10, 60:11
**reliable** [1] - 41:17
**remained** [1] - 48:17
**rent** [1] - 42:17
**rented** [1] - 42:25
**repeat** [1] - 30:3
**rephrase** [1] - 4:14

**report** [1] - 60:7
**reporter** [2] - 3:19, 3:25
**REPORTER** [1] - 60:1
**Reporter** [5] - 1:19, 60:6, 60:19
**REPORTING** [1] - 63:1
**represent** [1] - 3:9
**requested** [1] - 60:8
**required** [7] - 29:4, 29:10, 30:10, 36:12, 36:17, 40:1, 58:4
**respond** [4] - 4:4, 4:6, 4:21, 5:20
**responses** [1] - 3:23
**responsible** [2] - 56:8, 56:24
**return** [4] - 17:21, 23:13, 34:22, 35:5
**returned** [3] - 17:9, 17:25, 34:21
**returns** [2] - 42:14, 42:17
**review** [3] - 57:11, 57:24, 60:7
**Rivkah** [2] - 2:5, 3:9
**road** [1] - 10:18
**Rom** [5] - 50:17, 50:19, 51:6, 51:11, 51:17
**room** [11] - 22:1, 26:14, 26:19, 26:21, 26:25, 27:5, 27:9, 34:1, 42:18, 42:25, 56:6
**rooms** [3] - 55:16, 55:18, 55:23

**S**

**safety** [1] - 52:25
**Saturday** [3] - 24:21, 34:10, 35:7
**Saturdays** [1] - 35:2
**saw** [3] - 16:1, 18:14, 22:1
**schedule** [1] - 16:17, 32:5
**school** [43] - 7:7, 7:10, 7:12, 7:15, 7:19, 7:22, 7:24, 8:2, 8:6, 8:13, 9:6, 9:19, 9:21, 10:5, 10:14, 10:18, 11:4, 11:6, 11:10, 11:15, 15:3, 16:19, 16:22, 17:13, 20:17, 20:21, 22:16, 22:24, 24:5, 36:13, 36:14, 37:10, 37:14, 37:17, 37:20, 46:25, 47:5,

47:9, 47:12, 47:18
**School** [3] - 7:17, 9:16, 21:7
**scrubs** [1] - 59:4
**seal** [1] - 61:10
**second** [2] - 8:8, 57:24
**secretary** [2] - 38:20, 57:17
**Security** [2] - 6:12, 6:14
**see** [20] - 12:13, 12:17, 12:20, 12:23, 13:1, 13:3, 13:5, 13:7, 13:9, 14:23, 15:10, 15:25, 16:4, 21:23, 21:25, 45:7, 46:5, 46:8, 54:23
**seeing** [1] - 14:17
**separate** [1] - 28:17
**set** [1] - 62:10
**sewing** [1] - 33:8
**shakes** [1] - 3:21
**shall** [2] - 63:17, 63:18
**SHEET** [1] - 64:1
**sheets** [1] - 59:1
**shopping** [3] - 18:5, 18:7, 18:10
**short** [1] - 57:25
**show** [2] - 46:13, 46:19
**siblings** [2] - 27:5, 27:9
**sign** [1] - 29:19
**signature** [1] - 63:13
**Signed** [1] - 64:23
**signing** [1] - 63:18
**Sincerely** [1] - 63:20
**sit** [2] - 16:6, 16:12
**six** [2] - 56:4, 56:5
**sleep** [4] - 33:17, 34:1, 34:7, 55:18
**slept** [1] - 34:7
**so..** [1] - 8:10
**Social** [2] - 6:12, 6:14
**sometimes** [13] - 13:2, 13:4, 14:24, 14:25, 15:23, 19:1, 19:2, 19:7, 20:15, 24:16, 33:1, 34:15, 42:2
**somewhere** [1] - 33:17
**Sorry** [1] - 7:20
**sorry** [16] - 10:7, 10:12, 14:3, 16:20, 20:19, 22:11, 25:7, 26:2, 30:3, 31:17, 34:24, 41:7, 47:25, 51:2, 55:4, 57:22
**SOUTHERN** [1] - 1:1

**spell** [2] - 5:25, 9:10
**spent** [1] - 54:16
**sponges** [1] - 58:17
**square** [1] - 26:18
**SS** [2] - 60:3, 62:3
**St** [2] - 1:12, 2:3
**start** [1] - 20:6
**started** [3] - 13:11, 37:20, 40:11
**State** [3] - 1:20, 61:18, 62:21
**state** [1] - 5:24
**STATE** [3] - 60:2, 61:3, 62:3
**statement** [1] - 12:4
**STATES** [1] - 1:1
**States** [11] - 8:21, 10:11, 11:1, 14:11, 17:3, 17:7, 17:10, 20:20, 54:23, 55:1, 55:7
**stay** [4] - 23:22, 55:1, 55:7, 55:10
**stenographic** [1] - 60:8
**stenographically** [1] - 60:7
**still** [8] - 8:20, 14:11, 14:12, 37:23, 44:1, 46:9
**stop** [1] - 36:15
**Street** [1] - 63:1
**styled** [1] - 63:12
**subject** [1] - 5:7
**subscribed** [1] - 62:18
**suggest** [1] - 63:15
**suitable** [1] - 63:16
**Suite** [5] - 1:12, 2:4, 2:8, 63:2, 63:6
**summer** [1] - 8:16
**Sunday** [8] - 24:21, 34:10, 34:12, 34:15, 35:8, 35:12, 35:20, 41:5
**Sundays** [2] - 35:2, 40:22
**supervising** [1] - 38:24
**supplies** [2] - 58:9, 58:17
**supply** [1] - 58:8
**sweeping** [1] - 13:5
**sworn** [2] - 3:4, 61:9
**Sworn** [1] - 62:18
**system** [8] - 43:4, 43:8, 43:12, 43:14, 43:18, 43:24, 44:1, 46:18

