UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20003-CIV-TORRES

**[CONSENT TO MAGISTRATE JUDGE]**

| | |
|---|---|
| NARCISA PEREZ CHAVEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BERNARDA M ARANCEDO, | ) ) ) |
| Defendant. | ) ) |
| _____ | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME – EXPERT REPORTS**

COMES NOW Defendant Bernarda Maria Arancedo ("Defendant"), by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure 6(b), respectfully moves this Honorable Court for an Order for extension of time relating to the exchange of expert reports ("Motion"), and in support thereof states as follows:

1. Defendant respectfully submits to the Count that this Motion should be granted because (1) Defendant has a good-cause reason to be allowed a 5 business day extension [to and including May 21, 2018] to the May 14, 2018 deadline set forth by this Court's Scheduling Order [DE32] to exchange with Plaintiff's counsel any expert witness summaries and reports and (2) Plaintiff will not be prejudiced by the granting of this Motion.

2. By email of May 11, 2018 at 4:03 pm, Plaintiff's counsel was requested to consent to this Motion. On May 14, 2018 at 8:50 am, Plaintiff's counsel asked for other information about the proposed Motion. On May 14, 2018, at 9:25 am Defendant's counsel responded. As of the time of the filing of this Motion, Plaintiff's counsel has not responded to Defendant's counsel's request to consent to this Motion.

3. Defendant has been attempting since December, 2017 to serve one potentially important witness and since March, 2018 to serve the other potentially important witness, respectively: (1) Eber Carvajal ("Mr. Carvajal") who is Plaintiff's live-in partner who resides with her at their residence as per Plaintiff's deposition testimony and (2) Guillermo Martinez ("Mr. Martinez") whom it is Defendant's counsel's understanding that Plaintiff [based on Plaintiff's deposition testimony] (i) provided services [similar to that Plaintiff provided Defendant and are at issue in the Proceeding] for during the same 2012-2016 time frame claimed by Plaintiff against Defendant, and (ii) currently provides similar services. Mr. Carvajal and Mr. Martinez have been avoiding service since December 2017, and March 2017, respectively, something Plaintiff's counsel has been repeatedly made aware of. Most recently, Mr. Martinez avoided service on May 9, 2018. Plaintiff's counsel has repeatedly refused to facilitate service on Mr. Carvajal and Mr. Martinez, whose testimony form a fact predicate beneficial for an expert to form his opinion.[1] Defendant has been deprived of discovery Defendant was seeking to provide an expert prior to an expert rendering his opinion. Defendant therefore has a good-cause reason to why the deadline to exchange with Plaintiff's counsel any expert witness summaries and reports should be extended by 5 business days to afford Defendant to obtain an expert opinion material to Defendant's defense.

4. Defendant's counsel anticipated having these depositions available prior to the May 14, 2018 deadline.

5. The Plaintiff will not be prejudiced by an Order extending the time during which the Defendant may exchange with Plaintiff's counsel any expert summaries or reports. Defendant's counsel sent Plaintiff's counsel communications on May 11, 2018 and again on May 14, 2018 requesting in good-faith a stipulation for an extension of time requested in this Motion and Plaintiff's counsel has not provided a response. The discovery completion deadline is over a month

---

[1] Exhibit 1 contains as the process server return of service as to Mr. Martinez and Exhibit 2 contains two emails containing two return of service messages from the process server as to Mr. Carvajal.
W:\Avendano\Overtime-Maid\AVCH8040.Motion.Extension.Time.Expert.Report.docx

2

away in June 28, 2018 and trial is set for October 9, 2018. Defendant's counsel knows of no reason why this Court should not grant this Motion and afford Defendant an opportunity to exchange with Plaintiff's counsel any expert witness summaries and reports

WHEREFORE, Defendant Bernarda Maria Arancedo prays this Honorable Court to: (1) grant this Motion; (2) enter an Order for a 5 business day extension of time for the each of the Parties to exchange any expert witness summaries and reports; and (3) and such other matters as may be just and appropriate in this matter.

Dated: May 14, 2018

### CERTIFICATE OF CONFERRAL

Defendant's Counsel has conferred with Plaintiff's Counsel in a good faith effort to resolve the issues raised in this Motion for Extension of Time and has been unable to do so.

Respectfully submitted,
Whisenand & Turner, P.A.
501 Brickell Key Drive, Ste 602
Miami, FL 33131
Tel: (305) 375-8484 – Fax: (305) 374-2919
Attorneys for Defendant

By: __/s/ Alan Lemura, Esq.__
    Alan Lemura
    Fla. Bar No.: 122409

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the CM/ECF Portal on this 14th day of May, 2018, upon: Attorneys for Plaintiff, Neil Tobak, ntobak.zidellpa@gmail.com; K. David Kelly, david.kelly38@rocketmail.com; Rivkah Fay Jaff, rivkah.jaff@gmail.com; Jamie H. Zidell, zabogado@aol.com, J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141.

By: __/s/ Alan Lemura, Esq.__
    Alan Lemura
    Fla. Bar No.: 122409