## Alan Lemura

| | |
|---|---|
| **From:** | Tony Tamayo <tony@ttaps.net> |
| **Sent:** | Tuesday, January 09, 2018 10:13 AM |
| **To:** | lb@w-tgroup.com |
| **Cc:** | 'Alan Lemura' |
| **Subject:** | TTT Status on (CARVAJAL, EBER) |

To: Lourdes
   WHISENAND and TURNER

This message is in regard to:
   Our Job Number: 2017026935
   Your Reference Number:
   Party To Be Served: CARVAJAL, EBER
   Case Info: Case Number: 17-20003-CIV-TORRES  County:  State: Florida
   Caption: NARCISA PEREZ CHAVEZ vs. BERNARDA M. ARANCEDO
   Court Date: 1/23/2018 Time: 10:00 am

Documents: SUBPOENA FOR DEPOSITION

**Comments regarding this job:**

SERVER STILL HAS NOT GOTTEN AN ANSWER AT THE HOME ADDRESS. SERVER LEFT A NOTE ON THE DOOR THIS WEEKEND 1-6-18 WITH HER NAME AND NUMBER FOR SOMEONE TO GIVE HER CALL. SERVER RETURNED TO THE ADDRESS YESTERDAY AND THE NOTE WAS GONE. SERVER HAS NOT GOTTEN A CALL FROM ANY WITNESS.

***PLEASE ADVISE IF YOU HAVE A PHONE NUMBER OR A WORK ADDRESS THAT WE CAN ATTEMPT.

*Samantha Tamayo*
*Tony Tamayo & Assoc.*
*7600 West 20th Avenue*
*Ste. 217*
*Hialeah, Fl 33016*

*Phone # 305-821-5558*

<u>*Nationwide Services*</u>

1

# Alan Lemura

| | |
|---|---|
| **From:** | Lourdes Berroa <lb@w-tgroup.com> |
| **Sent:** | Thursday, May 10, 2018 1:22 PM |
| **To:** | Alan Lemura |
| **Subject:** | FW: TTT Job Done for  (CARVAJAL, EBER) |

**From:** WSP Server [mailto:DBSServer@dbsinfo.net] **On Behalf Of** Tony Tamayo & Associates
**Sent:** Thursday, May 10, 2018 10:58 AM
**To:** lb@w-tgroup.com
**Subject:** TTT Job Done for (CARVAJAL, EBER)


To: WHISENAND & TURNER

This is an automated message relating to:

   **Our Job Number:** 2018008735
   **Your Reference Number:**
   **Party To Be Served:** CARVAJAL, EBER
   **Documents To Be Served:** SUBPOENA FOR DEPOSITION
   **Case Info:** Florida 17-20003-CIV-TORRES
   **Court Date/Time: :** May 11 2018 2:00PM
   **Case Style:** NARCISA PEREZ CHAVEZ vs. BERNARDA M. ARANCEDO

**Service Information**
Recipient was NON-SERVED on May 10 2018 10:54AM
**Type of Service:** NON-SERVE - OTHER
**Original Service Address:** EBER CARVAJAL, 1051 NW 2ND ST., APT. 9, MIAMI, FL 33128

**Service Details:** NON-SERVED - OTHER: unable to deliver the SUBPOENA FOR DEPOSITION for the reasons detailed in the comments below.

**Comments for Affidavit:**
SERVICE ATTEMPTED AT THE ADDRESS PROVIDED OF 1051 NW 2ND ST., APT. 9, MIAMI, FL 33128 AND THIS IS AN APARTMENT IN A GATED BUILDING. PER CLIENT'S REQUEST SERVICE WAS ATTEMPTED AFTER 9PM. BUILDING WAS LOCKED. THERE IS NO CALL BOX OR BELL. SERVER WAITED FOR SOMEONE TO ENTER OR EXIT TO GAIN ACCESS. SERVER ATTEMPTED AT APT. 9 AND THERE WAS NO ANSWER. SERVER WAITED TO SEE IF ANYONE WOULD COME IN OR OUT OF APARTMENT AND NO ONE DID. SERVER LEFT A NOTE ON THE DOOR. SERVER THEN RECEIVED A CALL BACK AT 12AM FROM A MAN. SERVER ATTEMPTED TO EXPLAIN THE DOCUMENTS BUT THE MAN WAS VERY RUDE AND CURSING AT THE SERVER STATING "HOW DID YOU GET TO MY DOOR" AND "DO NOT COME TO MY DOOR". HE REFUSED TO STATE WHO HE WAS. UNABLE TO CONFIRM IF THIS MAN WAS EBER. HE CALLED FROM THE PHONE NUMBER 305-244-XXXX


Thank you,
Tony Tamayo & Associates
tony@ttaps.net
Phone: (305) 821-5558

More detailed status is available at www.ttaps.net/status.htm

1