UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20003-CIV-TORRES

[CONSENT TO MAGISTRATE JUDGE]

NARCISA PEREZ CHAVEZ,         )
                              )
       Plaintiff,             )
   vs.                        )
                              )
BERNARDA M ARANCEDO,          )
                              )
       Defendant.             )
_____)

DEFENDANT'S MOTION FOR TWO BUSINESS DAY EXTENSION OF TIME –
FILE DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE
IN OPPOSITION TO DEFENDANT'S MOTION FOR
SANCTIONS AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL

COMES NOW Defendant Bernarda Maria Arancedo ("Defendant"), by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure 6(b), respectfully moves this Honorable Court for an Order for a 2 business day extension of time to file Defendant's Reply to Plaintiff's Response in Opposition to Defendant's Motion for Sanctions Against Plaintiff and Plaintiff's Counsel ("Motion"), and in support thereof states as follows:

1. Defendant respectfully submits to the Count that this Motion should be granted because (1) Defendant has a good-cause reason to be allowed a 2 business day extension [to and including September 11, 2018] to the September 7, 2018 deadline set forth by the Southern District of Florida Local Rule 7.1(c)(1) to file her Reply to Plaintiff's Response in Opposition to Defendant's Motion for Sanctions Against Plaintiff and Plaintiff's Counsel and (2) Plaintiff will not be prejudiced by the granting of this Motion.

2. By email of September 5, 2018 at 10:08 am, Plaintiff's counsel was requested to consent to this Motion. On September 5, 2018 at 4:45 pm, Defendant's counsel again requested Plaintiff's counsel to respond whether Plaintiff's counsel stipulates to this Motion by 6:00 pm

September 5, 2018. On September 5, 2018 at 6:12 pm, Defendant's counsel requested Plaintiff's counsel to respond whether Plaintiff's counsel stipulates to this Motion by 6:30 pm September 5, 2018. As of the time of the filing of this Motion, Plaintiff's counsel has not responded to Defendant's counsel's request to consent to this Motion. See Exhibit 1.

3. Plaintiff's Counsel filed Plaintiff's Response to the Motion on Friday August 31, 2018 in the afternoon of the last business day before the extended Labor Day holiday weekend[1]. According to Local Rule 7.1(c)(1), Defendant's Reply to Plaintiff's Response to Defendant's Motion for Sanctions Against Plaintiff and Plaintiff's Counsel ("Plaintiffs Response") ("Reply") is currently due September 7, 2018.

4. Defendant's Counsel is traveling on business on four of the four business days during the shortened post Labor Day week of September 4, 2018.

5. Defendant is seeking a two business day extension of time to file Defendant's Reply which will make the Reply due be end of day September 11, 2018.

6. Defendant therefore has a good-cause reason to why the deadline for Defendant to file to her Reply to Plaintiff's Response in Opposition to Defendant's Motion for Sanctions Against Plaintiff and Plaintiff's Counsel should be extended by 2 business days.

7. Plaintiff will not be prejudiced by an Order extending the time during which the Defendant may file her Reply to Plaintiff's Response in Opposition to Defendant's Motion for

---

1 On August 29, 2018 at 4:13 p.m., Plaintiff's Counsel requested—without stating any reason—a 14 day extension of time to file Plaintiff's Response which was then due on September 5, 2018. See Exhibit 2. On August 30, 2018, Defendant's Counsel agreed for up to a 2 day extension of time for Plaintiff to file Plaintiff's Response. Since Plaintiff's Counsel did not provide any reason for its 14 day additional time request, Plaintiff's Counsel's request for an additional 14 day extension of time appeared to be dilatory in nature; however, Defendant consented to a 2 day extension of time with no reason for such extension provided by Plaintiff's Counsel. See Exhibit 2. Without further notice and totally contrary to the 14 day time extension request, Plaintiff's Counsel filed Plaintiff's Response on August 31, 2018. Plaintiff's Response filing date was (i) 2 days after a 14 day extension request with no fact reason, (ii) 5 days before the original Plaintiff's Response due date and (iii) 19 days before Plaintiff's Counsel's requested 14 day extension due date.

Sanctions Against Plaintiff and Plaintiff's Counsel. Under these circumstances, Defendant would be prejudiced by having to file Defendant's Reply to Plaintiff's Response under such restrictive time constraints. Defendant's counsel sent Plaintiff's counsel communications on September 5, 2018 requesting in good-faith a stipulation for an extension of time requested in this Motion and Plaintiff's counsel has not provided a response. Defendant's counsel knows of no reason why this Court should not grant this Motion and afford Defendant a 2 business day extension as requested herein.

WHEREFORE, Defendant Bernarda Maria Arancedo prays this Honorable Court to: (1) grant this Motion; (2) enter an Order for a 2 business day extension of time for Defendant to file her Reply to Plaintiff's Response in Opposition to Defendant's Motion for Sanctions Against Plaintiff and Plaintiff's Counsel; and (3) and such other matters as may be just and appropriate in this matter.

Dated: September 5, 2018

## CERTIFICATE OF CONFERRAL

Defendant's Counsel has attempted to confer with Plaintiff's Counsel in a good faith effort to resolve the issues raised in this Motion for Extension of Time. Plaintiff's Counsel has not responded within the requested time period. See Exhibit 2 email communications. Due to the pending Reply filing due date and the convenience of the Court, Defendant seeks the extension.

Respectfully submitted,
Whisenand & Turner, P.A.
501 Brickell Key Drive, Ste 602
Miami, FL 33131
Tel:  (305) 375-8484 – Fax: (305) 374-2919
Attorneys for Defendant

By: __/s/ Alan Lemura, Esq.__
Alan Lemura
Fla. Bar No.: 122409

## CERTIFICATE OF SERVICE

CASE NO. 2017-CV-20003-TORRES

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the CM/ECF Portal on this 5th day of September, 2018, upon: Attorneys for Plaintiff, Neil Tobak, ntobak.zidellpa@gmail.com; K. David Kelly, david.kelly38@rocketmail.com; Rivkah Fay Jaff, rivkah.jaff@gmail.com; Jamie H. Zidell, zabogado@aol.com, J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141.

By: __/s/ Alan Lemura, Esq.__
   Alan Lemura
   Fla. Bar No.: 122409