| | |
|---|---|
| United States District Court | |

### United States District Court

SOUTHERN  DISTRICT OF  FLORIDA
MIAMI DIVISION

NARCISA PEREZ CHAVEZ,

        Plaintiff,

  vs.

BERNARDA M ARANCEDO,

        Defendant.

PLAINTIFF'S WITNESS LIST

CASE NO.: 17-20003-CIV-TORRES

[CONSENT CASE]

PRESIDING JUDGE

THE HONORABLE
MAGISTRATE JUDGE
EDWIN G. TORRES

PLAINTIFFS' ATTORNEY

J.H. ZIDELL, ESQ.
J.H. ZIDELL, P.A.
300 71st STREET, SUITE 605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: ZABOGADO@AOL.COM

DEFENDANTS' ATTORNEY

JAMES D. WHISENAND, ESQ.
WHISENAND & TURNER, P.A.
501 BRICKELL KEY DRIVE, SUITE 602
MIAMI, FL 33131
PH: 305-375-8484
FAX: 305-374-2919
EMAIL: AL@W-TGROUP.COM

TRIAL DATE(S)
10/9/18

COURT REPORTER

COURTROOM DEPUTY

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | , "LIST OF WITNESSES" |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff Narcisa Perez Chavez ("Nancy"), c/o Plaintiff's Counsel. Intend to get live testimony. Intend to call. |
| 2 | | | | | Defendant Bernarda M Arancedo, c/o Defense Counsel. Intend to get live testimony. Intend to call. |
| 3 | | | | | Esther Vides. (786) 380-8302. 2266 SW 14 Street, Miami, FL 33145. Believed to have knowledge regarding Plaintiff's duties and hours. Believed to be a former employee of Defendant. May get live testimony. May call. |
| 4 | | | | Defendants object to this witness | Eber Carvajal. 1051 NW 2 Street, Apartment #9, Miami, FL 33128. Believed to have knowledge regarding Plaintiff's duties and hours. May call. |
| 5 | | | | | All impeachment and rebuttal witnesses. |
| 6 | | | | | Plaintiff reserves the right to call any witnesses listed by Defendant without waiving objections. |