| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| | SOUTHERN DISTRICT OF FLORIDA<br>MIAMI DIVISION | |
| NARCISA PEREZ CHAVEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BERNARDA M. ARANCEDO,<br><br>    Defendant. | | DEFENDANT'S WITNESS LIST<br><br>CASE NUMBER:  17-20003-CIV-TORRES<br><br>[CONSENT CASE] |
| Presiding Judge<br><br>THE HONORABLE MAGISTRATE JUDGE EDWIN G. TORRES | Plaintiff's Attorney<br><br>J.H. ZIDELL, ESQ.<br>J.H. ZIDELL, P.A.<br>300-71ST STREET, SUITE 605<br>MIAMI BEACH, FL 33141<br>305-865-6766<br>FAX: 305-865-7167<br>EMAIL: ZABOGADO@AOL.COM | Defendant's Attorney<br><br>JAMES D. WHISENAND, ESQ.<br>WHISENAND & TURNER, P.A.<br>501 BRICKELL KEY DRIVE, SUITE 602<br>MIAMI, FL 33131<br>PH: 305-375-8484<br>FAX: 305-374-2919<br>EMAIL: JDW@W-TGROUP.COM |
| Trial Date(s)<br>10/9/18 | Court Reporter | Courtroom Deputy |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | List of Witnesses[1][2] |
|---|---|---|---|---|---|
| 1 | 1 | | | | Plaintiff Narcisa Perez Chavez ("Nancy"), c/o Plaintiff's Counsel. Intend to get live testimony. Intend to call. |
| 2 | 2 | | | | Defendant Maria Bernarda Arancedo, c/o Defendant's Counsel. Intend to get live testimony. Intend to call. |
| | 3 | | | | Santiago Avendano. 12400 Indian Mound Road, Wellington, Florida, 33449. Defendant's son with knowledge of the facts in this proceeding. May get live testimony. May call. |
| | 4 | | | | Benjamin Avendano. 12400 Indian Mound Road, Wellington, Florida, 33449. Defendant's son with knowledge of the facts in this proceeding. May get live testimony. May call. |
| | 5 | | | | Joaquin Avendano (a minor). 10 Cape Florida Drive, Key Biscayne, Florida 33149. Defendant's son with knowledge of the facts in this proceeding. May get live testimony. May call. |
| | 6 | | | | Paula Curutchet. 600 Grapetree Drive, Apartment 4ES, Key Biscayne, Florida 33149. Defendant's friend with knowledge of the facts in this proceeding. May get live testimony. May |

---

[1] Defendant reserves the right to use deposition transcripts and any errata sheet in lieu of live witness testimony pursuant to Federal Rule of Civil Procedure 32.

[2] Defendant reserves the right to amend Defendant's Trial Witness List pursuant to determinations made in the Pre-Trial Conference scheduled for September 28, 2018.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | call. |
|  | 7 |  |  |  |  | Monica Femperosa. 422 Woodcrest Road, Key Biscayne, Florida 33149. Defendant's friend with knowledge of the facts in this proceeding. May get live testimony. May call. |
|  | 8 |  |  |  |  | Guillermo Martinez. 1925 Brickell Ave. Apt. D1211, Miami, Florida 33129. Believed to have information about Plaintiff performing work for Mr. Martinez during the claim time period. May get live testimony. May call. |
| 5 | 9 |  |  |  |  | All Impeachment and Rebuttal Witnesses. |
|  | 10 |  |  |  |  | All Rebuttal Witnesses Produced by Plaintiff |
|  | 11 |  |  |  |  | Defendant reserves the right to call any witness listed by Plaintiff without waiving objections. |

Plaintiff objects to FN1 as Defendant has not established that any of the witnesses are "unavailable" to provide live testimony for the Jury Trial pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Further, Plaintiff objects to FN1 as it is inappropriately included in the Witness List and Defendant knows or should know that it is inappropriate to seek relief through a Witness List but rather should file the appropriate motion(s) seeking the relief.

Plaintiff obejcts to FN2 to the extent Defendant seeks to call the stricken "expert" witness Thania Vernon. The Court has already ruled on said witnesses testimony and the admissibility of same. It is vexatious and inappropriate for Defendant to seek dispositive relief through a Witness List and is intended for the sole purpose of multiplying the proceedings. Plaintiff objects to the extent possible.