| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | **UNITED STATES DISTRICT COURT** |

<table>
<tr><td colspan="7" align="center"><strong>UNITED STATES DISTRICT COURT</strong></td></tr>
<tr><td colspan="7" align="center">SOUTHERN DISTRICT OF FLORIDA<br>MIAMI DIVISION</td></tr>
<tr>
<td colspan="4">NARCISA PEREZ CHAVEZ,<br><br>     Plaintiff,<br><br>vs.<br><br>BERNARDA M. ARANCEDO,<br><br>     Defendant.</td>
<td colspan="3">DEFENDANT'S EXHIBIT LIST<br><br>CASE NUMBER:   17-20003-CIV-TORRES<br><br>[CONSENT CASE]</td>
</tr>
<tr>
<td colspan="2">PRESIDING JUDGE<br><br>THE HONORABLE MAGISTRATE JUDGE EDWIN G. TORRES</td>
<td colspan="3">PLAINTIFF'S ATTORNEY<br><br>J.H. ZIDELL, ESQ.<br>J.H. ZIDELL, P.A.<br>300-71ST STREET, SUITE 605<br>MIAMI BEACH, FL 33141<br>305-865-6766<br>FAX: 305-865-7167<br>EMAIL: ZABOGADO@AOL.COM</td>
<td colspan="2">DEFENDANT'S ATTORNEY<br><br>JAMES D. WHISENAND, ESQ.<br>WHISENAND & TURNER, P.A.<br>501 BRICKELL KEY DRIVE, SUITE 602<br>MIAMI, FL 33131<br>PH: 305-375-8484<br>FAX: 305-374-2919<br>EMAIL: JDW@W-TGROUP.COM</td>
</tr>
<tr>
<td colspan="2">TRIAL DATE(S)<br>10/9/18</td>
<td colspan="3">COURT REPORTER</td>
<td colspan="2">COURTROOM DEPUTY</td>
</tr>
<tr>
<td>PLF. NO.</td>
<td>DEF. NO.</td>
<td>Plaintiff's OBJECTIONS</td>
<td>DATE OFFERE</td>
<td>MARKED</td>
<td>ADMITTED</td>
<td>DESCRIPTION OF EXHIBITS</td>
</tr>
<tr>
<td></td><td>1</td><td>I, R, H, UP, Inappropriate Exhibit</td><td></td><td></td><td></td><td>Jan 2, 2017 Complaint (not served)</td>
</tr>
<tr>
<td></td><td>2</td><td>I, R, H, UP, Inappropriate Exhibit</td><td></td><td></td><td></td><td>CM/ECF Notice of Electronic Filing for Complaint [DE-1] on January 2, 2017 at 7:18 pm</td>
</tr>
<tr>
<td></td><td>3</td><td>I, R, H, UP, Inappropriate Exhibit</td><td></td><td></td><td></td><td>Jan 2, 2017 initial letter to Bernarda from Plaintiff Counsel re lawsuit filed</td>
</tr>
<tr>
<td></td><td>4</td><td>I, R, H, UP, Inappropriate Exhibit</td><td></td><td></td><td></td><td>Jan 23, 2017 Amended Complaint</td>
</tr>
<tr>
<td></td><td>5</td><td>I, R, H, UP, Inappropriate Exhibit</td><td></td><td></td><td></td><td>Jan 25, 2017 Plaintiff's Statement of Claim</td>
</tr>
<tr>
<td></td><td>6</td><td>I, R, H, UP, Inappropriate Exhibit</td><td></td><td></td><td></td><td>Feb 27, 2017 Answer and Affirmative Defenses</td>
</tr>
<tr>
<td></td><td>7</td><td>I, R, H, UP, Inappropriate Exhibit</td><td></td><td></td><td></td><td>May 10, 2017 Plaintiff's Responses to Defendant's First Request for Admissions</td>
</tr>
</table>

| | 8 | I, R, UP, Inappropriate Exhibit | | | | May 10, 2017 Plaintiff's Responses to Defendant's First Set of Interrogatories |
|---|---|---|---|---|---|---|
| | 9 | I, R, UP, Inappropriate Exhibit | | | | May 10, 2017 Plaintiff's Responses to Defendant's First Set of Document Production |
| 2 | 10 | I, R, UP, Inappropriate Exhibit | | | | May 3, 2017 Plaintiff's First Request for Admissions |
| 4 | 11 | I, R, UP, Inappropriate Exhibit | | | | May 3, 2017 Plaintiff's First Request for Production to Defendants |
| 6 | 12 | I, R, UP, Inappropriate Exhibit | | | | May 3, 2017 Plaintiff's Notice of Serving Interrogatories |
| 3 | 13 | I, R, UP | | | | June 2, 2017 Defendant's Response to Plaintiff's |

