# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| NARCISA PEREZ CHAVEZ,<br><br>    Plaintiff,<br>vs.<br><br>BERNARDA M ARANCEDO,<br><br>    Defendant. | PLAINTIFF'S AMENDED EXHIBIT LIST<br><br>CASE NO.: 17-20003-CIV-TORRES<br><br>[CONSENT CASE] |

| PRESIDING JUDGE<br><br>THE HONORABLE MAGISTRATE JUDGE EDWIN G. TORRES | PLAINTIFFS' ATTORNEY<br><br>J.H. ZIDELL, ESQ.<br>J.H. ZIDELL, P.A.<br>300-71ST STREET<br>SUITE 605<br>MIAMI BEACH, FL 33141<br>305-865-6766<br>FAX: 305-865-7167 | DEFENDANT'S ATTORNEY<br><br>JAMES D. WHISENAND, ESQ.<br>WHISENAND & TURNER, P.A.<br>501 BRICKELL KEY DRIVE, SUITE 602<br>MIAMI, FL 33131<br>PH: 305-375-8484<br>FAX: 305-374-2919<br>EMAIL: AL@W-TGROUP.COM |
|---|---|---|
| TRIAL DATE(S)<br>10/9/18 | | |

| PLF. NO | DEF. NO | DEF OBJECTIONS | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | I, A, R, H – Not previously produced | | | | Plaintiff's Mathematical Calculation of Damages, redacted as to liquidated damages, attorneys' fees/costs (demonstrative aid). |
| 2 | | R, UP | | | | Plaintiff's First Request for Admissions to Defendant. |
| 3 | | R, I, UP, H | | | | Defendant's Response to Plaintiff's First Request for Admissions to Defendant. |
| 4 | | R, UP | | | | Plaintiff's First Request for Production to Defendant |
| 5 | | R, I, UP, H | | | | Defendant's Response to Plaintiff's First Request for Production to Defendant. |
| 6 | | R, UP | | | | Plaintiff's Notice of Serving First Set of Interrogatories to Defendant and Plaintiff's First Set of Interrogatories to Defendant. |
| 7 | | R, I, UP, H | | | | Defendant's Responses to Plaintiff's First Set of Interrogatories. |
| 8 | | R, I, UP, H | | | | Defendant's Supplement to Defendant's Response to Plaintiff's First Request for Production to Defendant. |
| 9 | | R, I, UP, H | | | | Defendant's Amendment to Supplement Defendant's Response to Plaintiff's First Set of Interrogatories to Defendant. |
| 10 | | R, UP | | | | Defendant's U.S. Individual Income Tax Return 2013. |
| 11 | | R, UP | | | | Defendant's U.S. Individual Income Tax Return 2014. |
| 12 | | R, UP | | | | Defendant's U.S. Individual Income Tax Return 2015. |
| 13 | | R, UP | | | | Defendant's U.S. Individual Income Tax Return 2016. |

| | | | | | |
|---|---|---|---|---|---|
| 14 | I, A, H | | | | Miami-Dade Property Appraiser Page for 10 Cape Florida Drive, Key Biscayne, FL 33149. (Produced by Defendants in Response to Plaintiff's Request for Production). |
| 15 | I, R, A, UP, H | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY DOCUMENTS PRODUCED DURING DISCOVERY IN THIS CASE. |
| 16 | | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY EXHIBITS LISTED ON DEFENDANT'S EXHIBIT LIST, WITHOUT WAIVING ANY OBEJCTIONS. |
| 17 | I, R, A, UP, H | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY EXHIBITS IN ANY DEPOSITIONS TAKEN IN THIS CASE. |
| 18 | I, R, A, UP, H | | | | ALL REBUTTAL AND IMPEACHMENT EXHIBITS. |
| 19 | R, UP | | | | Plaintiff's Notice of Serving Supplemental Interrogatories, dated 2/12/18. |
| 20 | R, I, UP, H | | | | Defendant's Response to Plaintiff's Notice of Serving Supplemental Interrogatories, dated 2/12/18. |
| 21 | R, I, UP, H | | | | Defendant's Amended Response to Plaintiff's Notice of Serving Supplemental Interrogatories, dated 2/12/18. |
| 22 | R, UP | | | | Plaintiff's Supplemental Request for Production to Defendant, dated 2/12/18. |
| 23 | R, I, UP, H | | | | Defendant's Response to Plaintiff's Supplemental Request for Production to Defendant, dated 2/12/18. |
| 24 | R, I, UP, H | | | | Defendant's Amended Response to Plaintiff's Supplemental Request for Production to Defendant, dated 2/12/18. |
| 25 | R, UP | | | | Plaintiff's Supplemental Request for Production to Defendant, dated 5/22/18. |
| 26 | R, I, UP, H | | | | Defendant's Response to Plaintiff's Supplemental Request for Production to Defendant, dated 5/22/18. |

Defendant objects to any and all documents not previously and/or timely produced through the course of litigation.