UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20003-CIV-TORRES

[CONSENT CASE]

| | |
|---|---|
| NARCISA PEREZ CHAVEZ, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BERNARDA M ARANCEDO, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

***JOINT* MOTION FOR ORDER PERMITTING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

COME NOW, the Plaintiff, NARCISA PEREZ CHAVEZ, and Defendant, BERNARDA M ARANCEDO, by and through their undersigned counsel, respectfully move this Court for an order permitting their counsel to bring into Court certain computer and technological devices for use during the trial of this matter scheduled to commence on Tuesday, October 9, 2018, and the Parties state:

1. The Parties' respective counsel to use certain electronic equipment during the upcoming trial scheduled to begin on October 9, 2018, for their respective trial presentations. The Parties currently believe that such presentations will require laptop computers, flash drives, and additional audio/visual equipment, consisting of: cables, input switches, power strips, and extension cords.

2. The Parties understand that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse.

3. The Parties also request that they be allowed thirty (30) minutes prior to the commencement of trial, to set such equipment up in the courtroom for use during the trial.

4. Further, regarding the use of an ELMO projector at trial, the Parties request that this be provided by the Court.

5. Both Parties join this Motion.

WHEREFORE, the Parties' respectfully request that this Court enter an order permitting the Parties' counsel to bring the aforementioned equipment into the courtroom for use during the duration of the trial of this matter scheduled for the two-week period beginning October 9, 2018, and permitting counsel to setup such equipment in the courtroom thirty (30) minutes prior to the commencement of trial (or any other time convenient for the Court).

Respectfully submitted jointly, this 4th day of October 2018.

| | |
|---|---|
| J.H. ZIDELL, P.A. | Whisenand & Turner, P.A |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 300 71st Street, Suite 605 | 501 Brickell Key Drive Suite 602 |
| Miami Beach, Florida 33141 | Miami, FL 33131 |
| Phone: (305) 865-6766 | Phone: (305) 375-8484 |
| Fax: (305) 865-7167 | Fax: (305) 374-2919 |
| E-mail: ntobak.zidellpa@gmail.com | E-mail:adi@lubellrosen.com |
| | |
| By: *Neil Tobak* | By: */s/ Alan Lemura* |
| Neil Tobak, Esq. | Alan Lemura , Esq. |
| Florida Bar No. 093940 | Florida Bar No. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Neil Tobak
NEIL TOBAK, ESQ.

**SERVICE LIST**

*Chavez v. Arancedo.*
S.D. Fla. Case No. 1:17-cv-20003-EGT

Jamie H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah Fay Jaff, Esq.
J.H. ZIDELL, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141
ZABOGADO@AOL.COM
Rivkah.Jaff@gmail.com
ntobak.zidellpa@gmail.com
*Counsel for Plaintiff*

**Alan Lemura**
Whisenand & Turner, P.A.
501 Brickell Key Drive Suite 602
Miami, FL 33131
(305) 375-8484
Fax: (305) 374-2919
Email: al@w-tgroup.com
*Attorneys for Defendants*

**James D. Whisenand**
Whisenand & Turner PA
501 Brickell Key Drive
Suite 602
Miami, FL 33131
305-375-8484
Fax: 374-2919
Email: jdw@w-tgroup.com
*Attorneys for Defendants*