**T**

**tax** [2] - 42:14, 42:17
**team** [5] - 25:1, 25:3, 25:9, 25:13, 25:15
**telephone** [1] - 63:15
**tennis** [13] - 20:24, 21:2, 21:4, 21:11, 21:14, 21:16, 21:18, 21:24, 22:2, 22:6, 22:8, 22:10, 22:20
**Terino** [1] - 48:8
**testified** [4] - 3:4, 12:2, 34:14, 44:25
**testify** [5] - 5:3, 14:1, 14:6
**testimony** [1] - 57:15
**THE** [111] - 2:2, 2:6, 3:5, 11:25, 12:6, 12:11, 14:14, 15:13, 15:23, 16:9, 16:15, 16:25, 17:18, 18:3, 18:13, 19:19, 19:23, 20:4, 20:9, 20:15, 20:24, 21:21, 23:1, 24:3, 24:15, 25:7, 25:12, 25:22, 26:9, 26:16, 27:2, 28:1, 28:10, 28:15, 28:21, 29:2, 29:8, 29:17, 29:23, 30:8, 30:25, 31:7, 31:22, 32:1, 32:11, 33:15, 34:4, 34:19, 34:24, 35:10, 35:25, 36:5, 36:10, 36:23, 38:18, 39:1, 39:7, 39:13, 40:4, 40:9, 40:14, 40:24, 41:7, 41:15, 41:20, 41:25, 42:20, 43:2, 43:20, 44:4, 44:8, 44:12, 44:16, 44:23, 45:12, 45:17, 45:22, 46:2, 46:16, 47:2, 47:7, 47:15, 47:20, 49:5, 49:10, 49:15, 49:19, 50:4, 50:24, 51:9, 51:14, 51:19, 51:24, 52:7, 52:13, 52:18, 52:22, 53:3, 53:10, 53:19, 53:24, 54:4, 54:10, 54:20, 55:4, 56:22, 57:20, 58:6, 58:11, 58:20, 59:8
**Thereupon** [3] - 3:1, 57:25, 59:16
**three** [1] - 22:14
**TO** [1] - 63:5
**today** [3] - 5:4, 57:9,



57:12
**together** [2] - 16:7, 16:12
**toilet** [1] - 59:4
**toilets** [1] - 59:4
**took** [3] - 21:3, 47:4, 63:19
**towards** [1] - 42:18
**track** [7] - 29:4, 29:10, 29:14, 29:20, 30:1, 30:5, 30:10
**transcribed** [1] - 63:13
**transcript** [6] - 60:7, 60:8, 62:8, 63:13, 63:19, 64:4
**true** [7] - 9:25, 10:3, 17:2, 24:1, 41:4, 60:8, 62:9
**truth** [1] - 4:11
**truthfully** [1] - 5:3
**try** [1] - 4:4
**trying** [1] - 4:8
**Tuesdays** [1] - 22:10
**TURNER** [2] - 2:7, 63:5
**tutor** [10] - 36:20, 36:21, 36:25, 37:1, 37:2, 37:3, 37:9, 37:13, 37:16, 37:19
**tutor's** [1] - 37:6
**tutoring** [1] - 39:21
**TV** [1] - 26:23
**two** [4] - 19:4, 22:14, 24:15, 26:23

## U

**under** [3] - 4:24, 5:7, 63:12
**undersigned** [1] - 61:7
**unique** [1] - 43:17
**United** [11] - 8:21, 10:11, 11:1, 14:11, 17:3, 17:7, 17:10, 25:20, 54:23, 55:1, 55:7
**UNITED** [1] - 1:1
**up** [6] - 19:12, 20:13, 21:13, 24:9, 33:12, 36:2
**usage** [2] - 31:16, 31:20
**utensils** [1] - 58:23

## V

**vacation** [2] - 25:20, 54:22
**vacations** [1] - 31:13

**vacuuming** [2] - 13:3, 14:19
**vacuums** [1] - 58:14
**value** [1] - 42:24
**various** [1] - 18:11
**verbal** [1] - 3:23
**visit** [1] - 55:6
**vs** [1] - 1:6