Case No. 17-20003-CIV-TORRES

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | First Request for Admissions |
| 5 | 14 | I, R, UP | | | | June 2, 2017 Defendant's Response to Plaintiff's First Request for Production |
| 7 | 15 | I, R, UP | | | | June 2, 2017 Defendant's Response Plaintiff's First Request for Interrogatories |
| 8 | 16 | I, R, UP | | | | June 19, 2017 Supplement to Defendant's Response to Plaintiff's First Request for Production |
| 9 | 17 | I, R, UP | | | | June 28, 2017 Supplement to Defendant's Response to Plaintiff's First Set of Interrogatories |
| | 18 | I, R, UP | | | | March 8, 2018 Plaintiff's Responses to Defendant's Second Request for Document Production |
| | 19 | I, R, UP | | | | March 8, 2018 Plaintiff's Responses to Defendant's Second Set of Interrogatories to Plaintiff |
| | 20 | I, R, UP | | | | April 5, 2018 Plaintiff's Amended Responses to Defendant's Second Set of Interrogatories to Plaintiff |
| | 21 | I, R, UP | | | | March 14, 2018 Defendant's Response to Plaintiff's Notice of Serving Supplemental Interrogatories |
| | 22 | I, R, UP | | | | April 6, 2018 Defendant's Amended Response to Plaintiff's Notice of Serving Supplemental Interrogatories |
| | 23 | I, R, UP | | | | March 14, 2018 Defendant's Response to Plaintiff's Supplemental Request for Production to Defendant |
| | 24 | I, R, UP | | | | April 6, 2018 Defendant's Amended Response to Plaintiff's Supplemental Request for Production to Defendant |
| | 25 | I, R, UP, Inappropriate Exhibit | | | | Verified Return of Non-Service by Process Server for Eber Carvajal at 1051 N.W. 2d Street, Apt. 9, Miami, FL 33128 |
| | 26 | I, R, UP, Inappropriate Exhibit | | | | May 17, 2017   Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26 |
| | 27 | I, R, UP, Inappropriate Exhibit | | | | May 31, 2018 Defendant's First Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26 |
| | 28 | I, R, UP, Inappropriate Exhibit | | | | June 29, 2017 Plaintiff's Initial Disclosures and Trial Witness List |
| | 29 | I, R, UP, Inappropriate Exhibit | | | | August 8, 2017 Order on Plaintiff's Motion to Compel [DE-47] |
| | 30 | I, R, UP, H, Inappropriate Exhibit, Violates The Court's Scheduling Order | | | | Defendant's Errata Sheet |

2

Case No. 17-20003-CIV-TORRES

| | | | | | |
|---|---|---|---|---|---|
| | 31 | I, R, UP, H, Inappropriate Exhibit, Violates The Court's Scheduling Order | | | | Monica Femperosa's Errata Sheet |
| | 32 | I, R, UP, H, Inappropriate Exhibit, Violates The Court's Scheduling Order | | | | Paula Curutchet's Errata Sheet |
| | 33 | I, R, UP, H, Inappropriate Exhibit, Violates The Court's Scheduling Order | | | | Santiago Avendaño's Errata Sheet |
| | 34 | I, R, UP, H, Inappropriate Exhibit, Violates The Court's Scheduling Order | | | | Benjamin Avendaño's Errata Sheet |
| | 35 | I, R, UP, H, Inappropriate Exhibit, Violates The Court's Scheduling Order | | | | Joaquin Avendano's Errata Sheet |
| | 36 | I, R, UP, H, Inappropriate Exhibit | | | | July 12, 2018 Declaration of Maria Bernarda Arancedo |
| | 37 | I, R, UP, H, Inappropriate Exhibit | | | | July 15, 2018 Declaration of Benjamin Jose |