## W

**wage** [3] - 30:17, 30:23, 31:5
**wages** [1] - 28:7
**wait** [1] - 4:3
**waiting** [1] - 4:5
**waive** [1] - 59:13
**waived** [1] - 63:18
**walk** [1] - 57:2
**walked** [1] - 57:3
**walker** [1] - 57:4
**walking** [2] - 36:14, 56:24
**WAS** [1] - 60:7
**washing** [1] - 19:14
**week** [12] - 22:3, 22:5, 22:12, 22:13, 24:13, 24:16, 24:18, 30:2, 30:6, 41:10, 49:12, 52:11
**weekend** [1] - 24:20
**weekends** [3] - 24:20, 34:9, 34:10
**weekly** [1] - 53:16
**Wellington** [8] - 23:16, 23:17, 23:19, 23:22, 24:7, 24:10, 55:10, 55:14
**West** [1] - 63:1
**Whisenand** [1] - 2:9
**WHISENAND** [130] - 2:7, 8:18, 11:24, 12:5, 12:10, 14:4, 14:13, 14:21, 15:12, 15:22, 16:8, 16:14, 16:24, 17:17, 18:2, 18:12, 19:18, 19:22, 20:3, 20:8, 20:14, 20:23, 21:20, 22:18, 22:25, 23:24, 24:2, 24:14, 25:6, 25:11, 25:21, 26:8, 26:15, 27:1, 27:13, 27:25, 28:9, 28:14, 28:20, 29:1, 29:7, 29:16, 29:22, 30:7, 30:24, 31:6, 31:11, 31:17, 31:21, 31:25, 32:10, 32:16, 33:14, 33:20, 34:3, 34:18, 34:23,

35:9, 35:17, 35:24, 36:4, 36:9, 36:22, 38:17, 38:25, 39:6, 39:12, 40:3, 40:8, 40:13, 40:23, 41:6, 41:14, 41:19, 41:24, 42:11, 42:19, 43:1, 43:6, 43:19, 44:3, 44:7, 44:11, 44:15, 44:22, 45:11, 45:16, 45:21, 46:1, 46:15, 46:22, 47:1, 47:6, 47:14, 47:19, 47:25, 48:2, 49:4, 49:9, 49:14, 49:18, 50:3, 50:10, 50:23, 51:8, 51:13, 51:18, 51:23, 52:6, 52:12, 52:17, 52:21, 53:2, 53:9, 53:18, 53:23, 54:3, 54:9, 54:19, 55:3, 56:11, 56:21, 57:19, 58:5, 58:10, 58:19, 59:7, 59:12, 59:14, 63:5
**witness** [6] - 3:3, 12:8, 18:19, 18:22, 34:17, 39:9
**WITNESS** [110] - 3:5, 11:25, 12:6, 12:11, 14:14, 15:13, 15:23, 16:9, 16:15, 16:25, 17:18, 18:3, 18:13, 19:19, 19:23, 20:4, 20:9, 20:15, 20:24, 21:21, 23:1, 24:3, 24:15, 25:7, 25:12, 25:22, 26:9, 26:16, 27:2, 28:1, 28:10, 28:15, 28:21, 29:2, 29:8, 29:17, 29:23, 30:8, 30:25, 31:7, 31:22, 32:1, 32:11, 33:15, 34:4, 34:19, 34:24, 35:10, 35:25, 36:5, 36:10, 36:23, 38:18, 39:1, 39:7, 39:13, 40:4, 40:9, 40:14, 40:24, 41:7, 41:15, 41:20, 41:25, 42:20, 43:2, 43:20, 44:4, 44:8, 44:12, 44:16, 44:23, 45:12, 45:17, 45:22, 46:2, 46:16, 47:2, 47:7, 47:15, 47:20, 49:5, 49:10, 49:15, 49:19, 50:4, 50:24, 51:9, 51:14, 51:19, 51:24, 52:7, 52:13, 52:18, 52:22, 53:3, 53:10,

53:19, 53:24, 54:4, 54:10, 54:20, 55:4, 56:22, 57:20, 58:6, 58:11, 58:20, 59:8, 61:10
**workers** [1] - 50:7
**works** [1] - 3:16
**written** [1] - 27:22

## Y

**yard** [1] - 57:6
**year** [67] - 7:9, 7:12, 8:7, 8:11, 8:12, 9:14, 9:25, 10:3, 10:5, 10:13, 10:14, 10:17, 10:21, 11:15, 13:15, 13:18, 13:21, 13:24, 14:10, 14:16, 15:2, 15:16, 16:17, 16:21, 17:9, 17:12, 17:20, 20:18, 20:21, 22:15, 22:21, 22:23, 23:3, 23:5, 24:1, 24:12, 24:23, 26:5, 26:11, 37:14, 43:11, 44:2, 44:10, 44:14, 45:10, 45:15, 45:20, 45:25, 46:10, 46:14, 47:10, 47:13, 48:5, 48:15, 48:18, 48:20, 48:23, 49:1, 49:17, 49:21, 49:23, 49:25, 50:2, 50:8, 51:12, 51:16, 51:21
**years** [2] - 8:5, 21:3
**YOURSELF** [1] - 63:11
**yourself** [1] - 9:23

## Z

**Zidell** [2] - 1:11, 2:3