3

Case No. 17-20003-CIV-TORRES

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Avendano |
| | 38 | I, R, UP, H, Inappropriate Exhibit | | | | July 13, 2018 Declaration of Santiago Maria Avendano |
| | 39 | I, R, UP, H, Inappropriate Exhibit | | | | June 19, 2015 Declaration of Residence to the Exclusion of All Others recorded in Clerk of Courts for Miami-Dade County, Florida - Executed by Plaintiff – Recorded in June 22, 2015 in the Miami-Dade County Clerk of Courts at Book 29664 Page 3759 |
| | 40 | I, R, UP | | | | June 13, 2018 Declaration of Narcissa Perez Chavez filed May 2, 2018 [DE 67-2] |
| | 41 | I, R, UP | | | | August 30, 2018 Declaration of Narcisa Perez Chavez file August 31, 2018 [DE 86-1] |
| | 42 | I, R, UP, A, H | | | | Citi Bank Cash Withdrawals for Cash Payments to Plaintiff |
| | 43 | I, R, UP, A, H | | | | 2012 Defendant's Calendar |
| | 44 | I, R, UP, A, H | | | | 2013 Defendant's Calendar |
| | 45 | I, R, UP, A, H | | | | 2014 Defendant's Calendar |
| | 46 | I, R, UP, A, H | | | | 2015 Defendant's Calendar |
| | 47 | I, R, UP, A, H | | | | 2016 Defendant's Calendar |
| | 48 | I, R, UP, A, H | | | | Flight Summary for Defendant from 2012 through 2017 |
| | 49 | I, R, UP, A, H | | | | Flight Summary for Santiago Avendano from 2012 through 2017 |
| | 50 | I, R, UP, A, H | | | | Flight Summary for Benjamin Avendano from 2012 through 2017 |
| | 51 | I, R, UP, A, H | | | | Flight Summary for Joaquin Avendano from 2012 through 2017 |
| 14 | 52 | I, R, UP | | | | Miami-Dade County Property Appraiser Page Produced by Defendant |
| | 53 | I, R, UP, A, H | | | | March 10, 2017 Letter from Lincoln school evidencing that Benjamin and Joaquin Avendano attended school in Argentina from August 2014 through June 2016. |
| | 54 | I, R, UP, A, H | | | | Skidmore College Documentation evidencing that Santiago Avendano began University on or about September 9, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | 55 | I, R, UP, A, H, Not previously produced | | | | All Impeachment and Rebuttal Documents to be Ascertained |
| | 56 | I, R, UP, A, H, Not previously produced | | | | Defendant reserves the right to introduce any document produced by any Party, fact witness, or expert witness in this proceeding |
| 17 | 57 | I, R, UP, A, H, Not previously produced, Inappropriate Exhibit | | | | Defendant reserves the right to introduce any exhibit in any deposition taken in this proceeding. |
| 16 | 58 | | | | | Defendant reserves the right to introduce any exhibits listed on Plaintiff's Trial Exhibit list, without waiving any objections. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 59 | I, UP, R, H | | | | Defendant reserves the right to introduce any document listed in Plaintiff's Rule 26(a) Disclosures |
| | 60 | I, R, UP, A, H, Not previously produced, Inappropriate Exhibit | | | | Defendant reserves the right to introduce any Order entered into by the Judge in this proceeding |
| | 61 | I, R, UP, A, H, Inappropriate Exhibit | | | | January 18, 2018 12:51 pm email from Plaintiff's Counsel to Defendant's Counsel re: Service of Process on Eber Carvajal |
| | 62 | I, R, UP, A, H, Inappropriate Exhibit | | | | Verified Return of Non-Service by Process Server for Guillermo Martinez at 1925 Brickell Avenue, Apt. D1211, Miami, FL 33129 |

Plaintiff objects to any documents related to the stricken "expert" witness Thania Vernon. The Court has already ruled on said witnesses testimony and the admissibility of same. It is vexatious and inappropriate for Defendant to seek dispositive relief through an Exhibit List and is intended for the sole purpose of multiplying the proceedings. Plaintiff objects to the extent possible, especially in light of the Court ruling on the *Daubert* Motion.

Plaintiff objects to any and all documents not previously and/or timely produced through the course of the litigation. This matter has been in litigation for in excess of a year and Defendant had ample time to produce documents in compliance with the governing Rules and Court Order(s).

Plaintiff objects to Defendant's introduction and/or reliance on deposition transcripts and/or Errata Sheet(s) as Defendant has not established that any of the witnesses are "unavailable" to provide live testimony for the Jury Trial pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Further, Plaintiff objects to FN1 as it is inappropriately included in the Witness List and Defendant knows or should know that it is inappropriate to seek relief through an Exhibit List but rather should file the appropriate motion(s) seeking the relief. Further, this is in violation of the Court's Order [DE32, #6(a)-(b)].

Plaintiff's Counsel never informed Defendant's Counsel of its compliance with this Court's Scheduling Order [DE32] paragraph 6 and in good-faith, Defendant's Counsel waited for Plaintiff's Counsel to comply. On September 27, 2018, Plaintiff's Counsel responded to Defendant's Counsel request for deposition designations. In good-faith, Defendant's Counsel promptly on September 28, 2018 sent Plaintiff's Counsel Defendant's deposition counter-designations. Defendant's Counter designations sent on September 28, 2018 will not prejudice any party.

Defendant objects to Plaintiff's Counsels objections to every single exhibit in Defendant's Exhibit list. Defendant believes that Plaintiff is vexatiously multiplying the proceedings.